IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_Macon_ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Robbin Amanda Bayse
A/K/A Robert Bayse
#954691

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

Javel Jackson vs.
~~James DeGroot,~~ Sharon Lewis,
Timothy Ward, Ted Philbin, Ms. Young,
Ms. Davis, Dr. Clements, Ms. Shelton,
Mr. Smith, Mr. Ross, Ms. Harvey, Mr. Goins,
(NAME OF EACH DEFENDANT) (Does 1-10)

**Defendant(s)**

**CIVIL ACTION NO:**

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number _Robbin Amanda Bayse a/k/a Robert Bayse 954691_
2. Name and location of prison where you are <u>now</u> confined _~~Georgia~~ Augusta State Prison_
3. Sentence you are now serving (how long?) _2 life + 60 years_
   (a) What were you convicted of? _Rape, aggravated Sodomy, Child molestion_
   (b) Name and location of court which imposed sentence _Chatham County Superior Court, Savannah_
   (c) When was sentence imposed? _December 5, 1998_
   (d) Did you appeal your sentence and/or conviction?  Yes [X]   No [ ]
   (e) What was the result of your appeal? _affirmed_

(f) Approximate date your sentence will be completed ___N/A___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes [X]   No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s): _Bobbin Amanda Bayse_

Defendant(s): _Gregory Dozier, Sharon Lewis, Kenneth Sandford_

(b) Name of Court: _U.S. District Court for the Middle District, Macon_

(c) Docket Number: _5:18-cv-49-TES_  When did you file this lawsuit? _May 2018_

(d) Name of judge assigned to case: _Tilman E. Self, III_

(e) Is this case still pending?   Yes [ ]   No [X]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?

(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_Dismissed    June 20, 2019_    ~~(cont)~~

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [X]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): _Bobbin Amanda Bayse_

Defendant(s): _Arthur Chaney_

(b) Name of Court: _U.S. District Court, Northern District, Atlanta_

(c) Docket Number: _1:18-cv-975-LMM_ When did you file this lawsuit? _____

(d) Name of judge assigned to case: _Leigh Martin May_

(e) Is this case still pending?   Yes [X]   No [X]

**(f)   If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

Settled on or about August 2020

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?**   Yes ☐   No ☒

If your answer is Yes, state the name of the court and docket number as to each case:

### III. PLACE OF INCIDENT COMPLAINED ABOUT

**9. Where did the matters you complain about in this lawsuit take place?** ~~Forsyth, Ga.~~
Augusta State Medical Prison

(a) Does this institution have a grievance procedure?   Yes ☒   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☒   No ☐

(2) If Yes, what was the result? Denied, some never answered, Filed out of time.

(3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Letters dated August 2020 and December 2021; Timothy Ward, Sharon Lewis, Javel Jackson, Ted Philbin, Ms. Young, Jack "Randy" Sauls. Filed PREA.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☒   No ☐

(1) If Yes, to whom did you appeal and what was the result? Central office denied; never answered; filed out of time.

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.
Coastal 1998, Waycross 1998-1999, Valdosta 1999-2010, Philips 2011-2012; Baldwin 2012-2014; Rutledge 2014-2016; Philips 2016-2016; Johnson 2016-2018; Central 2018-2018; Baldwin 2018-2018; Valdosta 2018-2019; Autry 2019-2019; Georgia S.P. 2019-2020; Augusta SMP 2020—

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Augusta State Medical Prison
3001 Gordon Hwy
Grovetown, Ga. 30813

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
Timothy Ward, Commissioner Georgia Department of Corrections, Sharon Lewis, Statewide Medical Director, Georgia Department of Corr., Javel Jackson, Statewide Mental Health Director, Georgia Dept. of Corr., Ted Philbin, Warden, Augusta State Medical Prison, Ms. Young, Mental Health Director, Augusta State Medical Prison,

(con't)

(con't)

Ms. Davis, Mental Health counselor, Augusta State Medical Prison,

Dr. Clements, psychologist, Augusta State Medical Prison,

Ms. Shelton, Deputy Warden of Care and Treatment, Augusta State Medical Prison,

CERT officer Smith, CERT, Augusta State Medical Prison,

CERT Sgt. Ross, CERT Sgt. Augusta State Medical Prison,

Ms. Harvey, Deputy Warden of Security, Augusta State Medical Prison,

Captain Grimes, Captain, Augusta State Medical Prison

Does 1-10

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME**; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __Augusta State Medical Prison__

WHEN do you allege this incident took place? __June 2020__

WHAT happened? __Was called to Mental Health Department for a Treatment Planing Meeting. There were no psychiatrists or psychologists present. Was informed by Warden Philbin, D/W of Security Harvey, D/W of Care and Treatment Shelton, Ms. Young, Ms. Davis that my treatment Plan of Oct. 22, 2019 would not be followed and a new treatment plan would only address my anxiety and depression, and that I would have to Remove my makeup, earrings, nail polish and cut my hair. Each Defendant degraded me for being transgender and disregarded my gender dysphoria diagnosis, making comments like, "You are in a man's prison. You have a penis between your legs". Each Defendant knew of my extensive history of self-harm and suicide attempts. Each Defendant knew of my Treatment Plan of Oct. 22, 2019 addressing my Gender Dysphoria and the interventions. Each Defendant knows that Gender Dysphoria is a__

(con't)

(con't)

## Claim 1

serious medical need", and, has refused to follow their own Standard Operating Procedures (SOP) 507.04.68 and 220.09. Each Defendant violated my constitutional rights by failing to follow my individualized treatment plan for Gender Dysphoria and actively interfering with this treatment, which was agreed upon and signed by me and my medical providers, including my primary care provider, psychologist and a psychiatrist.

## Claim 2

Augusta State Medical Prison

Sept. 2020

During a Treatment Planing Meeting, I asked Dr. Clements, "Do you know anything about Gender Dysphoria?" Before he could answer, Mental Health Director Ms. Young stated, "Dr. Clements, Do not answer this question. Do not answer any questions about gender dysphoria. Bayse has filed paper work against us and we are in litigations".

(con't)

(Con't)

I asked Dr. Clements, "Do you treat Gender Dysphoria?" Again Ms. Young stated, "Dr. do not answer any questions about gender dysphoria, Bayse has filed paper work against us and we are in litigations".

Ms. Young stopped Dr. Clements from answering questions about his qualifications in treating Gender Dysphoria, a serious medical need, in which I was diagnosed with in 2015 and was treated for, and still needed treatment.

Dr. Clements failed to answer any of my questions about treatment for my Gender Dysphoria.

Ms. Young lyed to Dr. Clements to have him not treat me for Gender Dysphoria.

## Claim 3

Augusta State Medical Prison

March 3, 2021

Was called to "ID" at 2:00 pm. Upon entering, Capt. Bains told me to get a hair cut. I tryed to show him my treatment plan of Oct. 22, 2019,

(con't)

(cont) Claim 3

but he refused to look at it. He stated, "You are in a male prison. You will get your hair cut and follow the male standards". I tryed to explain to him my treatment. He refused to listen. Two CERT officers, Mr. Smith and another, forcefully held me down in a barber's chair while an inmate forcefully cut my hair. During all of this, I begged them not to cut my hair. I was crying and shaking uncontrolably. Once they were done, I was taken to the Chonic Stabelization Unit (CSU).

This action was done with each defendant's knowledge of my Gender Dysphoria diagnosis and knowing that I would become depressed, would attempt self-harm or suicide. Warden Philbin ordered this done to me or O.Ked it with D/W of Security Harvey.

On March 8, 2021, after being relesed from CSU on March 5, 2021, I attempted auto castratcy. Inmate De Alexandra Childs stopped me.

Claim 4

Augusta State Medical Prison

June 2021

During a Treatment Planning Meeting, I had requested to be treated for Gender Dysphoria. I had explained to my treatment team, Ms. Davis, Dr. Clements, Dr. McKenney, psychiatrist, and Ms. Young that I had had at lease 20 anxiety attacks since March, I have distressing thoughts of self-harming and suicide, caused by the lack of treatment for Gender Dysphoria. Dr. Clements stated, "Bayse, you will not get any treatment for gender dysphoria." Ms. Davis stated, "Bayse, Your Primary Diagnosis of gender dysphoria was replaced with Borderline Personality Disorder. You will only be treated for anxiety and depression."
During Nov. 6, 2021 — Dec. 10, 2021, I had self-harmed over 12 times. Warden Philbin, D/W of Security Harvey, Capt. Gains, Ms. Young were all notified by me, during inspections of my mental state of self-harming but did nothing.

Claim 5

Augusta State Medical Prison

August 25, 2020

Letter, intitaled: Re: Notice of Constitutional Violations on Behalf of Robbin Amanda Bayse (GDC ID: 954691) was sent to Commissioner Timothy Ward with copies sent to; Jack "Randy" Sauls, Sharon Lewis, Javel Jackson, Jennifer Ammons and Ted Philbin. This letter outlined these violations by the GDC for failure to follow my Treatment Plan of Oct. 22, 2019, for Gender Dysphoria. This letter fell on deaf ears. Timothy Ward, Sharon Lewis, Javel Jackson and Ted Philbin took no action(s) to ensure that I receive constitutionally adequate medical and mental health care. My treatment for Gender Dysphoria was stopped for reasons other than medical.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

My treatment plan of Oct. 22, 2019 be followed. Bar Defendants from interfering or changing this treatment plan. Provide qualified medical and mental health providers to asses and treat Gender Dysphoria per (WPATH) Standards of Care. Provide Sex Reassignment Surgery (SRS). Punitive damages in the amount of $2,000.00 against each Defendant. Award reasonable attorney fees and costs to me and such other relief as the Court finds appropriate in the interest of justice.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 28th day of January, 2022.

PLAINTIFF
Robbin Amanda Bayse