IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 122-024 |
| TIMOTHY WARD, Commissioner, et al., | ) ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Ward, Lewis, Jackson, Ross, and John or Jane Does 1-10 for failure to state a claim upon which relief may be granted. The case shall proceed against Defendants Philbin, Young, Davis, Clements, Shelton, Smith, Harvey, and Gaines as described in the Magistrate Judge's July 22, 2022 Order. (Doc. no. 22.) Further, as no injunction has been issued, the Court **DENIES** Plaintiff's Motion to Set Aside the Preliminary Injunction. (Doc. no. 18.)

SO ORDERED this ___16th___ day of August, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA