# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL CASE NO. 1:22-cv-00024-JRH-BKE |
| TED PHILBIN, *et al.,* | ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO DISMISS ON BEHALF OF
## DEFENDANTS YOUNG, DAVIS, AND CLEMENTS

COME NOW, Defendants Young, Davis, and Clements ("these Defendants"), named Defendants in the above-styled civil action, by and through undersigned counsel, and file this Motion to Dismiss, showing this Court the following:

Plaintiff Robbin Amanda Bayse (also known as Robert Bayse) has filed the present action which alleges federal constitutional claims against these Defendants pursuant to 42 U.S.C. § 1983.

These Defendants now timely file this Pre-Answer Motion to Dismiss as Plaintiff has failed to exhaust her administrative remedies as required by the Prison Litigation Reform Act, and Plaintiff's Complaint fails to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). A Memorandum of Law

and Brief in Support is filed contemporaneously with this Motion.

Respectfully submitted this 23rd day of September, 2022.

> */s/ Carrie A. Moss*
> CARRIE A. MOSS
> Georgia Bar No. 806050
> *Counsel for Defendants*
> *Young, Clements and Davis*

Bendin Sumrall & Ladner, LLC
1360 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3100
Fax: (404) 671-3080
cmoss@bsllaw.net

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL CASE NO. ) 1:22-cv-00024-JRH-BKE |
| TED PHILBIN, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that the foregoing **MOTION TO DISMISS ON BEHALF OF DEFENDANTS YOUNG, DAVIS, AND CLEMENTS** was typed in Times New Roman, fourteen (14) point font with a top margin of 1.5 inches.

Respectfully submitted this 23rd day of September, 2022.

                                           *s/ Carrie A. Moss*
                                           CARRIE A. MOSS
                                           Georgia Bar No. 806050
                                           *Counsel for Defendants*
                                           *Young, Clements and Davis*

Bendin Sumrall & Ladner, LLC
1360 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3100
Fax: (404) 671-3080
cmoss@bsllaw.net

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL CASE NO. 1:22-cv-00024-JRH-BKE |
| TED PHILBIN, *et al.,* | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed this **MOTION TO DISMISS ON BEHALF OF DEFENDANTS YOUNG, DAVIS, AND CLEMENTS** with the Clerk via CM/ECF and served a copy of the foregoing pleading to pro se Plaintiff by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record listed below:

**Pro Se Plaintiff**
Robbin Amanda Bayse
#954691
Augusta State Medical Prison
3001 Gordon Hwy
Grovetown, GA 30813

**Jason Kang**
**Assistant Attorney General**
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
jkang@law.ga.gov

This 23rd day of September, 2022.

               */s/ Carrie A. Moss*
               CARRIE A. MOSS
               Georgia Bar No. 806050

Bendin Sumrall & Ladner, LLC
1360 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3100
Fax: (404) 671-3080
cmoss@bsllaw.net