Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| ROBBIN AMANDA BAYSE a/k/a | ) | |
| ROBERT BAYSE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:22-cv-024-JRH-BKE |
| TED PHILBIN, WARDEN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DECLARATION OF HALEY CHESTER</u>**

I, Haley Chester, declare as follows:

1.      My name is Haley Chester and I am competent in all respects to testify to the matters set forth herein.  I have personal knowledge of the facts stated herein and know them to be true and give this declaration freely and for use as evidence in the above-styled case.

2.      I am employed by the Georgia Department of Corrections as a Behavioral Health Counselor and Grievance Coordinator at Augusta State Medical Prison (ASMP). My responsibilities include acting as the Grievance Coordinator to ensure compliance with the Grievance SOP, as described below, coordinate timely investigation and response to inmate grievances, and maintain information and records regarding inmate grievances.

3.      **Attachment 1** hereto is a true and correct copy of the Georgia Department of Corrections Standard Operating Procedure 227.02, Statewide Grievance Procedure, effective May 10, 2019 (the Grievance SOP).  The Grievance SOP outlines the grievance process that is applicable to and utilized for inmates committed to the Department of

Corrections, including inmates at ASMP.  I am familiar with the Grievance SOP and the practices of the Department of Corrections as to inmate grievances under that document.

4.      As reflected in the Grievance SOP, inmates are provided an oral explanation of the grievance process upon entering the custody of the Department of Corrections.  At that time, inmates also are provided a copy of the Orientation Handbook for Offenders, which includes instructions on the grievance procedure.  Inmates also have access to a copy of the Grievance SOP at the facility or center library.  In addition, because the Grievance SOP was amended effective May 10, 2019, all inmates committed to the Department of Corrections including the inmates at ASMP were notified of the amendments.

5.      With the exception of certain matters that are designated in the Grievance SOP as "Non-Grievable Issues," the Grievance SOP is applicable to "any condition, policy, procedure, or action or lack thereof that personally affects the offender."

6.      The Grievance SOP provides that "housing assignments, program assignments, security classifications or work assignments" are non-grievable issues "unless there is an alleged threat to the inmate's health or safety."  Such threats are grievable under the policy.  The policy also allows an inmate to file a grievance alleging retaliation or harassment, regardless of the form of the alleged retaliation or harassment.

7.      Under the Grievance SOP, there are two steps in the grievance process: Step 1: Original Grievance; and Step 2: Central Office Appeal.  The Grievance SOP specifically details and outlines the process for each of the two steps.

8.      Under Step 1, an inmate first submits a completed Grievance Form which is included as Attachment 1 to the Grievance SOP.  An inmate may also submit a

grievance by what is known as a Kiosk/Tablet device if such a device is available to the inmate.  An inmate is required to submit the grievance using the Grievance Form or by Kiosk/Tablet no later than ten calendar days from the date that he knew, or should have known, of the facts giving rise to the grievance.  The Grievance SOP provides that "Grievances filed later than ten (10) days may only be considered upon Good Cause."

9.      A grievance that is accepted after initial screening will be processed, which includes staff investigation and report, review by the Grievance Coordinator and a recommendation to the Warden.  The Warden or designee then reviews the staff report and recommendation and issues a written decision, which the inmate's counselor will then give to the inmate or which can be provided by Kiosk/Tablet for grievances submitted that way.  The Grievance SOP provides for the Warden's response to be given to the inmate within forty calendar days from the date the counselor received the Grievance Form or the grievance by Kiosk/Tablet from the inmate, with a possible one-time ten calendar day extension.

10.     Under Step 2, the inmate may file the Central Office Appeal after any one of the following occurs: (i) after the offender receives the Warden's decision on the Original Grievance; or (ii) after the time allowed for the Warden's decision to be given to the offender has expired.  The Grievance SOP provides that an inmate is required to submit the Central Office Appeal within seven calendar days from the date that he receives the Warden's response, but also that "[t]he Grievance Coordinator or Commissioner's Designee may waive this time limit for Good Cause."

11.     Attachment 5 to the Grievance SOP is the form that is to be used for the Central Office Appeal.  An inmate may also submit a Central Office Appeal by

Kiosk/Tablet for grievances submitted that way.  After submission of the Central Office Appeal the Commissioner or designee has one hundred twenty calendar days to deliver a decision to the inmate.

12.     Under the Grievance SOP, an inmate grievance is logged into a central database and assigned a control number at or near the time that the grievance is received. A Grievance History can be printed from the database showing all grievances filed by an inmate during his incarceration, including grievances from all facilities where the inmate has been incarcerated.

13.     **Attachment 2** hereto is a true and correct copy of the Movement History for inmate Robert Dwayne Bayse, GDC Number 954691, showing that she has been housed at ASMP from January 2, 2020 to present. Feminine pronouns are used herein on the understanding that that is inmate Bayse's preference.

14.     **Attachment 3** hereto is a true and correct copy of the Grievance History for inmate Bayse, showing that she filed seventeen grievances from June of 2020 to February 28, 2022.  Four of the grievances are addressed in paragraphs 15-18 below. True and correct copies of the remaining thirteen grievances are collected under **Attachment 4** hereto.  As these records show, Grievance Nos. 309340, 312497, 318714, 322074, 327883, 328613, and 328621 were denied at the facility level and no appeal was filed.  Grievance Nos. 312105, 328181, 333171, and 333415 were denied on procedural grounds on appeal.  Grievance No. 335954 was appealed but denied on May 2, 2022, because the grievance was already being addressed in another grievance (No. 335067 which is discussed below), and inmate Bayse was notified of this on May 6, 2022.

Grievance No. 312312 concerned physical force but was not related to a forced haircut or gender dysphoria treatment, and that grievance was referred for investigation.

15.     **Attachment 5** hereto is a true and correct copy of Grievance No. 309338. Inmate Bayse submitted this grievance on June 8, 2020 while housed at ASMP.  In this grievance inmate Bayse stated that Deputy Warden Harvey yelled to her to get a haircut and that Deputy Warden Harvey knows that she suffers from gender dysphoria and that make up, earrings, nail polish, and hair length are medically necessary according to her treatment plan.  Inmate Bayse requested to be left alone by staff so that treatment for gender dysphoria could continue without interruption.  The Warden's response which is dated June 24, 2020 was as follows:

> **RESPONSE TO GRIEVANCE:**
> Your grievance has been reviewed. Based on the statement provided by Deputy Warden of Security Harvey informed you that you needed a haircut as it is beyond the length set in the policy. Mental Health Director Young indicated that your treatment plan does not allow you to have make up, earrings, nail polish, nor hair length. The doctor mentioned in the grievance is not employed at ASMP. ASMP's comprehensive treatment plan review was completed on 3/13/2020, and does not include any of the items mentioned above as being a part of your treatment plan. This grievance is resolved.

Although the grievance history reflects that this grievance was "partially granted," and the Warden's response as shown above states that the grievance was "resolved," the relief that inmate Bayse sought was denied.  Inmate Bayse was notified of the response on July 1, 2020.  She did not file a Central Office Appeal.

16.     **Attachment 6** hereto is a true and correct copy of Grievance No. 310574. Inmate Bayse submitted this grievance on June 29, 2020 while housed at ASMP.  In this grievance inmate Bayse stated that she was called to the Mental Health Department and Warden Philbin, Deputy Warden of Security, Deputy Warden of Care and Treatment, Deputy Warden of Administration, Mental Health Director Young, Ms. Mayo, and Ms. Davis tried to change her treatment plan to follow male rather than female standards.

Inmate Bayse requested that these individuals be investigated for violating standard operating procedures and PREA, be disciplined, and stop interfering with the treatment plan. The Warden's response which is dated August 5, 2020 was as follows:

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on the statement provided by Mental Health Director Ms. Young, your treatment plan has been changed based on your symptoms and current diagnosis. She states that you are being housed in a male prison according to policy SOP 507.04.68. You are receiving to necessary treatment and will be adjusted when needed. This grievance is resolved.

Although the grievance history reflects that this grievance was "partially granted," and the Warden's response as shown above states that the grievance was "resolved," the relief that inmate Bayse sought was denied. Inmate Bayse was notified of the response on August 14, 2020. She did not file a Central Office Appeal.

17.     **Attachment 7** hereto is a true and correct copy of Grievance No. 310560. Inmate Bayse submitted this grievance on June 29, 2020 while housed at ASMP. In this grievance inmate Bayse stated that a clinical psychologist "Rasheen" in the mental health department refused to treat gender dysphoria because of the psychologist's religion. On July 15, 2020, the Warden denied the grievance. Inmate Bayse was notified of the response on August 14, 2020. On September 2, 2020, inmate Bayse filed a Central Office Appeal. The appeal was denied on September 10, 2020, and inmate Bayse was notified of the denial on September 21, 2020.

18.     **Attachment 8** hereto is a true and correct copy of Grievance No. 335067. Inmate Bayse submitted this grievance on February 1, 2022 while housed at ASMP. In this grievance inmate Bayse stated that counselor Ms. Charles came to her cell and would not speak to her about gender dysphoria or treatment. On February 17, 2022, the Warden denied the grievance and inmate Bayse was notified of the response on February 21,

2022.  Inmate Bayse filed a Central Office Appeal on February 22, 2022.  The appeal was denied on May 10, 2022, and inmate Bayse was notified of the response on May 10, 2022.

19.     I am familiar with the information and records maintained by the Georgia Department of Corrections and at ASMP.  The documents referenced herein and attached hereto are made at or near the time of the information reflected therein by a person with knowledge of the information, they are kept in the regular course of business, and it is the regular practice of the Georgia Department of Corrections and ASMP to make and maintain such records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-20-2022

HALEY CHESTER

Attachment 1

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 1 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

## I.   **Introduction and Summary:**

It is the policy of the Georgia Department of Corrections (GDC) to maintain a grievance procedure available to all Offenders, which provides an open and meaningful forum for their complaints, the resolution of these complaints including an appeals process, and is subject to clear guidelines. This policy serves to protect Offenders from personal abuse, corporal punishment, personal injury, disease, property damage, and harassment and provides for the resolution of Offender grievances relating to health care concerns.

## II.   **Authority:**

A. GDC Board Rules: 125-2-4-.23;

B. GDC Standard Operating Procedures (SOP's): 103.63 Americans with Disabilities Act (ADA) Title II Provisions, 204.10 Offender Use of the Goal Device, 208.06 Prison Rape Elimination Act - (PREA) Sexually Abusive Behavior Prevention and Intervention Program, 209.01 Offender Discipline, 209.05 Administrative Segregation, and 507.04.03 Inmate/Probationer Health Concerns or Complaints; and

C. ACA Standards: 2-CO-3C-01, 4-4281 (Ref. 3-4268) (MANDATORY), 4-4284, and 4-4394.

## III.   **Definitions:**

A. **Active Grievance** - A grievance that is currently being worked at the local facility level and has not been resolved or appealed to the Commissioner's level.

B. **American with Disabilities Act (ADA)** - As defined in SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions.

C. **Alternate Grievance Coordinator** - The individual assigned by the Warden or Superintendent to back-up and/or assist the Grievance Coordinator to manage the grievance process at the local facility as the secondary point-of-contact.

D. **Business Day** - Monday through Friday excluding state holidays.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 2 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

E. **Calendar Day** - Calendar Day is considered a 24-hour time period from midnight to midnight Monday through Sunday.

F. **Emergency Grievance** - An unforeseen combination of circumstances, urgent need, or the resulting state that calls for immediate action or relief through the grievance process. (E.g. a situation involving a significant threat to the health, safety or welfare of an Offender that requires prompt action)

G. **Georgia Offender Alternative Learning (GOAL) Device** - As defined in SOP 204.10 Offender Use of the Goal Device. Also known as the JPay Tablet.

H. **Good Cause** - A legitimate reason involving unusual circumstances that prevented the Offender from timely filing a grievance, appeal, or Attachment 10, Active Grievances Process Form. Examples include:  serious illness, being housed away from a facility covered by this procedure (such as being out on a court production order or for medical treatment).

I. **Grievance Coordinator** - The individual assigned by the warden or superintendent to manage the grievance process at the local facility and serve as the primary point-of-contact.

J. **JPay** - As defined in SOP 204.10 Offender Use of the Goal Device.

K. **Kiosk** - As defined in SOP 204.10 Offender Use of the Goal Device.

L. **Offender** - A person who has been placed under the supervision of Georgia Department of Corrections.

M. **Physical Force Non-Compliance** - Allegation of staff use of force that is **NOT** in alignment with the letter of, the intent of, and the purpose of GDC written policy and procedures.

N **Physical Force Compliance** - Allegation of staff use of force that is in alignment with the letter of, the intent of, and the purpose of GDC written policy and procedures.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 3 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

O. **Sexual Abuse** - As defined in SOP 208.06, Prison Rape Elimination Act – (PREA) Sexually Abusive Behavior Prevention and Intervention Program.

P. **Sexual Harassment** - As defined in SOP 208.06 Prison Rape Elimination Act - (PREA) Sexually Abusive Behavior Prevention and Intervention Program.

IV. **Statement of Policy and Applicable Procedures**:

A. General Information:

1. Notice to Offenders.  Upon entering the Department of Corrections, each Offender must receive an oral explanation of the grievance procedure. The Offender must also receive a copy of the Orientation Handbook for Offenders, which includes instructions about the procedure. The Offender's receipt of an oral explanation of the grievance procedure and Orientation Handbook will be noted in the Offender's institutional file. Additionally, Offenders may access a copy of this policy in its entirety at the facility library.

2. No Offender may be denied access to this procedure.

   a. Grievances must be initiated on the J-Pay Kiosk (Kiosk) at those facilities with the Kiosk or the JPay Tablet (Tablet). All grievances shall be entered into the Kiosk. If the Offender does not have access to the Kiosk, the designated staff will initiate the grievance process in the JPay System link on Captiva.

   b. Grievance forms must be available in the control rooms of all living units and must be provided upon request by an Offender that does not have access to the Kiosk or the Tablet. For Offenders in isolation and segregation areas, staff assigned to those areas must provide these forms upon request by an Offender.

   c. Offenders are not prohibited from assisting other Offenders from filling out any **forms** attached to this SOP. They may not assist Offenders at the Kiosk. One Offender may not file a grievance on behalf of another Offender.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 4 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender<br>Access |

    d.  Institutional staff will assist Offenders who need special help filling out the grievance forms (*i.e.*, due to language barriers, illiteracy, or physical or mental disability) upon request;

3.  Retaliation against an Offender for filing a grievance is strictly prohibited. The prohibited retaliation includes, but is not limited to, disciplinary action against the Offender for filing a grievance.

4.  Informal Dispute Resolution:  The Department encourages Offenders to try to resolve complaints on an informal basis before filing a grievance.  However, an Offender is not required to attempt an informal resolution before filing a grievance.

5.  The grievance procedure is not intended to circumvent routine administrative processes (*i.e.*, clothing requests, sick call, etc.).

B.  Grievances:

1.  Grievable Issues:  Except as provided below, an Offender may file a grievance about any condition, policy, procedure, or action or lack thereof that personally affects the Offender.

2.  Non-grievable Issues:  An Offender may not file a grievance about any of the following issues:

    a.  Matters that do not personally affect the Offender;

    b.  Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state;

    c.  Disciplinary actions, including any warnings, sanctions, fees, or assessments:  The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline;

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 5 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

d.  Involuntary assignments to Administrative Segregation: The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation;

e.  Co-pay charges assessed for health care: The procedure to appeal such charges is located in SOP 507.04.03, Inmate/Probationer Health Concerns or Complaints;

f.  Transfers of Offenders between Facilities;

g.  Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the Offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee;

h.  Requests for special religious accommodation outside the accommodations allowed for by policy: The procedure to file a special religious request is located in SOP 106.11, Religious Accommodations. However, Offenders may file grievances regarding the Department or a staff member's alleged failure to adhere to current policy regarding religious accommodations;

i.  Sexual Abuse and Sexual Harassment shall be forwarded to the Institutional Sexual Assault Response Team (SART) and processed according to SOP 208.06, Prison Rape Elimination Act: Sexually Abusive Behavior Prevention and Intervention Program;

j.  GOAL Devices (Tablets) including issuance, usage, access, loss or termination of privileges, repair or replacement of the Tablets, etc. An issue with this device should be addressed at the facility with the J-Pay Point of Contact designated by the Warden.  Use of the Tablet is a privilege, not a right.

3.  An Offender may file a grievance alleging retaliation or harassment, regardless of the form of the alleged retaliation or harassment.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 6 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

4.  An Offender is limited to two (2) Active Grievances:

   a.  Active Grievances with Offender Access to the Kiosk/Tablet:

      i.  If an Offender's new grievance would exceed the two (2) Active Grievances limit, the Grievance Coordinator will advise the Offender, via a JPay System message, that he may voluntarily drop one (1) of the two (2) Active Grievances.

      ii.  The Offender must return a message, via the Kiosk/Tablet, to the Grievance Coordinator, within five (5) days, stating that he or she wishes to drop one of the active grievances and provide the Reference Number of the grievance.

      iii.  If the Offender fails to respond via the Kiosk/Tablet, to the Grievance Coordinator, within five (5) Calendar Days, then the third (3rd) grievance will be closed.

      iv.  If the Offender responds after five (5) Calendar Days, it may be accepted with Good Cause.

   b.  Active Grievances without Offender access to the Kiosk/Tablet: Attachment 10, must be used, by staff and the Offender, if the Kiosk/Tablet is not used to process the grievance.

      i.  If an Offender's new grievance exceeds the two (2) Active Grievances limit, the Grievance Coordinator will advise the Offender, utilizing Attachment 10, Active Grievances Process Form, that he may voluntarily drop one of the (1) of the two (2) Active Grievance. The Grievance Coordinator will enter the grievance in the JPay System and note that Attachment 10, Active Grievances Process Form was forwarded to the Offender.

      ii.  The Offender must return Attachment 10, Active Grievances Process Form and the new grievance to his Counselor within five (5) Calendar Days of receipt of Attachment 10, to drop one (1) of the two (2)

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 7 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

Active Grievances. The Counselor will then forward Attachment 10, Active Grievances Process Form and the new grievance back to the Grievance Coordinator. The Grievance Coordinator will enter this information in the JPay system and drop the appropriate grievance.

iii. If the Offender fails to return Attachment 10, Active Grievances Process Form, to the Grievance Coordinator, within five (5) Calendar Days, then the third (3rd) grievance will be closed.

iv. If the Offender returned Attachment 10, Active Grievances Process Form after five (5) Calendar Days, it may be accepted with Good Cause.

c. The Department will not further review a dropped grievance and the Offender's ability to file a grievance or otherwise seek administrative review for the subject matter of a dropped grievance will be forfeited.

5. The following do not count toward the two (2) Active Grievance limit and will be processed:

a. A grievance submitted by the Offender as an Emergency Grievance, and determined by the Duty Officer to be an Emergency Grievance;

b. A grievance that involves allegations of physical abuse with significant injury to the Offender;

c. A grievance that the Grievance Coordinator determines involves an important issue of prison security or administration, such as a serious threat to life, health, or safety; and

d. A grievance that involves allegations of ADA violations: Offenders with communication disabilities will be provided effective communication for the grievance process pursuant to SOP 103.63 IV.E.

6. Grievances will be rejected that include threats, profanity, insults, or racial slurs that are not a part of the Offender's complaint.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 8 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender<br>Access |

7. Range of Remedies: Remedies include all reasonable and effective resolutions, which may range from corrective action by the Warden/Superintendent up to statewide policy changes by the Commissioner. Monetary awards are not allowed, except for missing or damaged property claims.

C. The Grievance procedure has two (2) Steps. Step 1: Original Grievance and Step 2: Central Office Appeal:

1. Step 1: Original Grievance:

   a. The Offender's complaint and requested relief must be stated legibly and in writing in the space provided using the Kiosk/Tablet or the Grievance Form. Only one (1) additional page may be attached to the paper Grievance Form and the Offender may write on only one (1) side of the page.

   b. The complaint must be a single issue/incident and must be submitted no later than ten (10) Calendar Days from the date the Offender knew, or should have known, of the facts giving rise to the grievance. Grievances filed later than ten (10) days may only be considered upon Good Cause.

   c. Submitting the grievance on the Kiosk/Tablet will initiate the grievance process giving a date and time stamp that will serve as the Offender's receipt. This step also provides a Reference Number which will serve as the Grievance number.

   d. If the Offender submits a paper Grievance, the Offender must sign and hand-deliver the Grievance Form to any Counselor. Immediately upon receipt of the grievance, the Counselor must give the Offender the receipt from the bottom of the Grievance Form and give the Grievance to the Grievance Coordinator. Grievances submitted through the mail (in-house or U.S. Postal Services) will not be processed except for Good Cause.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 9 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

e. Screening:

   i. The Grievance Coordinator will screen the grievance. During screening, the Grievance Coordinator may:

      1) Accept the grievance for processing;

      2) Recommend that the Warden/Superintendent reject the grievance pursuant to one (1) of the categories listed in subsection IV.C.1.e.ii, below; or

      3) If there are two (2) Active Grievances, advise the Offender per the process outlined in IV.B.4.

   ii. The Warden/Superintendent or designee should reject the grievance, via the JPay System or on paper if it:

      1) Raises a non-grievable issue as defined in Paragraph IV.B.2.;

      2) Is not filed timely; however, the Grievance Coordinator may waive the time limit for Good Cause;

      3) Includes threats, profanity, insults, or racial slurs that are not a part of the Offender's complaint;

      4) Raises more than one (1) issue/incident; or

      5) Contains any extra pages other than those allotted and has any writing on the backside of a page.

   iii. Grievances rejected by the Warden/Superintendent shall be returned to the Grievance Coordinator, who will send the Warden's/Superintendent's decision, Attachment 11, Warden'/Superintendent's Rejected Grievance Response to the Offender via a message on the JPay System or by the Counselor. The Warden's response delivered to the Offender via the Kiosk/Tablet will

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 10 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

be time and date stamped upon receipt. When the Warden's response is delivered by the Counselor, a copy of Attachment 11, Warden's/Superintendent's Rejected Grievance Response, must be given to the Offender and the Offender must sign and acknowledge receipt.

iv. Wardens/Superintendents must still act on the information contained in a rejected grievance that concerns the health or safety of any person in accordance with good prison management.

v. The Offender may appeal the Warden's/Superintendent's decision to reject the grievance to Central Office.

vi. All grievances shall be entered into the JPay System by the Grievance Coordinator/designee.

f. Processing:

i. The Grievance Coordinator shall appoint an appropriate staff member to thoroughly investigate the Offender's complaint. The investigation may include interviewing the Offender, interviewing witnesses, taking statements, and obtaining documents.

ii. Upon completing the investigation, the staff member must write a complete report, attaching all relevant documentation, and submit it to the Grievance Coordinator. (Refer to Attachment 2, Staff Local Investigative Form) The report must contain:

1) A summary of the facts surrounding Offender's complaint;

2) The staff member's conclusions; and

3) A recommendation for resolution.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 11 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

iii. The Grievance Coordinator will then review the staff report and submit a recommendation, via the JPay System, to the Warden/Superintendent, to grant or deny the grievance.

iv. The Warden/Superintendent or Designee will then review the grievance, the staff report, and the Grievance Coordinator's recommendation and issue a decision to grant or deny the grievance. The decision must be in writing and must state the reasons for the decision.

v. The Warden/Superintendent has forty (40) Calendar Days from the date the Offender submitted the Grievance Form to deliver the decision to the Offender. A one-time, ten (10) Calendar Days-extension may be granted; however, the Offender must be advised, in writing or via the Kiosk/Tablet, of the extension prior to the expiration of the original forty (40) Calendar Days.

vi. The Warden/Superintendent or Designee will send the grievance decision, via the JPay System, to the Grievance Coordinator, who will notify the Offender via the Kiosk/Tablet or send the decision to the Offender's Counselor, utilizing Attachment 4, Warden's/Superintendent's Response Form, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt.

vii. A copy of the grievance, the staff report (including any attachments to the staff report), the recommendation, and the Warden's/Superintendent's decision will be maintained in the JPay database.

viii. The Offender may appeal the Warden's/Superintendent's decision to Central Office via the Kiosk/Tablet or by utilizing Attachment 5, Grievance Appeal to Central Office Form.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 12 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

g.  Referral to the Office of Professional Standards, Criminal Investigation Division by Region:

   i.  Rejected Grievances: Grievances with Physical Force allegations that are deemed to be Non-Compliance, but satisfy the criteria for rejection pursuant to Paragraph (IV) (C) (1) (e) (ii) shall be rejected. Although the grievance has been rejected pursuant to policy guidelines, an investigation is warranted due to the nature of the allegation. The facility shall forward a copy of the grievance packet containing all relevant information to the Criminal Investigation Division by Region for review and any action deemed appropriate.

   Although the grievance has been rejected, the investigative process will continue. Attachment 12, Rejected: Notification of Referral to the Office of Professional Standards will be given to the Offender, Via the Kiosk/Tablet or send the decision to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt. Upon the completion of the investigation conducted by the Criminal Investigation Division, the Offender will be notified.

   ii.  Accepted Grievances: If a grievance alleges Physical Force and is deemed to be Non-Compliance and is accepted, the facility shall forward a copy of the grievance packet containing all relevant information to the Criminal Investigation Division by Region for review and any action deemed appropriate.

   Attachment 6, Accepted: Notification of Referral to the Office of Professional Standards will be given to the Offender, via the Kiosk/Tablet or sent to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Offender must sign an acknowledgement of receipt when the Counselor gives the decision to the Offender. This action effectively closes the grievance. This decision is not appealable. Although the grievance is closed, the investigative process will continue. The Offender shall receive a

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 13 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

response upon the completion of the investigation conducted by the Criminal Investigation Division.

h. Referral to the Facility ADA Coordinator: Grievances from Offenders with disabilities who are grieving requests for accommodation or ADA related complaints shall be forwarded to the Facility ADA Coordinator and processed pursuant to and within the timelines established in SOP 103.63, Americans with Disabilities Act ADA), Title II Provisions;

i. Rejected Grievances: Grievances with Americans with Disabilities Act allegations that satisfy the criteria for rejection pursuant to Paragraph (IV) (C) (1) (e) (ii) shall be rejected. Although the grievance has been rejected pursuant to policy guidelines, an investigation is warranted due to the nature of the allegation. The facility shall forward a copy of the grievance packet containing all relevant information to the Facility ADA Coordinator for processing in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions.

Although the grievance has been rejected, the investigative process will continue in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions. Attachment 13, Rejected: Notification of Referral to the Facility ADA Coordinator will be given to the Offender, Via the Kiosk/Tablet or send the decision to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt. Upon the completion of the investigation conducted by the Facility ADA Coordinator, the Offender will be notified.

ii. Accepted Grievances: If a grievance alleges Americans with Disabilities Act allegations and is accepted, the facility shall forward a copy of the grievance packet containing all relevant information to the Facility ADA Coordinator for processing in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
| --- | --- | --- |
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 14 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

Attachment 14, Accepted: Notification of Referral to the Facility ADA Coordinator will be given to the Offender, via the Kiosk/Tablet or sent to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Offender must sign an acknowledgement of receipt when the Counselor gives the decision to the Offender. This action effectively closes the grievance. This decision is not appealable. Although the grievance is closed, the investigative process will continue in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions. The Offender shall receive a response upon the completion of the investigation conducted by the Facility ADA Coordinator.

2. Step 2: Central Office Appeal:

   a. The Offender may file a Central Office Appeal only after:

      i. The Offender receives the Warden's/Superintendent's response to the grievance via the Kiosk/Tablet or the Grievance Coordinator; or

      ii. The time allowed for the Warden's/Superintendent's decision to be given to the Offender has expired.

      **Note: Offenders may not appeal accepted grievances forwarded to Criminal Investigations or those forwarded to the Facility ADA Coordinator.**

   b. The Offender has seven (7) Calendar Days from the Warden's response date to file a Central Office Appeal. The Grievance Coordinator or Commissioner's Designee may waive this time limit for Good Cause.

   c. The Offender must send an appeal via the Kiosk/Tablet or fill out and sign Attachment 5, Central Office Appeal Form and give it to his/her Counselor. The Counselor must sign and date the Central Office Appeal Form and must give the Offender the receipt, which is the bottom portion of Attachment 5, Central Office Appeal Form.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 15 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

d. The Grievance Coordinator must ensure the Grievance, the Warden's/Superintendent's decision, Attachment 5, Central Office Appeal Form, and any supporting documentation is electronically entered into the JPay System for the Commissioner's Designee to review.

e. The Commissioner or his/her designee has 120 Calendar Days after submission of the Central Office Appeal Form to deliver a decision to the Offender.

f. The Commissioner's designee will send the Central Office Appeal decision to the facility Grievance Coordinator, via the JPay System. The Grievance Coordinator will notify the Offender, Via the Kiosk/Tablet or send the decision to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt.

g. If the Commissioner or the Commissioner's designee determines that a grievance should have been accepted by the facility and processed, the grievance will be returned to the facility for investigation, via the JPay System. The Warden/Superintendent will have fifteen (15) calendar days from receipt of the returned grievance to process and deliver the decision to the Offender, via the JPay System. If the Offender does not have access to a Kiosk/Tablet, a paper copy will be provided utilizing Attachment 4, Warden's/Superintendent's Grievance Response. Once the Offender receives the Warden's 2nd response, the Offender will have seven (7) calendar days from the Warden's response date to file the 2nd Central Office Appeal.

D. Emergency Grievance Procedure:

1. Emergency Grievances must be immediately referred to the Duty Officer. The Duty Officer shall be responsible for monitoring the JPay System during each duty rotation and is responsible for the following:

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 16 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

2. The Duty Officer must determine if the Grievance fits the definition of an Emergency Grievance. If it does, the Duty Officer must immediately take whatever action necessary to protect the health, safety, or welfare of the Offender, and provide an initial response within 48-hours. This information shall be documented, and the Offender must be given a written response, via the Kiosk/Tablet, to his Emergency Grievance within five (5) Calendar Days.

3. If the Duty Officer determines that the grievance does not fit the definition of an Emergency Grievance, the Emergency Grievance will be closed. The reason why the grievance is not considered an emergency, must be documented and the Offender must be notified of this, via the JPay Kiosk/Tablet, within five (5) Calendar Days. The Offender can then file a new grievance, within ten (10) Calendar Days of the notification, if the new grievance meets the requirements of this SOP.

E. Administration and Record-keeping for the Grievance Procedure:

1. The Commissioner may delegate his/her authority over grievance matters to a designee.

2. Confidentiality of Grievances:

   a. All paper copies of grievances and related documents retained at the institution must be kept in a local working file within the office of the Grievance Coordinator in a locked cabinet. Paper copies of grievance documents retained by Central Office staff must be kept in a separate file. Electronic grievance documents must have similar restricted access. If there is a scanning process available to the Grievance Coordinator at the local level or the Commissioner's Designee at the Central Office level, then once the decision is made, the local working file may be scanned into a PDF file. This file will be assigned a unique file name following the statewide guidelines and stored in a secured, limited access folder on the network. Grievances processed via the JPay System will be maintained on that JPay Server.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 17 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

    b.  A Grievance must not be placed in the Offender's file or referred to in SCRIBE case notes.

    c.  Grievances may be made available to staff members involved only to the extent necessary for processing the Grievance or for an audit.

3.  Grievance Coordinator: The Warden/Superintendent must appoint a Grievance Coordinator and an Alternate Grievance Coordinator.

4.  Grievance Coordinator Duties:

    a.  Ensure compliance with the Grievance SOP;

    b.  Maintain the JPay System records on grievances;

    c.  Retain all paper records and documentation relevant to grievances as provided by this policy;

    d.  Coordinate the timely investigation of grievances.

5.  When a grievance is filed in reference to a different facility, the Grievance Coordinator at the Offender's current facility will notify the Grievance Coordinator at the originating facility via the JPay system for screening and processing. Once the Warden's Response is entered by the originating facility, the Offender will be notified via the Kiosk/Tablet. If the Offender does not have access to the Kiosk/Tablet, the Offender will be notified in writing.

6.  Employee Training:  All facility employees will be required to attend grievance training. The training officer will document this annually.

7.  Deadlines and time calculation: If the final day of a deadline falls on a day that is not a Business Day, then the deadline expires on the next Business Day.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 18 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender<br>Access |

8. Released or Transferred Offenders: Facilities shall continue to screen and process grievances of Offenders who were subsequently released or transferred from the facility after the grievance was filed.

9. If the Offender filed a Central Office appeal of the Warden's/Superintendent's decision prior to being released, the appeal will not be processed.

10. If an Offender does not have access to a Kiosk/Tablet, the grievance process will be maintained by staff in the JPay System. Written responses will be provided to the Offender in every step and manually entered into the JPay System.

F. Evaluation of the Grievance Procedure:

1. The Office of Professional Standards, Audits and Compliance Unit must audit and evaluate the grievance process at least once every twelve (12) months.

2. The Office of Information and Technology will generate semi-annual reports regarding the number and type of grievances filed and will present those reports to the Commissioner, the Director of Field Operations, and the General Counsel of the Department.

V. **Attachments:**

Attachment 1: Offender Grievance Form;
Attachment 2: Staff Local Investigative Form;
Attachment 3: Witness Statement Form;
Attachment 4: Warden's/Superintendent's Response Form;
Attachment 5: Grievance Appeal to Central Office Form;
Attachment 6: Accepted: Notification of Referral to Office of Professional
            Standards;
Attachment 7: Grievance Rejection Code Form;
Attachment 8: Grievance Resolution/Drop Form;
Attachment 9: Central Office Appeal Response Form;

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 19 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender<br>Access |

Attachment 10: Active Grievances Process Form;
Attachment 11: Warden's/Superintendent's Rejected Grievance Response;
Attachment 12: Rejected: Notification of Referral to the Office of Professional Standards;
Attachment 13: Rejected: Notification of Referral to the Facility ADA Coordinator; and
Attachment 14: Accepted: Notification of Referral to the Facility ADA Coordinator.

**VI.**   **Record Retention of Forms Relevant to this Policy:**

All Grievance related paper documents shall be retained in the Grievance Coordinator's file for four (4) years after the final disposition of the grievance and then destroyed.  All grievance related documents within the JPay System will be permanently maintained.

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

**Offender GRIEVANCE FORM (Facsimile)**

| INSTITUTIONAL STAFF USE ONLY |
|---|

OFFENDER NAME _____   OFFENDER NUMBER _____

INSTITUTION _____   GRIEVANCE NUMBER _____

DATE COMPLETED FORM RECEIVED FROM OFFENDER _____/_____/_____ BY

_____

DATE APPEAL RECEIVED _____/_____/_____ BY _____

**YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT:

RESOLUTION REQUESTED:

Offender Signature                                        Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

-- -- -- -- -- -- ---- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- ---- -- -- --
**RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL**

OFFENDER'S NAME _____   GDC I.D. #: _____

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: _____/_____/_____   COUNSELOR'S SIGNATURE _____

*Form PI-2001*

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM


INSTITUTION:                                             DATE:

TO:        GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:

--------------------------------------------------------------------------------------------------------------------------------

Offender's:  Name:

GDC #:

Offender's Basic Allegation or Complaint:




Summary of Investigation:



_____                    _____
Staff Signature:                                              Date:



Concur with Staff Findings:      Yes: ☐      No: ☐

Grievance Coordinator:        _____



Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

(Reproduced locally)

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE | DATE | TIME | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

| SWORN STATEMENT |
|---|

I, _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | | PAGE 1 OF _____ PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

STATEMENT (Continued)

AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME.  THE STATEMENT IS TRUE.     I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

WITNESS

_____

_____

INSTITUTION OR ADDRESS

_____

_____

INSTITUTION OR ADDRESS

_____
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this _____ day of _____, 20___
at _____

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_____
(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

PAGE     OF     PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 4
5/10/19

## **WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE**

Offender's Name:                                    Grievance Number:

GDC #:                                              Facility:

RESPONSE TO GRIEVANCE:

_____          _____
Warden's/Superintendent's Signature                (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          _____
Offender's Signature                               (Date)

---

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

---

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 217.02
Attachment 5
5/10/19

**DATE APPEAL RECEIVED FROM OFFENDER**_____

## GRIEVANCE APPEAL FORM

_____        _____        _____
  OFFENDER NAME                I.D. NUMBER          GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance.  The basis for this appeal is as follows:

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTE:  The option to appeal a proposed resolution rests with the grievant.  All grievances indicating a desire for appeal will be forwarded to the next level.  However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal.  Statements such as "not satisfied" or "appeal further" will result only in a general review.  **If for some reason this appeal is being submitted later than the allotted time frame, please state clearly the reasons why if you wish for this appeal to be considered.**   This appeal form along with the Grievance Form must be submitted to your Counselor or Grievance Coordinator.

OFFENDERS'S
SIGNATURE: _____DATE:_____

----------------------------------------------------------------------------------------------------------------

## RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: _____     I.D.#_____

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER_____FROM THE ABOVE OFFENDER.

DATE: _____/_____/_____     COUNSELOR'S SIGNATURE: _____

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 6
5/10/19

# GEORGIA DEPARTMENT OF CORRECTIONS





**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## <u>Accepted: Notification of Referral to the Criminal Investigations Division (OPS)</u>

TO:      Offender Name, GDC#
         _____Facility/Center

FROM:    Warden/Superintendent
         _____ Facility/Center

RE:      GRIEVANCE #


This memorandum is in response to your grievance that was filed on _____.  Upon review, it has been determined that due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of Corrections Criminal Investigations Division on _____ for review. The Criminal Investigations Division will determine what action is appropriate. As a result, this letter serves as the formal response to your grievance and effectively closes your grievance. Although this letter effectively closes your grievance, the investigative process will continue. The decision to forward your grievance to the Criminal Investigations Division and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by The Criminal Investigations Division.



_____          _____
Warden/Superintendent                       Date


_____          _____
Offender         GDCID#                      Date


Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 7
5/10/19

# Codes for Rejected Grievance
# (Formal)

1. More than one (1) issue per grievance.
2. Grievance filed out of time frames as outlined in policy.
3. Non-grievable issues:

    a. Does not affect the offender personally;
    b. Issues outside of the Department's control, including parole decisions, sentences, probation revocation, court decisions, and any matters established by the laws of the state;
    c. Disciplinary actions, including any warnings, sanctions, fees, or assessments;
    d. Involuntary Assignment to Administrative Segregation;
    e. Co-Pay Charges for Health Care;
    f. Transfer of offender between Institution;
    g. Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety;
    h. Requests for special religious accommodation outside the accommodations allowed for by policy;
    i. Sexual Abuse and Sexual Harassment shall be forwarded to the Institutional Sexual Assault Response Team (SART) and processed according to SOP 208.06;
    j. GOAL Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

4. Grievance includes threats, profanity or racial slurs.
5. Grievance contains any extra pages other than those allotted and has any writing on the backside of a page.

Retention Schedule: This form shall be utilized as instructed in the SOP until revised or obsolete.

Attachment 8
5/10/19



# GEORGIA DEPARTMENT OF CORRECTIONS
## *FACILITIES DIVISION*



**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

**Date:**

**RE:   Grievance Resolution/Drop Form**

**The attached formal grievance #            from offender            GDCID#
was received in my office. The following actions have been taken:**

❑  **Grievance resolved and no further action needed**

❑  **Grievance dropped by offender**

**Matter discussed:**

**The above matter is discussed by me and:**

❑  **The problem is resolved; or**

❑  **I wish to drop this grievance**

_____              _____
**Offender Signature          Date**              **Staff Signature          Date**

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years
and then destroyed.

SOP 227.02
Attachment 9
5/10/19



# GEORGIA DEPARTMENT OF CORRECTIONS
### *STATE OFFICES SOUTH AT TIFT COLLEGE*
### *Offices of Professional Standards*
### *P.O. Box 1529*
### *Forsyth, Ga 31029*



**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## CENTRAL OFFICE APPEAL RESPONSE

Date: _____

Offender's Name: _____          Grievance Number: _____

GDC#: _____          Facility: _____

Response to Appeal:
_____

_____

**Commissioner's Designee**                    **Date**

## I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE

_____

**Offender's Signature**                    **Date**

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 10
5/10/19

**Active Grievances Process Form**

Offender Name:                                          Date:

Offender GDC#:                                          Grievance #

From:  Grievance Coordinator

The attached grievance has exceeded your filing limit.  Per SOP, you may only have two (2) active grievances at the local level.  You have the option to drop one (1) of your active grievances (#_____) or (#_____).  If you do not wish to drop one (1) of your active grievances, this grievance will not be processed.

If you choose to drop one (1) of the two (2) active grievances noted above, return this form and the attached grievance to your counselor within five (5) calendar days of receipt.  Please note below the grievance number you wish to drop and sign and date.  The active grievance you choose to drop will not be reviewed further and any ability to file a grievance or otherwise seek administrative review will be forfeited.  Wardens/Superintendents must still act on the information contained in a rejected grievance that concerns the health or safety of any person in accordance with good prison management.

I, _____GDC#_____ wish to drop

my previous grievance (#_____).

_____                    _____

Offender Signature                                          Date

If the Counseling Department does not receive this form and the attached grievance back, your active grievances will continue to be investigated and the attached grievance will not be processed. It will not be reviewed further and any ability to file a grievance or otherwise seek administrative review will be forfeited.

Retention Schedule: This form is form shall be utilized as instructed in the SOP and does not need to be retained after use.

SOP 227.02
Attachment 11
5/10/19

# WARDEN'S/SUPERINTENDENT'S
# REJECTED GRIEVANCE RESPONSE

**Offender's Name:**                                **Grievance Number:**

**GDC#:**                                              **Facility:**

**This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):**

- ❑ **Does not personally affect the offender.**

- ❑ **Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.**

- ❑ **Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.**

- ❑ **Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.**

- ❑ **Co-pay charges assessed for health care.  The procedure to appeal such charges is located in SOP 507.04.03, Offender Health Concerns or Complaints.**

- ❑ **Transfers of offenders between institutions.**

- ❑ **Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety.  The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.**

- ❑ **Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy.  The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.**

- ❑ **Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive   Behavior Prevention and Intervention Program.**

- ❑ **Grievance was filed out of time frames as outlined in policy.**

- ❑ **Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.**

- ❑ **Grievance contained more than one issue/incident.**

- ❑ **Grievance contained extra pages other than those allotted and had writing on the backside of a page.**

- ❑ **Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.**

_____     _____
**Warden's Signature**                                          **(Date)**

**I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:**

_____     _____
**Offender's Signature**                                      **(Date)**

| |
|---|
| You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day. |

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 12
5/10/19



## GEORGIA DEPARTMENT OF CORRECTIONS



**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## Rejected: Notification of Referral to the Criminal Investigations Division (OPS)

TO:          Offender Name, GDC#
             _____Facility/Center

FROM:    Warden/Superintendent
             _____Facility/Center

RE:          GRIEVANCE #

This memorandum is in response to your grievance that was filed on _____. Upon review, it has been determined that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is being rejected in accordance with policy.   However, due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of Corrections Criminal Investigations Division on _____ for review. The Criminal Investigation Division will determine what action is appropriate. Although this letter serves as the formal response to your grievance, the investigative process is on-going.

You will be notified upon the completion of the investigation by the Criminal Investigations Division.

_____          _____
Warden/Superintendent                   Date

_____          _____
Offender      GDCID#                         Date

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 13
5/10/19



# GEORGIA DEPARTMENT OF CORRECTIONS



**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## <u>Rejected: Notification of Referral to the Facility ADA Coordinator</u>

TO:        Offender Name, GDC#
              _____Facility/Center

FROM:     Warden/Superintendent
              _____Facility/Center

RE:        GRIEVANCE #

This memorandum is in response to your grievance that was filed on _____. Upon review, it has been determined that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is being rejected in accordance with policy.   However, due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Facility ADA Coordinator on _____ for processing in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions.

You will be notified upon the completion of the investigation by the Facility ADA Coordinator.

_____     _____
Warden/Superintendent           Date

_____     _____
Offender     GDCID#           Date

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 14
5/10/19



## GEORGIA DEPARTMENT OF CORRECTIONS



**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## <u>Accepted: Notification of Referral to the Facility ADA Coordinator</u>

TO:        Offender Name, GDC#
             _____Facility/Center

FROM:     Warden/Superintendent
             _____Facility/Center

RE:        GRIEVANCE #


This memorandum is in response to your grievance that was filed on _____.  Upon review, it has been determined that due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Facility ADA Coordinator on _____for processing in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions. As a result, this letter serves as the formal response to your grievance and effectively closes your grievance. Although this letter effectively closes your grievance, the investigative process will continue. The decision to forward your grievance to the Facility ADA Coordinator and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by the Facility ADA Coordinator.



_____    _____
Warden/Superintendent            Date


_____    _____
Offender     GDCID#              Date



Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Attachment 2

Movement History

BAYSE, ROBERT DWAYNE - GDC ID ████91

| Move Date | Move Type | Move Reason | Moved To Location |
|---|---|---|---|
| 08/07/2022 | ARRIVE HOSPITAL TRANSPORT | RETURN FROM MEDICAL | AUGUSTA STATE MED. PRISON F-1-212-B |
| 08/07/2022 | HOSPITAL TRANSPORT | MEDICAL | Augusta University Hospital |
| 02/07/2022 | BED MOVE | ADJUSTMENT | AUGUSTA STATE MED. PRISON F-1-212-B |
| 02/01/2022 | BED MOVE | ADJUSTMENT | AUGUSTA STATE MED. PRISON F-1-209-B |
| 01/26/2022 | BED MOVE | ADMINISTRATIVE | AUGUSTA STATE MED. PRISON F-1-101-T |
| 01/25/2022 | BED MOVE | MENTAL HEALTH | AUGUSTA STATE MED. PRISON A-3-2-B |
| 12/20/2021 | BED MOVE | MENTAL HEALTH | AUGUSTA STATE MED. PRISON NU-2B-14-B |
| 11/03/2021 | BED MOVE | ADMINISTRATIVE | AUGUSTA STATE MED. PRISON F-2-222-B |
| 03/05/2021 | BED MOVE | ADJUSTMENT | AUGUSTA STATE MED. PRISON D-2-120-B |
| 03/03/2021 | BED MOVE | MENTAL HEALTH | AUGUSTA STATE MED. PRISON NU-2B-17-B |
| 11/30/2020 | BED MOVE | ADJUSTMENT | AUGUSTA STATE MED. PRISON D-2-120-B |
| 11/30/2020 | BED MOVE | ADJUSTMENT | AUGUSTA STATE MED. PRISON NU-3A-13-B |
| 11/29/2020 | BED MOVE | MEDICAL | AUGUSTA STATE MED. PRISON NU-4A-17-B |
| 10/20/2020 | BED MOVE | MEDICAL | AUGUSTA STATE MED. PRISON D-2-120-B |
| 10/19/2020 | BED MOVE | MEDICAL | AUGUSTA STATE MED. PRISON NU-4A-16-B |
| 10/18/2020 | BED MOVE | MEDICAL | AUGUSTA STATE MED. PRISON NU-4A-7-B |
| 10/05/2020 | BED MOVE | ADJUSTMENT | AUGUSTA STATE MED. PRISON D-2-120-T |
| 10/04/2020 | BED MOVE | MEDICAL | AUGUSTA STATE MED. PRISON NU-4A-19-B |
| 08/04/2020 | BED MOVE | POPULATION REDISTRIBUTION | AUGUSTA STATE MED. PRISON D-1-104-R |
| 07/28/2020 | BED MOVE | SEGREGATION | AUGUSTA STATE MED. PRISON E-1-107-B |
| 01/02/2020 | GDC MOVE | ADJUSTMENT | AUGUSTA STATE MED. PRISON D-1-108-L |
| 07/02/2019 | BED MOVE | ADJUSTMENT | GA STATE PRISON DW-4-1-B |
| 06/20/2019 | BED MOVE | ADJUSTMENT | GA STATE PRISON DE-2-9-B |
| 06/14/2019 | BED MOVE | MENTAL HEALTH | GA STATE PRISON D-INF-13-B |
| 05/16/2019 | GDC MOVE | ADMINISTRATIVE | GA STATE PRISON DW-4-3-B |
| 05/10/2019 | BED MOVE | POPULATION REDISTRIBUTION | AUTRY STATE PRISON G-1-218-B |
| 05/09/2019 | BED MOVE | CORRECTING ERRONEOUS MOVE | AUTRY STATE PRISON J-1-222-B |

Movement History

BAYSE, ROBERT DWAYNE - GDC ID ███91

| 05/09/2019 | GDC MOVE | ADMINISTRATIVE | AUTRY STATE PRISON J-1-115-B |
|---|---|---|---|
| 12/28/2018 | BED MOVE | ADMINISTRATIVE | VALDOSTA STATE PRISON G-1-68-B |
| 12/26/2018 | BED MOVE | MENTAL HEALTH | VALDOSTA STATE PRISON E-2-18-B |
| 12/25/2018 | BED MOVE | ADJUSTMENT | VALDOSTA STATE PRISON MED-1-10-B |
| 12/20/2018 | BED MOVE | ADMINISTRATIVE | VALDOSTA STATE PRISON E-2-18-B |
| 12/20/2018 | BED MOVE | ADMINISTRATIVE | VALDOSTA STATE PRISON E-1-74-T |
| 12/19/2018 | BED MOVE | MENTAL HEALTH | VALDOSTA STATE PRISON H-1-31-B |
| 12/19/2018 | BED MOVE | MENTAL HEALTH | VALDOSTA STATE PRISON MED-1-10-B |
| 12/14/2018 | BED MOVE | ADMINISTRATIVE | VALDOSTA STATE PRISON G-1-75-B |
| 12/13/2018 | BED MOVE | ADMINISTRATIVE | VALDOSTA STATE PRISON G-1-75-T |
| 08/16/2018 | BED MOVE | CORRECTING ERRONEOUS MOVE | VALDOSTA STATE PRISON G-2-12-B |
| 08/16/2018 | BED MOVE | ADMINISTRATIVE | VALDOSTA STATE PRISON F-1-67-T |
| 08/16/2018 | BED MOVE | MENTAL HEALTH | VALDOSTA STATE PRISON G-2-13-T |
| 05/15/2018 | BED MOVE | MENTAL HEALTH | VALDOSTA STATE PRISON G-2-12-B |
| 05/10/2018 | GDC MOVE | MENTAL HEALTH | VALDOSTA STATE PRISON MED-1-10-B |
| 05/10/2018 | BED MOVE | CORRECTING ERRONEOUS MOVE | BALDWIN STATE PRISON J-C-148-B |
| 04/12/2018 | GDC MOVE | OTHER REQUEST | BALDWIN STATE PRISON J-B-134-B |
| 04/08/2018 | BED MOVE | ADMINISTRATIVE | CENTRAL STATE PRISON G-4-202-B |
| 01/03/2018 | BED MOVE | SEGREGATION | CENTRAL STATE PRISON G-4-102-B |
| 01/02/2018 | BED MOVE | ADJUSTMENT | CENTRAL STATE PRISON H-1-101-B |
| 01/02/2018 | GDC MOVE | ADMINISTRATIVE | CENTRAL STATE PRISON F-3-105-B |
| 12/29/2017 | BED MOVE | ADMINISTRATIVE | JOHNSON STATE PRISON J-J1-113-B |
| 06/08/2017 | BED MOVE | POPULATION REDISTRIBUTION | JOHNSON STATE PRISON E-E1-101-B |
| 06/07/2017 | GDC MOVE | MENTAL HEALTH | JOHNSON STATE PRISON J-J1-110-B |
| 06/02/2017 | GDC MOVE | MENTAL HEALTH | AUGUSTA STATE MED. PRISON NU-3B-8-B |
| 11/07/2016 | BED MOVE | ADJUSTMENT | JOHNSON STATE PRISON E-E1-101-B |
| 11/03/2016 | GDC MOVE | ADJUSTMENT | JOHNSON STATE PRISON J-J1-112-B |

Movement History

BAYSE, ROBERT DWAYNE - GDC ID ██████91

| Date | Action | Reason | Location |
|------|--------|--------|----------|
| 10/18/2016 | BED MOVE | PROTECTIVE CUSTODY | PHILLIPS STATE PRISON C-1-13-B |
| 10/07/2016 | ARRIVE HOSPITAL TRANSPORT | CORRECTING ERRONEOUS MOVE | PHILLIPS STATE PRISON MED-██-10-B |
| 10/07/2016 | HOSPITAL TRANSPORT | MEDICAL | ATLANTA MED CTR/ TENET |
| 10/07/2016 | BED MOVE | MENTAL HEALTH | PHILLIPS STATE PRISON MED-██-10-B |
| 09/12/2016 | BED MOVE | ADJUSTMENT | PHILLIPS STATE PRISON C-1-3-B |
| 07/20/2016 | BED MOVE | ADJUSTMENT | PHILLIPS STATE PRISON C-1-8-B |
| 06/14/2016 | GDC MOVE | ADMINISTRATIVE | PHILLIPS STATE PRISON D-2-12-B |
| 08/28/2015 | BED MOVE | POPULATION REDISTRIBUTION | RUTLEDGE STATE PRISON E-3-18-B |
| 08/28/2015 | BED MOVE | POPULATION REDISTRIBUTION | RUTLEDGE STATE PRISON G-1-11-B |
| 08/26/2015 | BED MOVE | DISCIPLINARY | RUTLEDGE STATE PRISON MED-1-1-B |
| 12/16/2014 | BED MOVE | ADJUSTMENT | RUTLEDGE STATE PRISON E-3-18-B |
| 11/25/2014 | GDC MOVE | ADMINISTRATIVE | RUTLEDGE STATE PRISON E-4-2-B |
| 09/30/2013 | BED MOVE | CORRECTING ERRONEOUS MOVE | BALDWIN STATE PRISON H-D-162-B |
| 09/30/2013 | BED MOVE | MENTAL HEALTH | BALDWIN STATE PRISON H-D-162-T |
| 09/30/2013 | BED MOVE | MENTAL HEALTH | BALDWIN STATE PRISON H-D-162-B |
| 01/10/2012 | GDC MOVE | ADMINISTRATIVE | BALDWIN STATE PRISON H-A-114-B |
| 08/11/2011 | BED MOVE | MENTAL HEALTH | PHILLIPS STATE PRISON D-2-13-B |
| 08/11/2011 | BED MOVE | MENTAL HEALTH | PHILLIPS STATE PRISON F-1-8-B |
| 08/09/2011 | BED MOVE | MENTAL HEALTH | PHILLIPS STATE PRISON MED-██-10-B |
| 08/04/2011 | BED MOVE | MENTAL HEALTH | PHILLIPS STATE PRISON F-1-9-B |
| 08/03/2011 | BED MOVE | DISCIPLINARY | PHILLIPS STATE PRISON C-2-13-B |
| 05/09/2011 | BED MOVE | ADJUSTMENT | PHILLIPS STATE PRISON G-1-10-B |
| 02/02/2011 | BED MOVE | MENTAL HEALTH | PHILLIPS STATE PRISON G-1-12-B |
| 01/27/2011 | GDC MOVE | ADMINISTRATIVE | PHILLIPS STATE PRISON F-1-11-B |
| 01/05/2011 | BED MOVE | MENTAL HEALTH | VALDOSTA STATE PRISON H-2-14-T |
| 09/17/2007 | BED MOVE | MEDICAL | VALDOSTA STATE PRISON H-2-53-T |
| 04/30/2003 | CONVERSION | CONVERSION | VALDOSTA STATE PRISON H-2-53-B |

Attachment 3

# Offender Grievances

**BAYSE, ROBERT DWAYNE-GDC ID ███91**

| Grievance Date | Location | Grievance Number | Expedited | Grievance Category | Grievance Type | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 07/05/2022 | AUGUSTA STATE MED. PRISON | 340568 | NO | MEDICAL | FORMAL | DENIED | 07/28/2022 |
| 07/05/2022 | AUGUSTA STATE MED. PRISON | 340555 | NO | ASSIGNMENT/CLASSIFICATION | FORMAL | PENDING NOTIFY OFFENDER | 08/11/2022 |
| 05/11/2022 | AUGUSTA STATE MED. PRISON | 338636 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 06/13/2022 |
| 02/25/2022 | AUGUSTA STATE MED. PRISON | 335954 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 05/06/2022 |
| 02/01/2022 | AUGUSTA STATE MED. PRISON | 335067 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 05/10/2022 |
| 12/13/2021 | AUGUSTA STATE MED. PRISON | 333415 | NO | STAFF NEGLIGENCE | FORMAL | APPEAL DENIED | 01/26/2022 |
| 12/13/2021 | AUGUSTA STATE MED. PRISON | 333171 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 01/24/2022 |
| 08/30/2021 | AUGUSTA STATE MED. PRISON | 328621 | NO | MENTAL HEALTH | FORMAL | REJECTED | 09/08/2021 |
| 08/30/2021 | AUGUSTA STATE MED. PRISON | 328613 | NO | MENTAL HEALTH | FORMAL | DENIED | 09/22/2021 |
| 08/20/2021 | AUGUSTA STATE MED. PRISON | 328181 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 11/18/2021 |
| 08/09/2021 | AUGUSTA STATE MED. PRISON | 327883 | NO | MEDICAL | FORMAL | REJECTED | 08/26/2021 |
| 03/19/2021 | AUGUSTA STATE MED. PRISON | 322074 | NO | MENTAL HEALTH | FORMAL | DENIED | 04/21/2021 |
| 12/30/2020 | AUGUSTA STATE MED. PRISON | 318714 | NO | MENTAL HEALTH | FORMAL | DENIED | 03/16/2021 |
| 08/11/2020 | AUGUSTA STATE MED. PRISON | 312497 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 09/04/2020 |
| 08/05/2020 | AUGUSTA STATE MED. PRISON | 312312 | NO | PHYSICAL FORCE (NON-COMPLIANCE) | FORMAL | REFERRED TO CID | 08/27/2020 |
| 07/31/2020 | AUGUSTA STATE MED. PRISON | 312105 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | APPEAL DENIED | 03/31/2021 |
| 06/29/2020 | AUGUSTA STATE MED. PRISON | 310574 | NO | MENTAL HEALTH | FORMAL | PARTIALLY GRANTED | 08/14/2020 |
| 06/29/2020 | AUGUSTA STATE MED. PRISON | 310560 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 09/22/2020 |
| 06/08/2020 | AUGUSTA STATE MED. PRISON | 309338 | NO | MENTAL HEALTH | FORMAL | PARTIALLY GRANTED | 07/01/2020 |
| 06/03/2020 | AUGUSTA STATE MED. PRISON | 309340 | NO | MEDICAL | FORMAL | DENIED | 06/19/2020 |
| 02/28/2020 | AUGUSTA STATE MED. | 304349 | NO | DENTAL | FORMAL | PARTIALLY GRANTED | 05/13/2020 |

| | PRISON | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/05/2019 | GA STATE PRISON | 300388 | NO | CONDITIONS OF CONFINEMENT | FORMAL | APPEAL DENIED | 07/06/2020 |
| 08/02/2019 | GA STATE PRISON | 293420 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 11/27/2019 |
| 06/11/2019 | GA STATE PRISON | 290378 | NO | LAUNDRY | FORMAL | DENIED | 07/29/2019 |
| 06/11/2019 | GA STATE PRISON | 290377 | NO | MENTAL HEALTH | FORMAL | DENIED | 07/29/2019 |
| 04/30/2019 | VALDOSTA STATE PRISON | 289205 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 02/04/2020 |
| 04/04/2019 | VALDOSTA STATE PRISON | 287316 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 07/24/2019 |
| 02/21/2019 | VALDOSTA STATE PRISON | 284137 | NO | MENTAL HEALTH | FORMAL | REJECTED | 03/21/2019 |
| 01/16/2019 | VALDOSTA STATE PRISON | 282713 | NO | MEDICAL | FORMAL | DENIED | 02/22/2019 |
| 12/18/2018 | VALDOSTA STATE PRISON | 281394 | NO | CONDITIONS OF CONFINEMENT | FORMAL | REJECTED | 01/27/2020 |
| 07/12/2018 | VALDOSTA STATE PRISON | 271368 | NO | CONDITIONS OF CONFINEMENT | FORMAL | DENIED | 09/20/2018 |
| 06/20/2018 | CENTRAL STATE PRISON | 269918 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 08/21/2018 |
| 05/16/2018 | BALDWIN STATE PRISON | 268011 | NO | HARASSMENT | FORMAL | DENIED | 04/16/2021 |
| 02/12/2018 | CENTRAL STATE PRISON | 261523 | NO | MEDICAL | FORMAL | APPEAL DENIED | 10/22/2018 |
| 01/02/2018 | CENTRAL STATE PRISON | 257709 | NO | SEXUAL HARASSMENT | FORMAL | RESOLVED | 01/03/2018 |
| 11/08/2017 | JOHNSON STATE PRISON | 255089 | NO | MEDICAL | FORMAL | DROPPED BY OFFENDER | 12/11/2017 |
| 10/31/2017 | JOHNSON STATE PRISON | 255080 | NO | GENERAL LIBRARY | FORMAL | FULLY GRANTED | 11/27/2017 |
| 10/10/2017 | JOHNSON STATE PRISON | 253017 | NO | MEDICAL | FORMAL | DENIED | 11/15/2017 |
| 09/28/2017 | JOHNSON STATE PRISON | 253294 | NO | MEDICAL | FORMAL | APPEAL DENIED | 05/11/2021 |
| 07/29/2017 | JOHNSON STATE PRISON | 248315 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 09/01/2017 |
| 07/26/2017 | JOHNSON STATE PRISON | 247876 | NO | COUNSELING | FORMAL | DENIED | 09/01/2017 |
| 06/27/2017 | JOHNSON STATE PRISON | 246023 | NO | LAUNDRY | FORMAL | APPEAL DENIED | 05/11/2021 |
| 06/27/2017 | JOHNSON STATE PRISON | 246011 | NO | MEDICAL | FORMAL | APPEAL DENIED | 05/19/2021 |
| 03/31/2017 | JOHNSON STATE PRISON | 241002 | NO | MEDICAL | FORMAL | APPEAL DENIED | 05/11/2021 |
| 02/23/2017 | JOHNSON STATE PRISON | 238964 | NO | MENTAL HEALTH | FORMAL | DENIED | 04/14/2017 |
| 02/03/2017 | JOHNSON STATE PRISON | 236735 | NO | MENTAL HEALTH | FORMAL | APPEAL DENIED | 12/14/2018 |
| 12/01/2016 | JOHNSON STATE PRISON | 232770 | NO | FOOD SERVICE | FORMAL | DENIED | 12/22/2016 |
| 11/02/2016 | PHILLIPS STATE PRISON | 232991 | NO | MENTAL HEALTH | FORMAL | RESOLVED | 01/18/2017 |
| 09/12/2016 | PHILLIPS STATE PRISON | 233512 | NO | SEXUAL HARASSMENT | FORMAL | RESOLVED | 05/02/2018 |
| 09/12/2016 | PHILLIPS STATE PRISON | 233507 | NO | SEXUAL HARASSMENT | FORMAL | RESOLVED | 05/02/2018 |
| 09/08/2016 | PHILLIPS STATE PRISON | 228444 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | APPEAL PARTIALLY DENIED | 05/11/2018 |
| 06/14/2016 | PHILLIPS STATE PRISON | 224178 | NO | HARASSMENT | FORMAL | RESOLVED | 07/21/2016 |
| 05/11/2015 | BALDWIN STATE PRISON | 196298 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | PENDING NOTIFY OFFENDER ON APPEAL | 08/25/2015 |

| 05/05/2015 | RUTLEDGE STATE PRISON | 197176 | NO | HARASSMENT | FORMAL | DENIED | 04/03/2017 |
|---|---|---|---|---|---|---|---|
| 12/19/2013 | BALDWIN STATE PRISON | 163495 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | APPEAL DENIED | 02/24/2014 |
| 10/28/2013 | BALDWIN STATE PRISON | 160117 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | RESOLVED | 12/09/2013 |
| 09/26/2011 | PHILLIPS STATE PRISON | 100697 | NO | MISSING/CONFISCATED PROPERTY | INFORMAL | RESOLVED | 09/29/2011 |
| 03/07/2011 | PHILLIPS STATE PRISON | 81288 | NO | MISSING/CONFISCATED PROPERTY | INFORMAL | REJECTED | 03/15/2011 |
| 02/23/2011 | PHILLIPS STATE PRISON | 79713 | NO | STAFF NEGLIGENCE | INFORMAL | RESOLVED | 03/28/2011 |
| 01/12/2011 | VALDOSTA STATE PRISON | 75390 | NO | HARASSMENT | FORMAL | DENIED | 03/23/2011 |
| 10/07/2010 | VALDOSTA STATE PRISON | 66023 | NO | PHYSICAL FORCE (NON-COMPLIANCE) | FORMAL | FORWARDED TO INTERNAL INVESTIGATION | 10/13/2010 |
| 08/13/2010 | VALDOSTA STATE PRISON | 60256 | NO | HARASSMENT | INFORMAL | REJECTED | 08/18/2010 |

*© 1998 - 2002 Georgia Department of Corrections*

Send your system questions and recommendations to us

Attachment 4

GR 309340

*Tapley*
*1141-108*

S/*SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: **Bayse, Robert**                    Grievance Number:  309340

GDC #:        ███91                    Facility:  **Augusta State Medical Prison**

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on a statement provided by Nurse Buggs, she
does not give out any medication without some form of identification. Offenders must be
wearing their ID card in order to receive their medication. This grievance is denied.

_____                    _6/17/2020_
Warden's/Superintendent's Signature                    (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

*Refuse to Sign*                    _6-19-20_
Offender's Signature                    (Date)

*Counselor Guy*

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If
the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years
and then destroyed.

CONFIDENTIAL

Attachment 1
SOP IIB05-0001

**Offender GRIEVANCE FORM (Facsimile)**

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME _Robbin Amanda Bayse_ | OFFENDER NUMBER ████ |
| INSTITUTION _ASMP_ ~~State Prison~~ | GRIEVANCE NUMBER 309340 |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER 6/3/2020 | BY _M.Davis_ |
| DATE APPEAL RECEIVED | BY _____ |

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On 6-3-2020, Pill-call Nurse Bug refused to give me my medication. Two people in front of me had no ID and she allowed them to get their medication. When I went to the window Nurse Bug told me I had to have an ID. After I returned with my ID, Nurse Bug told C/II Lester that she was not going to give me my medication even tho I had my ID. Sometime later C/II Lester told Unit Manager Brown and then C/II Lester obtained my ID and got my medical while I stood there.

RESOLUTION REQUESTED:

To have Nurse Bug removed from handing out medication/pill-call due to her discrimination towards transgender females.

OFFENDER Signature _Robbin Amanda Bayse_  eAb    Date 6-3-20

*Is this grievance being filed within the 10 day time limit? Please answer* ☒ Yes *or* ○ No . *If the answer is No, please explain why.*

Offender: Bayse, Robert GDC#███91

Gr. 309340

Grievance Coordinator Response:

Based on a statement provided by Nurse Buggs, she does not give out any medication without some form of identification. Offenders must be wearing their ID card in order to receive their medication. I recommend this grievance be denied.

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   Augusta State Medical Prison          DATE: 06/15/2020

TO:      GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM: C. Wiggs

--------------------------------------------------------------------------------------

Offender's Name: Bayse, Robert
GDC #: ████91

Offender's Basic Allegation or Complaint: Offender alleges that Medical staff refused to give him his medication during pill call on 06.03.20 because he didn't have his ID. According to the offender two other offenders in font of him was allowed to receive their medication without an ID.

Summary of Investigation: According to the statement from Nurse Buggs no medication is given to the offender without any form of identification.  Based on the information provided from staff this grievance should be denied.

Staff Signature:                                   Date: 6-15-2020

Concur with Staff Findings:   Yes: ☐    No: ☑   B. Colon
            Grievance Coordinator:

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)



Counselor: _Davis_

GR: _309340_

Dorm: _11A/_

Type: _medical_

**GEORGIA DEPARTMENT OF CORRECTIONS**
**Augusta State Medical Prison**
3001 Gordon Highway
Grovetown, Georgia  30813
706-855-4700
FAX  706-869-7933

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

## Memorandum

**Date:** _6-8-2020_

**To:** Area Supervisor _____

**For:** _Nurse Bugg_ _____

_____   _____

_____   _____

**From:** Ruthie Shelton, Deputy Warden of Care & Treatment

**Re:**    Formal Grievance

The attached informal grievance from Inmate _Bayse Robert_,
I.D. # _954697_ _____, was received in my office. I am requesting the
following action(s) be taken:

____ Meet with inmate and explain standard operating procedures regarding his request.
____ Schedule and meet with this inmate and discuss the status of this request.
✓ Follow up and provide documentation of follow up. Please write a statement answering the
attached grievance.
____ Advise this should be handled through disciplinary hearing and or disciplinary appeal
process.
____ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_6-11-2020_ (no later than 5 days from receipt).

_____

_____

SOP 227.02
Attachment 3
5/10/19

4/8
Bayse

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE  ASMP | DATE 6/10/20 | TIME 12:20 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME  BUGGS DONNA C | EMPLOYEE ID NUMBER ▮▮▮▮▮ | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

| SWORN STATEMENT |
|---|

I, DONNA  BUGGS, LPN_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I DO NOT GIVE OUT ANY MEDICATION WITHOUT SOME FORM OF IDENTIFICATION.

DB

DB                                    DB

DB

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT DB | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH
ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES."
WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE
REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

GR 312497

SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Bayse, Robert** | Grievance Number: | **312497** |
| GDC #: | ■91 | Facility: | **Augusta State Medical Prison** |

**RESPONSE TO GRIEVANCE:**
Your grievance has been reviewed. This grievance is denied in accordance with policy guidelines at the facility level. This issue has already been addressed in Grievance# 312312; therefore, this grievance is denied.

_____     8/26/2020
Warden's/Superintendent's Signature     (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Offender refused to sign     9/3/2020
Offender's Signature     (Date)

M. Davis, MHC

> *You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

*CONFIDENTIAL*

SOP 227.02
Attachment 1
5/10/19

Offender GRIEVANCE FORM (Facsimile)



YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On 7-28-20 at about 6:00 Am C/o Ligon called pill-call. At that time I went outside toward 11B gate for pill-call. C/o Ligon was walking the same way. I stated to him, "Why didn't you answer my distress button. I was sick and throwing up." He stated, "I don't have to come running to answer your button, I don't have to come and check on yall at all." I then stated, "That's because you're always going over to UB and leaving us alone". At that time C/o Ligon Ran up to me and punished me in the face with keys in his fist. He broke my nose and cut me over my eyebrow which I had to get stitches.

RESOLUTION REQUESTED: To have C/o Ligon taken off this compound and have no contact with offenders until he complets extensive training in how to interact with offenders and transgender females. Also, to have him mental health certified. Also, know his job to ensure offender safety and health. To have a full apology from him in writing.

Offender Signature _____   Date 8-4-20

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.
No Counselor available — I gave the original to C/o Stockbridge in 11B but she never returned this Reese

Offender: Bayse, Robert GDC#███91
Gr. 312497

Grievance Coordinator Response:


This grievance is denied in accordance with policy guidelines at the facility level. This issue has already being addressed in Grievance# 312312; therefore, this grievance is denied.

GR 318714

Attachment 1
SOP IIB05-0001

**Offender GRIEVANCE FORM (Facsimile)**

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME: *Robbin Amanda Boys* | OFFENDER NUMBER ████ *91* |
| INSTITUTION ~~BALDWIN STATE PRISON~~ *Augusta State Medical Pri.* | GRIEVANCE NUMBER *318714* |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER | *12-30-2020* BY *S. a* |
| DATE APPEAL RECEIVED | BY |

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On Dec. 30, 2020 I was taken in front of the Treatment Team. I have not seen or talked to any of these people in my life. Also, the treatment plan does not have anything concerning my primary diagnosie of Gender Dysphoria. Thats fars I'm not going by the Treatment Plan of Oct 2, 2019 which does address my gender dysphoria which is a serious medical need. Without the correct treatment I am being placed at an increased level of dangerous consequances. (WPATH) Standards of Care

RESOLUTION REQUESTED:

To be provided medically necessary treatment for my serious medical need of gender dysphoria as in my Treatment Plan of Oct. 2, 2019. That this harassment and retaliation for my gender expression STOP NOW.

OFFENDER Signature ___ *Robbin Amanda Boys* ___ Date *12-30-20*

grievan... ...hin the 10... ...eas an

Davis 11A2
02|02|21 12083

SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: Bayse, Robert                    Grievance Number: 318714

GDC #: ███91                                       Facility: Augusta State Medical Prison

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on the information provided by Mrs. Young you had a treatment team meeting to review your treatment plan on 12/30/20. The meeting consisted of members that assisted you with understanding your treatment plan. The counselor presented the plan in front of the team and you had the opportunity to participate in the discussion about your accomplishments. Based on information provided you are receiving the needed care for your diagnosis, this grievance is denied.

_____                           __2/1/21_____
Warden's/Superintendent's Signature                (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____                           _____
Offender's Signature                               (Date)

Refused to Sign 3/16/21
D. McClain        B. Calen    31621

> You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Grievance Coordinator Response

Bayse, Robert#███91

GR#318714

Based on grievance you stated that you are not being diagnosed properly by the treatment team that he has never seen. Per Mental Health, director offender had a treatment team meeting to review his treatment plan on 12/30/20. The meeting consisted of the following members: Mental health unit manager, counselors, activity therapist, and psychologist. This unit is what we call the treatment team and together assist the offender with understanding his treatment plan. The counselor for the offender presented the plan in front of the team and the offender had the opportunity to participate in a discussion about his accomplishments, etc. There are some individuals that the offender may not know but he offender did know his counselor, MHUM, and the psychologist. Based on information provided offender is receiving the needed care for his diagnosis therefore this grievance is denied.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   Augusta State Medical Prison          DATE: 01-27-2020

TO:        GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:   Wendy Tapley (Counselor)

-----------------------------------------------------------------------------------------------

Offender's Name: Bayse, Robert
GDC #: ███91

Offender's Basic Allegation or Complaint:   Offender is stating that he is not being diagnosed correctly by the treatment team and he has never seen some of the treatment team before.

Summary of Investigation:   Per Ms. Young Offender was seen on 12-30-2020 by the Treatment Team and he did know some of the members of the Team. He is being treated for his medical issues by his Treatment Team and the symptoms he is experiencing is being handled by his counselor to help him with his symptoms of Gender Dysphoria. I recommend this grievance be denied.

Staff Signature: _W. Tapley_                    Date: _1-27-21_

Concur with Staff Findings:     Yes: ☒     No: ☐

Grievance Coordinator: _____

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)



Counselor: _Davis_

GR: _318714_

Dorm: _11A_
Type: _mental health_



**GEORGIA DEPARTMENT OF CORRECTIONS**
**Augusta State Medical Prison**
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933

Brian P. Kemp
· *Governor*

Timothy C. Ward
*Commissioner*

## Memorandum

Date: _123082_

To: Area Supervisor _____

For: _Donna Young_      _Dr. Suraj_

_____      _____

_____      _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:   Formal Grievance

The attached informal grievance from Inmate _Bayse Robert_,
I.D. # _____91_____, was received in my office. I am requesting the
following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
_✓_ Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_Jan 4 2022_ (no later than 5 days from receipt).

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE: Augusta State Medical Prison | DATE 1/22/21 | TIME 12:45 PM | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Young, | EMPLOYEE ID NUMBER<br>███ | | STATE ID NO. |
| INSTITUTION OR ADDRESS<br>3001 Gordon Hwy, Grovetown, GA 30813 | | | |

| SWORN STATEMENT |
|---|

I, Donna Young_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Offender Bayse, Robert #███91 had a treatment team meeting to review his treatment plan on 12/30/20. The meeting consisted of the following members:

Mental Health Unit Manager
Counselors
Activity Therapist
Psychologist
Offender

This unit is what we call the treatment team and together assist the offender with understanding his treatment plan. The counselor for the offender presented the plan in front of the team and the offender has the opportunity to participate in a discussion about his accomplishments, etc. There are some individuals that the offender may not know but the offender did know his Counselor, MHUM, and the Psychologist. It was explained to the offender by the MHUM that the treatment that he is requesting was being provided based on the symptoms related to his Principal diagnosis of Gender Dysphoria. According to the Mayo Clinic 1998-2001:

Gender dysphoria is the feeling of discomfort or distress that might occur in people whose gender identity differs from their sex assigned at birth or sex-related physical characteristics.

The counselor is currently treatment the discomfort and/or distress to assist the offender in managing their current symptoms.

| EXHIBIT<br>NA | INITIALS OF PERSON MAKING STATEMENT<br>(DY) | PAGE 1 OF __2___ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

WITNESS STATEMENT

| PLACE ASMP | DATE 1/6/21 | TIME 10.57 | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME SURAJ, SMITHA | EMPLOYEE ID NUMBER ▪▪▪▪▪ | | STATE ID NO. |
| INSTITUTION OR ADDRESS ASMP, Grovetown, GA - 30813 | | | |

SWORN STATEMENT

I, Smitha Suraj , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Mr Bayse,

On 12/30/2020, I do not see a note in the chart and I am not able to comment or clarify what happened.

Regarding Gender dysphoria, you were seen by endocrinology specialists 3/28/2018, 9/19/2018, 11/4/2020.

You have been followed at ASMP by Dr Alston, Dr Grey & Dr Davis.

Dr Davis will be seeing you for endocrinology & ENT follow up & you may address your concerns at your follow up visit.

X

X

| EXHIBIT 1 of 1 | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

GR 322074

*CONFIDENTIAL*

Received
31921

SOP 227.02
Attachment 1
5/10/19

**Offender GRIEVANCE FORM (Facsimile)**

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME *Robbin Amanda Bayse* | OFFENDER NUMBER ███ 91 |
| INSTITUTION *Augusta State Medical Prison* | GRIEVANCE NUMBER 322074 |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER ___/___/___ BY ___ | |
| _____ | |
| DATE APPEAL RECEIVED ___/___/___ BY ___ | |

409

**YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT:

Since October 22, 2019 the GDC has failed to follow my treatment plan, which was agreed upon and signed by me and my medical providers at GDC, including my primary care providers, a psychologist, and a psychiatrist. GDC officials degraded me for being transgender and disregarded my gender dysphoria diagnosis, making comments like, "You have a penis between your legs. You were born with a dick." (cont')

RESOLUTION REQUESTED:

To have GDC honor my treatment plan of October 22, 2019 and follow it. To have competent mental health providers per SOP 507.04.68 IV (current, accepted standards of care) To Know what the GDC's [c]urrent, accepted standards of care is according to SOP 507.04.68[.]c

Offender Signature *Robbin Amanda Bayse*   Date 3-15-21

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

(cont)

The GDC has failed to follow the individualized treatment plan for my gender dysphoria. My treatment plan of October 22, 2019 outlines interventions that have not been followed or have been actively disregarded. Lack of regular counseling sessions with competent mental health providers qualified to treat gender dysphoria, and restrictions on my gender expression. My hair was forcefully cut on 3-3-21 making my depression, thoughts of self-harm and suicide become at a dangerously high level, which I was placed in 2B17, Observation, for two days and still have not talked with a competent mental health provider qualified to treat gender dysphoria. In fact, Mental Health Director Young, stated on Sept. 3, 2020, that there was no one who knows anything about treating gender dysphoria and that I will not be treated for gender dysphoria while in the GDC.

Robbin Amanda Bayse

cc:

Southern Poverty Law Center

Davis
11A-2
4.14.21   SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: Bayse, Robert

Grievance Number: 322074

GDC #: ███91

Facility: Augusta State Medical Prison

RESPONSE TO GRIEVANCE:

Your grievance has been reviewed. Per Dr. Alston On 1/7/21, you were seen in the clinic for a follow up and on 1/13/21, you did not report to scheduled appointment. She also states that you were seen in the clinic on 3/22/2021. Per Mental Health director, a new comprehensive plan is developed at least every 12 months and mental health unit manger monitors your treatment plan. You have not been denied treatment plan needs. This grievance is denied.

_____          _____4/13/21_____
Warden's/Superintendent's Signature          (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Unable to Sign          4 20 21
Offender's Signature          (Date)

Offender Is on 14 day Quarantine

Fann Wssy, MHC          M. Davis, MHC

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Grievance Coordinator Response

Bayse, Robert# ████91

Gr#322074

Offender states that GDC has failed to follow treatment plan in which they agreed on. Based on Doctor Alston and Mental Health Director offender is receiving the needed treatment. She also states that a new plan is developed every 12 months and the mental health unit manger monitors the treatment plan. Based on this information and scheduled appointments in scribe this grievance is denied.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

**INSTITUTION: ASMP**                          DATE:   April 12, 2021

TO:     GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:   DEANNA ROWAN

-----------------------------------------------------------------------------------------------------

Offender's:  Name:  Bayse Robert

GDC#: � 91

Offender's Basic Allegation or Complaint   Offender   Bayse grievance number 322074 wrote grievance and stated "since October 22, 2019 the GDC failed to follow my treatment plan, which was agreed upon and signed by me and medical providers at GDC my primary care providers, a psychologist, and a psychiatrist.  GDC officials degraded me for being transgender and disregarded my gender dysphoria diagnosis making comments like, " you have a penis between your legs You were born with a D----." Offender continued to write on a separate sheet of paper his grievance.

**Offender Resolution Requested:  Per offender "To have GDc honor my treatment plan of October 22, 2019 and follow it. To have Competent mental health providers per SOP 507.04.68 IV to know what the GDC accepted standards of care is according to sop 507.0**
.

Summary of Investigation:  Alston Mary on 04/08/2021 at 10:00 responded to grievance and stated offender was seen on 03/22/2021, offender was a no show for 01/13/2021 visit, a follow up 01/07/2021, questions/concerns regarding mental health should be directed to mental health.  Confirmation of medical consults attached to documents. Offender did not prove any wrong doing  from  medical of Augusta State  Medical  Prison. Therefore, this grievance is recommended to be denied.

D. RowAN                                                       April 12, 2021
_____            _____

Staff Signature:                                           Date:

Concur with Staff Findings: Yes   No:

Grievance Coordinator: _____ T Terrel l

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed. (Reproduced locally)



Counselor: Davis          Dorm: 11A

GR: 322074                Type: Mental Health



**GEORGIA DEPARTMENT OF CORRECTIONS**
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX  706-869-7933

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

**Memorandum**

**Date:** 3/23/21

**To:** Area Supervisor _____

**For:** Ms. Denna Young _____

Dr. Akton _____

_____   _____

**From:** Ruthie Shelton, Deputy Warden of Care & Treatment

**Re:**   Formal Grievance

The attached informal grievance from Inmate Bayse, Robert ,
I.D. # _____9 1 _____, was received in my office. I am requesting the
following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
✓ Follow up and provide documentation of follow up. Please write a statement answering the
attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal
process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
3/26/2021 (no later than 5 days from receipt).

**ATTACHMENT 3**

SOP IIB05-0001
5/15/2018

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE   A S M P | DATE   04.08.2021 | TIME   10 ⁰⁰ | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME   ALSTON, MARey | EMPLOYEE ID NUMBER   ███████ | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

### SWORN STATEMENT

I, __M. ALSTON__, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

- Robert Baype was seen in clinic VISIT 03.22.2021 (endocrinology consult follow-up)

- Robert Baype was A no show for ~~3.22~~ 01.13.2021 VISIT

- Robert Baype was seen in a consult follow-up ENT And endocrenology 01.07.2021

- Questions / concerns REGARDing mental Health should be directed to mental Health _____ person

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT   MA | PAGE 1 OF _1_ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE: Augusta State Medical Prison | DATE 3/31/21 | TIME 1:30 PM | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Young, | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS<br>3001 Gordon Hwy, Grovetown, GA 30813 | | | |

| SWORN STATEMENT |
|---|

Offender Bayse, Robert alleges that has failed to follow the treatment plan developed by a previous facility. Per SOP 508.21:

A new Comprehensive Treatment Plan (Attachment 2, form M50-01-02) is developed at least every 12 months. The mental health unit manager or a designated counselor in the absence of a mental health unit manager shall monitor this with a treatment plan tickler file.

This offender has a new Comprehensive Treatment Plan.  Please see attached document.

| EXHIBIT  See attached | INITIALS OF PERSON MAKING STATEMENT<br>DY | PAGE 1 OF __2__ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

# Schedule Activity
## BAYSE , ROBERT DWAYNE - GDC ID████91

| | |
|---|---|
| **Activity:** | **PHYSICIAN APPT.** |
| **Activity Location:** | **MD ROOM DR-DAVIS** |
| **Report To Location:** | **MD NURSING AREA 6A** |
| **Start Date:** | **03/22/2021** |
| **Start Time:** | **10:15** |
| **End Time:** | **10:30** |
| **Status:** | **ACTIVE** |
| **Comments (Max 500):** | **FU ENDO** |

# Schedule Activity
## BAYSE , ROBERT DWAYNE - GDC ID▉91

| | |
|---|---|
| **Activity:** | **PHYSICIAN APPT.** |
| **Activity Location:** | **MD ROOM DR-DAVIS** |
| **Report To Location:** | **MD NURSING AREA 6A** |
| **Start Date:** | **01/07/2021** |
| **Start Time:** | **07:30** |
| **End Time:** | **07:45** |
| **Status:** | **ACTIVE** |
| **Comments (Max 500):** | **~FU ENDOCRINOLOGY & ENT FOR DR GRAY PER DR SURAJ** |

4/12/2021

Case 1:22-cv-00024-JRH-BKE   Document 57-2   Filed 09/23/22   Page 83 of 231
jscribe.dcor.state.ga.us:8888/scribe/plsql/pkg_offender_application.offender_main?p_uno=████91&p_module=offender&p_choice=menu...

# Schedule Activity
## BAYSE , ROBERT DWAYNE - GDC ID ████91

| | |
|---|---|
| **Activity:** | **PHYSICIAN APPT.** |
| **Activity Location:** | **MD ROOM DR-DAVIS** |
| **Report To Location:** | **MD NURSING AREA 6A** |
| **Start Date:** | **01/13/2021** |
| **Start Time:** | **13:00** |
| **End Time:** | **13:15** |
| **Status:** | **ACTIVE** |
| **Comments (Max 500):** | **~FU ENT** |

GR 327883

*EMERGENCY*

CONFIDENTIAL

SOP 227.02
Attachment I
5/10/19

### Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME _Robbin Amanda Boyce_   OFFENDER NUMBER _____

INSTITUTION _ASMP_   GRIEVANCE NUMBER _309883_

DATE COMPLETED FORM RECEIVED FROM OFFENDER _08/10/2021_ BY

_D.Westherford_

DATE APPEAL RECEIVED _____ / _____ / _____   BY _____

---

**YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT: I have been diagnosed with gender dysphoria, a serious medical need, See Diamond v. Owens, 131 F. Supp. 3d 1346, 1374-75 (M.D. Ga. 2015) I was given an individualized treatment plan on Oct. 22, 2019, which was agreed upon and signed by me and my medical providers at GDC, including my primary care provider, a psychologist, and a psychiatrist. This treatment plan outlines interventions that have not been followed and have been actively disregarded. I have an extensive history of self-harm and suicide attempts as well as autocastration due to the inadequate medical care and the total disregard of my gender dysphoria and treatment plan. This treatment plan was stopped on June 12, 2020 in violation of SOP 507.04.68.I.V.("If a diagnosis of gender dysphoria is reached, a treatment plan will be developed that promotes the physical and mental health of the (con't)

RESOLUTION REQUESTED: That all negative treatment, toward me, be stopped immediately and my treatment plan of Oct. 22, 2019 be followed in its intirety. That SOP 507.04.68 and 220.09 be followed per. SOP. That Warden Philbin and his administration, along with Ms. Young and her staff stop their thefts, Harassment, retaliation and actions toward me that will cause me, Harm.

_Robbin Amanda Boyce_   8-9-21

Offender Signature        Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

(con't)
patient... [C]urrent, accepted standards of care will be used
as a reference for developing the treatment plan.") Dr. Clements
stated that I "will not get any treatment for my gender
dysphoria". Warden Philbin and his administration along with
Ms. Young and her staff are aware of the risk, toward
me, and of a high likelihood of negative outcomes, for interfering
with my medically necessary treatment for gender dysphoria,
such as surgical self-treatment by autocastration, depressed
mood, dysphoria, and/or suicidality. (Oct. 3, 2016 attempted
castration; Dec. 19 and 25 attempted castration; June 14, 2019
attempted suicide; May 2018 self-harm by cutting up my
face; March 8, 2021 attempted castration) Warden Philbin
ordered my treatment plan of Oct. 22, 2019 stopped for reasons
other than medical. Further, Philbin ordered my hair to be
forcefully cut against my treatment plan of Oct. 22, 2019 knowing
the risk that I would likely self-harm, attempt castration
and/or suicide, which did, in fact, happen.
    Today, 8-9-24, I was informed by a CERT officer that
Philbin, Harvey, Bostol, Shelton, Ms. Young and others were
talking about forcely cutting my hair. This has caused
me to have 3 anxiety attacks, depression and dysphoria
and has placed me at risk for interfering with my
treatment once prescribed. Philbin and his administration
and Ms. Young and her staff are knowingly and
willfully and intentionally, against SOP 507.04.68 I.1
and 220.09 and 502.16.IV.C.3, placing me at risk.

SOP 209.04
Attachment 5
4/10/19

**WITNESS STATEMENT**

| PLACE | DATE 8-9-21 | TIME 4:45 pm | FILE NUMBER |
|---|---|---|---|

LAST NAME, FIRST NAME, MIDDLE NAME
Bayse, Robin Amanda

EMPLOYEE ID NUMBER

STATE ID NO. 91

INSTITUTION OR ADDRESS   A SMP

**SWORN STATEMENT**

I, Robin Amanda Bayse, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Warden Philbin and his administration along with Ms. Young and her staff is placing my health and safty in danger of negative outcomes by interfering and stopping my individualized treatment plan of Oct. 22, 2019. Warden Philbin and his administration along with Ms. Young and her staff has Knowingly, willingly and intentionally disregarded my gender dysphoria diagnosis, a serious medical need, and has stopped my treatment for gender dysphoria Knowing of my extensive history of self-harm and suicide attempts and castration attempts, caused by inadequate treatment, and now, little to none. Warden Philbin and his administration along with Ms. Young and her staff fully Know and understand that by not following my individualized treatment plan of Oct. 22, 2019 and by interfering with this treatment by threats, intimidation, harassment, retaliation and forced hair

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 5
4/10/19

STATEMENT (Continued)

Cuts there is a high likelihood of negative outcomes such as surgical self-treatment by autocastration, depressed mood(s), dysphoria, and/or suicidality. On March 3, 2021 Philpin ordered my hair to be forcefully cut resulting in my placement in CSU. Then on March 8, 2021 I attempted self-treatment by autocastration, which Ms. Davis, my mental health counselor, knew would happen before hand. They are, again, planing to interfere with my treatment, which will cause me harm, placing my Health and safety in danger of negative outcomes.

AFFIDAVIT

I, _____ Amanda Baisel _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ___. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.   I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESS _____

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, 20___ at _____

INSTITUTION OR ADDRESS _____

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS _____

(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT _____

PAGE 2 OF 2 PAGES

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

This Grievance is being filed as an
EMERGENCY Grievance due to the fact
that if the action(s) herein, is not stopped
immediately, consequences of not stopping the
action(s) herein, carry a high Risk of negative
outcomes, which Warden Philbin and his administration
along with Ms. Young and her staff are 100%
aware of.

Robbie Amanda Bayse

# WARDEN'S/SUPERINTENDENT'S
# REJECTED GRIEVANCE RESPONSE

**Offender's Name: Bayse, Robert**          **Grievance Number: 327883**

**GDC#:954691    Facility: Augusta State Medical Prison**

**This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):**

☐ **Does not personally affect the offender.**

☐ **Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.**

☐ **Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.**

☐ **Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.**

☐ **Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.**

☐ **Transfers of offenders between institutions.**

☐ **Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.**

☐ **Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.**

☐ **Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.**

☐ **Grievance was filed out of time frames as outlined in policy.**

☐ **Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.**

   **Grievance contained more than one issue/incident.**

☛ **Grievance contained extra pages other than those allotted and had writing on the backside of a page.**

☐ **Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.**

_____ _Dus_          _Aug. 19, 2021_
**Warden Signature**                    **(Date)**

**I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:**

_____          _8-24-21_
**Offender's signature**                    **(Date)**

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

GR 328613

CONFIDENTIAL

SOP 227.02
Attachment 1
5/10/19

Offender GRIEVANCE FORM (Facsimile)

| INSTITUTIONAL STAFF USE ONLY | |
| --- | --- |
| OFFENDER NAME Bobbin Amanda Bayse | OFFENDER NUMBER ████ 81 |
| INSTITUTION ASMP | GRIEVANCE NUMBER |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER | BY |
| DATE APPEAL RECEIVED | BY |

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT On 8-26-21 I was brought before the Treatment Plan Meeting. At that time the Treatment Review was read to me. It had only one diagnosis on it, Borderline Personality Disorder as my primary diagnosis. I told them that Borderline Personality Disorder was not my primary diagnosis. I explained to them that in 2017 Dr. Haynes changed my primary diagnosis to Gender Dysphoria, and that it was never changed in SCRIBE'S. I offered to show them the notation of this change, but was told, that it was changed back. I showed them my Treatment Plan dated Oct. 22, 2019 with my Primary Diagnosis and interventions, which listed Gender Dysphoria as my primary diagnosis. I was then told that it was changed. (cont.)

RESOLUTION REQUESTED:
That the GDC, Augusta State MEDICAL Prison, Warden Philbin and his administration on down, and Ms. Young and her staff adhere to the Treatment Plan of Oct. 22, 2019, in its entirety, and SOP 507.04.63, and SOP 220.09. I recive constitutionally adequate medical and mental health care for my Gender Dysphoria, a serious medical need, and be provided with female commissary items.

Bobbin Amanda Bayse        8-27-21
Offender Signature                      Date

this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

(con't)

I asked Dr. Clements if he had changed it, and he stated that "Gender Dysphoria was never [my] primary diagnoses and that he did not change it." At that time, I was not given a chance to advocate for myself when I asked for treatment for my Gender Dysphoria. They knew I have been diagnosed with Gender Dysphoria and knew about my extensive history of self-harm and suicide attempts along with my Treatment Plan of Oct. 22, 2019, which lists a number of interventions related to my Gender Dysphoria. Dr. Clements' statement that "[I] will not get any treatment for my Gender Dysphoria," is totally against SOP 507.04.68.JV. ("If a diagnosis of Gender Dysphoria is reached, a treatment plan will be developed that promotes the physical and mental health of the patient.") My Treatment Plan of Oct. 22, 2019 does all that, but the GDC has failed to follow it and has actively interfered with it. In June 2020, Warden Philbin, D/W Harvey, D/W Shelton, Mental Health Director Yoong, Ms. Mayo and Ms. Davis, sitting as medical providers who have never spoken with me about my diagnosis, stopped my treatment for Gender Dysphoria for reasons other than medical, and have refused to speak with me about it. In fact, not following the Treatment Plan of Oct. 22, 2019, which appropriately addresses my medical and mental health needs, has caused me further mental anguish and has placed me at risk for negative outcomes such as autocastration, depressed mood, dysphoria, and/or suicidality, which can be prevented and stopped. S/o II Little is a witness,

SOP 227.02
Attachment 4
5/10/19

## <u>WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE</u>

Offender's Name: Bayse, Robert

GDC #: ███91

Grievance Number: 328613

Facility: Augusta State Medical Prison

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Policy states that a new Comprehensive Treatment Plan is developed at least every 12 months. The mental health department has a responsibility to abide by the policy as it is written. The Comprehensive Treatment Plan from 2019 will not be reinstated. This grievance is denied.

_____
Warden's/Superintendent's Signature

9/15/2021
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

*Offender Refused*
Offender's Signature

9/21/21
(Date)

*signature* MHC, LMSW, CTMH, CCATP   9/22/21

W Clark, MHC, LPC   9/22/21

> You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Offender:  Bayse, Robert GDC# ██ 91

Gr. 328613

Grievance Coordinator Response:

Based on a statement provided by Mental Health Director Young, Offender Bayse is requesting her to implement the 2019 Comprehensive Treatment Plan that was developed by another institution. SOP states that a new Comprehensive Treatment Plan is developed at least every 12 months. According to this policy, the mental health department has a responsibility to abide by the policy as it is written. The Comprehensive Treatment Plan from 2019 will not be reinstated. This grievance is denied.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   Augusta State Medical Prison          DATE:          9/7/2021

TO:      GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:

----------------------------------------------------------------------------------------------------------------------

OFFENDER:NAME:    Bayse, Robert

GDC #: ████91

OFFENDERS'S BASIC ALLEGATION OR COMPLAINT: Offender Bayse alleges that the treatment plan from 2019 is not being taken into consideration concerning the offender's mental health diagnosis.

SUMMARY OF INVESTIGATION: According Ms. Donna Young, per SOP 508.21, a new Comprehensive Treatment Plan is developed at least every 12 months. The mental health unit manager shall monitor this with a treatment plan file. The mental health department has a responsibility to abide by this policy. I recommend this grievance be denied.

STAFF SIGNATURE:                               DATE:  4-7-21

Concur   with   Staff   Yes: ☐   No: ☑
Findings:
                 Grievance Coordinator: ___B Cole___

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)



Counselor: _Duncan_   Dorm: _11A - 2_

GR: _328613_   Type: _mental health_



## GEORGIA DEPARTMENT OF CORRECTIONS
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX  706-869-7933

*Brian P. Kemp*
*Governor*

*Timothy C. Ward*
*Commissioner*

## Memorandum

**Date:** _8 - 30 - 21_

**To:** Area Supervisor _____

**For:** _Donna Young_ _____

_____   _____

_____   _____

**From:** Ruthie Shelton, Deputy Warden of Care & Treatment

**Re:**   Formal Grievance

The attached informal grievance from Inmate _Bayse, Robert_ ,

I.D. # _████ 91_ , was received in my office. I am requesting the
following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.

___ Schedule and meet with this inmate and discuss the status of this request.

_X_ Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.

___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.

___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by _9 - 2 - 21_ (no later than 5 days from receipt). The inmate should sign and date below as well as the staff who discusses it.

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE: Augusta State Medical Prison | DATE 9/2/21 | TIME 9:32 am | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Young, Donna | EMPLOYEE ID NUMBER<br>████ | | STATE ID NO. |
| INSTITUTION OR ADDRESS<br>3001 Gordon Hwy, Grovetown, GA 30813 | | | |

| SWORN STATEMENT |
|---|

Offender Robert Bayse #███91 would like for the Mental Health Director to implement the 2019 Comprehensive Treatment Plan that was developed by another institution. The GDC SOP 508.21 states:

I.   A new Comprehensive Treatment Plan (Attachment 2, form M50-01-02) is developed at least every 12 months. The mental health unit manager or a designated counselor in the absence of a mental health unit manager shall monitor this with a treatment plan tickler file.

According to this policy, the mental health department has a responsibility to abide by the policy as it is written. The CTP from 2019 will not be reinstated.

| EXHIBIT  See attached | INITIALS OF PERSON MAKING STATEMENT<br>DY | PAGE 1 OF __2__ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

| GEORGIA DEPARTMENT OF CORRECTIONS | | |
|---|---|---|
|  | | |
| **Standard Operating Procedures** | | |
| **Policy Name:** Treatment Plans | | |
| **Policy Number:** 508.21 | **Effective Date:** 9/23/2020 | **Page Number:** 4 of 4 |
| **Authority:** Commissioner | **Originating Division:** Health Services Division (Mental Health) | **Access Listing:** Level I: All Access |

G. The diagnoses and level of care on the Comprehensive Treatment Plan (Attachment 2, form M50-01-02) must match the diagnoses and level of care on the Diagnosis List (508.09 Attachment 5, form M20-01-05) and in Scribe. The Comprehensive Treatment Plan (Attachment 2, form M50-01-02) shall be updated or rewritten as necessary if the diagnosis or level of care changes.

H. The Comprehensive Treatment Plan Review (Attachment 3, form M50-01-03) shall be completed by the primary care provider within six months of the Comprehensive Treatment Plan (Attachment 2, form M50-01-02). The staff psychologist will review and sign the completed Comprehensive Treatment Plan within 30 days prior to the due date. A Comprehensive Treatment Plan Review (Attachment 3, form M50-01-03) will be completed every four (4) months for Level III and Level IV offenders. It is signed by appropriate Treatment Team members and placed in section 2 of the clinical file.

I. A new Comprehensive Treatment Plan (Attachment 2, form M50-01-02) is developed at least every 12 months. The mental health unit manager or a designated counselor in the absence of a mental health unit manager shall monitor this with a treatment plan tickler file.

**V.**   **Attachments:**

Attachment 1: Initial Treatment Plan (M50-01-01)
Attachment 2: Comprehensive Treatment Plan (M50-01-02)
Attachment 3: Comprehensive Treatment Plan Review (M50-01-03)

**VI.**   **Record Retention of Forms Relevant to this Policy:**

Upon completion, Attachments 1, 2 and 3, shall be placed in the offender's mental health file. At the end of the offender's need for mental health services and/or sentence, the mental health file shall be placed within the offender's health record and retained for 10 years.

GR 328621

CONFIDENTIAL

Attachment 1
5/10/19

Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME Robbin Amanda Bayse   OFFENDER NUMBER ████ 91

INSTITUTION A.S.M.P   GRIEVANCE NUMBER

DATE COMPLETED FORM RECEIVED FROM OFFENDER _____ BY _____

DATE APPEAL RECEIVED _____ BY _____

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On going issue. On August 25, 2020, my attorneys sent a letter to Commissioner Timothy Ward, on my behalf. This letter addressed Constitutional Violations against me by GDC. Those Constitutional violations are for not following my Treatment Plan of Oct. 22, 2019, and for interfering with my treatment once prescribed. That my Treatment plan of Oct. 22, 2019 which outlines interventions have not been followed or have been actively disregarded. Warden Philbin, D/W Hendley, D/W Paskel, MHP Young, Dr. Clements, Capt. Craig have stated that they will not follow my Treatment Plan of Oct. 22, 2019. My primary diagnosis of (con't)

RESOLUTION REQUESTED: To have this retaliation stopped by GDC. To have my treatment plan of Oct. 22, 2019 followed, in its entirety, with no interference by GDC. To have SOP 507.04.68 and SOP 226.09 adhered to and followed without delays.

Offender Signature _____   Date 8-27-21

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

_____ ten, days after release from LSU, I attempted auto castration on March 8th 2021. I'm in fear of further Retaliation by Warden Philbin and his administration and Ms. Young and her staff, which has caused me to have multiple anxiety attacks. Nurse Banks is witness

(con't)

Gender Dysphoria is "a serious medical need, and requires medical and mental (health treatment per SOP 507.04.68. IV. ("If a diagnosis of Gender Dysphoria is reached, a treatment plan will be developed that promotes the physical and mental health of the patient.")

I have been retaliated against because of the letter to Mr. Ward and for advocating for my treatment for Gender Dysphoria. Just days after the letter was sent, a treatment Plan Meeting was scheduled. At this meeting, Ms. Young told Dr. Clements to "not answer any questions from [me] regarding Gender Dysphoria because [I] had filed a paperwork against them and we were in litigation." This is against HIPPA "ADA" Questions to a doctor about a serious medical need is covered by SOP and Federal Standards of Care. Also, this statement is 100% a lie. Since then, I have had only hormone therapy, been repeatedly questioned, ridiculed, and denied my gender, and threatened me with restrictions to my gender expression, been missed gendered, forcefully held down and my hair forcefully cut resulting in deep depression and distressing thoughts of self-harm and suicide, was placed in CSU and then, 3 days after release from CSU, I attempted autocastration on March 8th 2021. I'm in fear of further Retaliation by Warden Philbin and his administra and Ms. Young and her staff, which has caused me to have multiple anxiety attacks. Nurse Banks is witness

SOP 227.02
11A-2-120B Attachment 11
5/10/19

# WARDEN'S/SUPERINTENDENT'S
## REJECTED GRIEVANCE RESPONSE

**Offender's Name:** Bayse, Robert

**Grievance Number:** 328621

**GDC#:** ████91

**Facility:** Augusta State Medical Prison

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ Does not personally affect the offender.

☐ Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.

☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.

☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.

☐ Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.

☐ Transfers of offenders between institutions.

☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.

☐ Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.

☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.

■ Grievance was filed out of time frames as outlined in policy.

☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.

☐ Grievance contained more than one issue/incident

☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.

☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

_____
**Warden Signature**

_Aug. 31, 2021_
**(Date)**

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_Offender Refuse to Sign_        _9-8-21_
**Offender's signature**        **(Date)**

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

GR 312105

*Davis*

*39 2/*



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:  Bayse, Robert**          **Grievance Number: 312105**

**GDC#:** ███ **91**          **Facility: Augusta State Medical Prison**

A member of my staff has reviewed your grievance. This grievance revealed that you failed to follow the proper procedure for filing the formal grievance. Policy states that the Offender has (7) Calendar days from the Warden's response date to file a Central Office Appeal. Due to your failure to follow policy guidelines, the Office of Professional Standards will not address this grievance.

_____JSV_____          _____12/10/20_____
**Commissioner's Designee, North Region**          (date)
**Office of Professional Standards**

**I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:**

*3 30 2/*

_____          _____
**Offender's signature**          (date)

*refused to sign*
*Counsel Davis MHC*
*B Barcos HPC*

*recived  11-2-8050*

DATE APPEAL RECEIVED FROM OFFENDER _____

## GRIEVANCE APPEAL FORM

ATTACHMENT 5
SOP IIB05-0001 (227.02)

*Robbin Amanda Bayse*
OFFENDER NAME      ██████ *9/*
I.D. NUMBER

*3/2/05*
GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance. The basis for this appeal is as follows:

*I filed this grievance on or about July 28 - August 10, 2020. I have not recieved the Warden's Responce and only a replacement for earbuds. On July 27, 2020, I was placed in Administrate Segregation. Hours later I recieved only part of my property. The next day as I was being escorted back to my cell from visition by Unit Manager Brown, the laundry officen told Mr. Brown that he had found my property in the laundry buggie, and gave it to I.D. Later that day Mr. Brown came to my cell with this missing property. He watched me dump it on my bed and go through it. At that time I told (Con't )*

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. **If for some reason this appeal is being submitted later than the allotted time frame, please state clearly reasons why if you wish for this appeal To be considered.** This appeal form along with the grievance form must be submitted to your Counselor or Grievance Coordinator.

INMATE'S
SIGNATURE: *Robbin Amanda Bayse*    DATE: *Oct. 30, 2020*
(Reproduced locally)

---

## RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

*Property 7-27-20*

INMATE'S NAME: *Robbin Amanda Bayse*    I.D.# ██████ *9/*

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER _____ FROM THE ABOVE INMATE.

DATE: _____ / _____ / _____    COUNSELOR'S SIGNATURE: _____

PI-2001 (REV. 07/20/15)

RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

DEF 169

*Davis MP*
*9/10/20*
SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: **Bayse, Robert**

GDC #: ████**91**

Grievance Number:   **312105**

Facility:   **Augusta State Medical Prison**

**RESPONSE TO GRIEVANCE:**
Your grievance has been reviewed. Based on the statement provided by Property Room Officer Leverett, your property was found in the laundry room and was sent to the property room. You were given your property while she was not at work and she did not receive a property inventory form for your belongings. According to inventory sheet dated 7/28/2020, you did not have the alleged missing items: (1) Remington rechargeable razor with cord and case, (1)JPay 5 tablet with protective case, (1) battery operated beard and mustache trimmer. However, you will be issued a new pair of headphones but you have to complete a sick call form to request new glasses. We will ensure staff is aware of the importance of property management. This grievance is partially granted.

_Vera Hamer_, DWA

Warden's/Superintendent's Signature

9-1-2020
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_refused to sign._
Offender's Signature

9/10/20
(Date)

M. Davis  *Barcode*

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP1227.02

*CONFIDENTIAL*

Attachment 1
5/10/19

**Offender GRIEVANCE FORM (Facsimile)**

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME *Robin Amanda Bey* | OFFENDER NUMBER ████████ |
| INSTITUTION *ASMP* | GRIEVANCE NUMBER *312105* |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER *7 / 31 / 2020* BY | |
| *Seals matthew* | |
| DATE APPEAL RECEIVED / / BY | |

*a.9*

---

**YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT:

On 7-28-20, I was locked-down in 11B-1-107. My property was given to me on 8-1-20. NOT all my property was there. property was placed in laundry cart and found by laundry staff and taken to I D. % Wade was % in 11A- Missing; 1 greenish-blue Rementon 3 headed rechargable razor with cord and case; 1 Spay 5 tablet with protective case; 1 Spay headphones (white); 1 pr. of glasses; 1 battery operated beard and mustach trimmer. Unit Manager Brown is witness.

RESOLUTION REQUESTED:

To have the above items replaced or found.

Offender Signature _____ Date *8-1-20*

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

(con't)

Mr. Brown that I was missing my Razor (Rementon rechargable), earbuds, Glasses, Beard and Mustach trimmer, tablet; He said, "I have nothing to do with that, File a grievence." I did.

~~[struck through]~~

I talked with C/o Lee who inventoryed my property, and he said that he put all these items in my property.

Except for the earbuds (which were Replaced), I am Requesting that my Razor, Beard and Mustach trimmer and tablet be Replaced.

I found my glasses which an inmate tryed to sell to me.

Robbin Amanda Boyse ▮▮▮▮ 9/

Offender: Bayse, Robert GDC# ████91
Gr. 312105

Grievance Coordinator Response:


Based on a statement provided by Property Room Officer Leverett, offender's property was found in the laundry room and was sent to the property room. Offender Bayse was given his property while she was not at work and she did not receive a property inventory form for the offender.  According to inventory sheet dated 7/28/2020, offender did not have the alleged missing items: Remington 3 headed rechargeable razor with cord and case, 1 JPay 5 tablet with protective case, 1 battery operated beard and mustache trimmer.  The items listed on the inventory sheet: 1 pair of glasses and 1 headphones should be replaced. I recommend for the offender to be issued a new pair of headphones and for him to complete a sick call form to request new glasses. We will ensure staff is aware of the importance of property management. This grievance is partially granted.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: ASMP                          DATE: 8/13/2020

TO:        GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM: T. Martin

--------------------------------------------------------------------------------

Offender's Name: Bayse, Robert

GDC #: ████91

Offender's Basic Allegation or Complaint: Offender alleges on 7/28/20 he was placed on lock down in 11-B-1-107. Offender states that his property was given to him on 08/01/20. Offender alleges all of his property was not received. Offender states that he is missing: 1 greenish-blue remington rechargeable razor with cord and case, 1 J-Pay tablet with protective case, 1 white J-pay headphone set, 1 pair of glasses, 1 battery operated beard and mustache trimmer.

Summary of Investigation: According to the statement written by UM Brown, he was not present at work on the shift offender was placed in segregation. According to the statement written by Lt Ridley, Officer Wade has been out of work since 7/27/20 and unable to complete statement. According to officer Leverett, the offenders property was found in the laundry room, was sent to property and given to offender Bayse the next day. She stated she was not present at work and does not have a copy of the inventory form for that property. Based on the statements above, this grievance is denied.

Staff Signature: _Lui L. Mart_                    Date: 08/13/2020

Concur with Staff Findings:     Yes: ☐     No: ☑
Grievance Coordinator: ___F. Culon___

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

(Reproduced locally)



Counselor: __Davis__

GR: __312/05__

Dorm: __11B__

Type: __Property__



## GEORGIA DEPARTMENT OF CORRECTIONS
### Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

### Memorandum

Date: __8.4.2020__

To: Area Supervisor _____

For: __Ofc. leverett__          _____

__Ofc. wade__          _____

__Lum Brown__          _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:    Formal Grievance

The attached informal grievance from Inmate __Buyse, Robert__
I.D. # ____███___91_____, was received in my office. I am requesting the following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
_X_ Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
__8.11.2020__ (no later than 5 days from receipt).

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE · ASMP | DATE 8·11·20 | TIME 2·30 pm | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | ▮▮▮ | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

### SWORN STATEMENT

I, _Diane Leverett_____ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Inmate Bayse Robert ▮▮▮ G/ property was found in the laundry room and was sent to the property room. The next day Bayse was given his property. I was not here and I do not have a copy of the inventory form for that property.

DL

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

STATEMENT (Continued)

AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

WITNESS

_____

INSTITUTION OR ADDRESS

_____

INSTITUTION OR ADDRESS

_____
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this _____ day of _____, 20 __
at _____

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_____
(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

PAGE ____ OF ____ PAGES

SOP 227.02
Attachment 3
5/10/19

**WITNESS STATEMENT**

| PLACE ASMP | DATE 8-25-20 | TIME 8:15 a.m | FILE NUMBER |
|---|---|---|---|

LAST NAME, FIRST NAME, MIDDLE NAME  Leverett     Diane

| | | STATE ID NO. |
|---|---|---|
| EMPLOYEE ID NUMBER ▉ | | |

INSTITUTION OR ADDRESS

**SWORN STATEMENT**

I, Diane Leverett, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Inmate Bayse Robert ▉ 9/ Property was brought to the property room 7/29/20 by the laundry room Orderly. He said that the property was found in the laundry room. I placed the property in the property closet until I was able to go through it. I was not at work 7-30-20 and 7-31-20. I returned back to work 8-3-20. Bayse property was returned to him while I was out and I did not receive a property inventory form.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ___ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

STATEMENT (Continued)

AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.   I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this _____ day of _____, 20__
at _____

_____

_____
INSTITUTION OR ADDRESS

_____
(Signature of Person Administering Oath)

_____

_____
(Typed Name of Person Administering Oath)

_____
INSTITUTION OR ADDRESS

_____
(Authority to Administer Oath)

| INITIALS OF PERSON MAKING STATEMENT | PAGE      OF      PAGES |
|---|---|

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 206.02
Attachment 2
2/21/18

OFFENDER PERSONAL PROPERTY INVENTORY

NAME: BAYSE, Robert   NUMBER: ███████ 91   DATE: 01-02-19
REASON FOR INVENTORY: MH   FACILITY: ASMP

**CLOTHING ITEMS (BE SPECIFIC)**
TROUSERS _____
SHIRTS _____
SOCKS _____
JACKET _____
SWEATSHIRT _____ N/A
CAP _____
BELT _____
HANDKERCHIEF _____
UNDERSHIRTS _____
UNDERSHORTS _____
HOUSECOAT _____
TENNIS/GYM SHOES _____
BEDROOM SHOES 01
DRESS SHOES _____
SHOWER SHOES 01

PAJAMAS _____ N/A
SKULL CAP _____

**FOOD ITEMS**

N/A

**MISCELLANEOUS**
DRINKING CUP 02
SHEETS 2
PILLOW CASES 2
TOWELS 01
BATHCLOTHS 2
BLANKETS 2

Pencil Box-01
Markers-01
calculator-01
DKUs-04
Purfus-03

**PERSONAL GROOMING ITEMS**
TOOTHPASTE 01
RAZORS/BLADES 01
SHAMPOO _____
SHAVING CREAM 0
COMB _____
HAIRBRUSH 01
TOOTHBRUSH 01/01 holder
DEODORANT 03

Vaseline-01    Powder 01
Adapter-01     Soap 01/ alchol

**PERSONAL PROPERTY ITEMS**
PHOTO ALBUM _____
PHOTOGRAPHS _____
COUPON BOOK _____
HEADPHONES V1/0
MEDIA DEVICE (TABLET) _____
PORTABLE MUSIC DEVICE _____
WRISTWATCH _____
JEWELRY Nacce + bracelet-blacked
CD-01

RELIGIOUS MEDAL 0
PAPER/PADS _____
PENCILS/PENS 03, 00    Colered pencils-01
MAGAZINES 010
BOOKS 010
EYEGLASSES 01/03case
BILLFOLD (T.C. only) _____
LETTERS 025

Wallet 01
Crayons-01 PK
Chalk-01

**LEGAL MATERIALS**
019 bundles

This form shall be completed any time an offender's personal property is confiscated or stored for any reason. The form shall also be completed upon offender's arrival at a new institution.

INVENTORY:
Daniel COH
Inventory Officer's Signature

Witness' Signature

Offender's Signature

RETURN:
Daniel COH
Officer Returning Property

Witness' Signature

Offender's Acknowledgement of Receipt of Property

Retention Schedule: Upon completion, this form shall be placed in the offender's institutional file.

SOP 204.10
Attachment 1
9/4/18

## Acknowledgement of Receipt

**OFFENDER NAME:** Robert Bayse   **GDC NUMBER:** ██████ 9 |   **DATE:** 9-15-20

**FACILITY:** ASMP

The GOAL Device is issued to offenders under supervision of the Georgia Department of Corrections to prepare them for reentry and to help them regain and maintain family bonds. This form serves as an acknowledgement of receipt of a GOAL device. By signature of receipt, you confirm that you understand the following rules and regulations concerning the GOAL Device:

1. **All communications sent or received using the GOAL device or J-Pay Kiosk are subject to inspection and review by GDC. Neither the sender nor the receiver has an expectation of privacy in any of these communications.**

2. **Possessing and using the tablet is a privilege and not a right.** The following may result in the permanent loss of all GOAL Device or Kiosk privileges:

   a. Damaging and/or tampering with any GOAL Device. This could also result in an obligation on the offender's trust account for the amount of the device.

   b. Loss of the GOAL Device by an offender will result in an obligation made on the offender's trust account for cost of the device.

   c. Misuse of the offender GOAL Device.

   d. Misuse of the offender Kiosk.

   e. Use of another offender's JPay account for any reason or allowing the use of one's own JPay account by another offender for any reason.

   f. A finding of Guilty for Disciplinary Charges for Drug(S), Cellphone(S), Weapon(S), And Assault(s) of any kind related to the use of GOAL Device.

3. Times for use and activities permitted on the GOAL Device for offenders in isolation/segregation or Tier will be restricted to only those times authorized by the Warden or Superintendent. The Device may only be used for Education and/or Programming purposes.

4. The offender's assigned GOAL Device will transfer from GDC facility to GDC facility with the offender.

5. Offenders experiencing issues with their GOAL Device within the Warranty period (180 days beginning upon receipt of device) must report their issue directly to JPay via the Kiosk.

Offender Signature: _____ Earbuds

Staff Witness Signature: _____

Retention Schedule: This form shall be placed in the offender's institutional case file and maintained according to the retention schedule for that file.

Grievance #312105

SOP 206.02
Attachment 2
12/9/19

OFFENDER PERSONAL PROPERTY INVENTORY

NAME: __Bayse, Robert_____ NUMBER: ▆▆91_____ DATE: 9-15-20

REASON FOR INVENTORY: ___Received an item as reimbursement____ FACILITY: ____ASMP_____

**CLOTHING ITEMS (BE SPECIFIC)**

| | |
|---|---|
| TROUSERS _____ x_____ | |
| SHIRTS _____ x_____ | |
| SOCKS _____ x_____ | |
| JACKET _____ x_____ | |
| SWEATSHIRT _____ x_____ | |
| CAP _____ x_____ | |
| BELT _____ x_____ | |
| HANDKERCHIEF _____ x_____ | |
| UNDERSHIRTS _____ x_____ | |
| UNDERSHORTS _____ x_____ | |
| HOUSECOAT _____ x_____ | |
| TENNIS/GYM SHOES ____ x_____ | |

PAJAMAS___x_____

SKULL CAP ___x_____

**FOOD ITEMS**

**MISCELLANEOUS**

DRINKING CUP ____x____
LETTERS_____x_____
SHEETS _____x_____

**PERSONAL GROOMING ITEMS**

TOOTHPASTE _____ x_____
RAZORS/BLADES _____ x_____
SHAMPOO_____ x_____
SHAVING CREAM _____ x_____
COMB_____ x_____
HAIRBRUSH_____ x_____
TOOTHBRUSH_____ x_____
DEODORANT_____ x_____

COUPON BOOK _____ x_____

HEADPHONES_____(1) Gummy Earbuds_____
MEDIA DEVICE (TABLET)_____ x_____

PORTABLE MUSIC DEVICE_____ x_____

WRISTWATCH _____ x_____

JEWELRY _____ x_____

REGLIGOUS MEDAL _____

PAPER/PADS_____
PENCILS/PENS_____
MAGAZINES_____
BOOKS_____
EYEGLASSES_____
BILLFOLD (T.C. only) _____

BEDROOM SHOES ____x_____
DRESS SHOES _____x_____
SHOWER SHOES_____x_____

PILLOW CASES __x_____
TOWELS ____x_____
BATHCLOTHS ___x____
BLANKETS ____x_____

**PERSONAL PROPERTY ITEMS**

PHOTO ALBUM _____ x_____
PHOTOGRAPHS_____ x_____

**LEGAL MATERIALS**

_____x_____

This form shall be completed any time an offender's personal property is confiscated or stored for any reason. The form shall also be completed upon offender's arrival at a new institution.

INVENTORY:                                        RETURN:

_____              _____
Inventory Officer's Signature                    Officer Returning Property

_____              _____
Witness' Signature                               Witness' Signature

_____              _____   9-15-2(
Offender's Signature                             Offender's Acknowledgement of Receipt of Property

Retention Schedule:  Upon completion, this form shall be placed in the offender's institutional file.

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE ASMP | DATE 8/10/20 | TIME 6:59am | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Ridley, Nelva | EMPLOYEE ID NUMBER | | STATE ID. NO. |
| INSTITUTION OR ADDRESS 3001 Gordon Hwy Grovetown, GA 30813 | | | |

SWORN STATEMENT

I, _Nelva Ridley_ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Ofc Wade has been out of work since 7/27/20 and cannot complete a statement in reference to grievance # 310845 at this time —

End of Statement

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _1_ TAKEN AT _ASMP_ DATED _8/10_ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE _1_ OF _1_ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

STATEMENT (Continued)

AFFIDAVIT

I, _Nelva Ridley_ _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this ____ day of _____, 20___
at _____

_____

INSTITUTION OR ADDRESS

_____
(Signature of Person Administering Oath)

_____

INSTITUTION OR ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 2 PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP Z27.02
Attachment 3
5/10/19

### WITNESS STATEMENT

| PLACE  11A | DATE 8-3-2020 | TIME 1625 | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME  Brown Clifford | EMPLOYEE ID NUMBER ▇▇▇ | | STATE ID NO. |
| INSTITUTION OR ADDRESS  Asmp | | | |

### SWORN STATEMENT

I, Wm Brown_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: I was Not present at work when this incident happend this incident happend on 2nd shift um Brown had Nothing to do with this inmates property inventoring or securing his property.

End of Statement

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  CB. | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BB LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

STATEMENT (Continued)

*End of Statement*

**AFFIDAVIT**

I,_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND
ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.    I HAVE
INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS
STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL
INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESS

_____

_____

INSTITUTION OR ADDRESS

_____

_____

INSTITUTION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this _____ day of _____, 20 __
at _____

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_____
(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT     *C.B.*

PAGE *2* OF *2* PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

GR 328181

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

**Offender GRIEVANCE FORM (Facsimile)**



INSTITUTIONAL STAFF RESPONSE

OFFENDER NAME: Robbie Amanda Bryb   OFFENDER NUMBER: ▓▓▓▓▓

INSTITUTION: ASMP   GRIEVANCE NUMBER:

DATE COMPLETED FORM RECEIVED FROM OFFENDER: 8-30-21   BY:

DATE APPEAL RECEIVED:   BY:

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On 8-18-21, Dr. Climents, willingly and knowingly violated SOP 220.09 by refering to me as a male, even after I repeatedly told him that I was a female. Also, he stated that I was having problems with anxiety and depression associated with Borderline Personalty disorder. At that time I called him a f--king lyer. That my anxiety, depression, thoughts of self-harm and suicidality was caused by my gender dysphoria, a serious medical need. Dr. Climents stated that I was not going to get any treatment for gender (cont)

RESOLUTION REQUESTED:

That SOP 220.09 and SOP 507.04.68 be followed as stated in the Authority (Estelle v. Gamble, 429 U.S. 97 (1976)) Standard Operating Procedures. The Department of Corrections will provide constitutionally appropriate medical and mental health treatment to offenders diagnosed with Gender Dysphoria and similar condition

Offender Signature _____   Date  8-19-21

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

(con't)

dysphoria, that he had discontinued my diagnosis
of gender dysphoria and was only going to treat me
for borderline personality disorder.

Robin Amanda Bayse

'91

Duncan
11A-2-120B

SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: Bayse, Robert

Grievance Number: 328181

GDC #: ████91

Facility: Augusta State Medical Prison

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. According to the mental health progress note dated 8/17/2021, when Dr. Clements referenced your depression and anxiety to your primary diagnosis of Borderline Personality Disorder, you became extremely angry and used profanity towards him. Your behavior is consistent with individuals who have the aforementioned disorder. You need to continue to work on the primary symptoms of anxiety, depression, anger and irritability. This grievance is denied.

_____
Warden's/Superintendent's Signature

AUG. 25, 2021
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____
Offender's Signature

_____
(Date)

8 25 21

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

GRIEVANCE APPEAL FORM

ATTACHMENT 5
SOP IIB05-0001

Robbin Amanda Boyse  91     328181

OFFENDER NAME      I.D. NUMBER      GRIEVANCE NUMBER

I reject the Warden /Superintendent's response to my grievance. The basis for this appeal is as follows: Warden Philbin has Refused to answer this grievance and has wrongly placed my primary diagnosis of Gender Dysphoria. In 2014 Dr. Haynes changed my primary diagnosis of schizoaffective to Gender Dysphoria, but it was not changed in Scribe. Dr. Clements has stated that [I] will not get any treatment for my Gender Dysphoria. "Regardless of my primary diagnosis, SOP 508.16. states that I will be treated for all diagnosis's. SOP 507.04.68 States that "If a diagnosis of Gender Dysphoria is reached, a treatment plan will be developed that promotes the physical and mental health of the patient," GDC has failed to go by their own SOPs. Dr. Clements has outright Refused to follow SOP 507.04.68 and my treatment plan of Oct. 22, 2019 which addresses my primary diagnosis of Gender Dysphoria and lists a number of interventions which were working. I have never stated that Borderline Personality Disorder was the cause of my anxiety, depression, (Con't)

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. If for some reason this appeal is being submitted later than the allotted time frame, please state clearly reasons why if you wish for this appeal to be considered. This appeal form along with the grievance form must be submitted to your Counselor or Grievance Coordinator.

INMATE'S
SIGNATURE: _____ DATE: 8-27-21

(Reproduced locally)

(Con't)

frequent sad mood[s], hopelessness, and distressing thoughts relating to self-harm and suicide. Gender Dysphoria is the cause of the above symptoms. My anger and irritability comes from Borderline Personality Disorder. In fact, when I am left alone to follow my treatment plan of Oct. 22, 2019, my anger and irritability lessen, so does my anxiety, depression, frequent sad mood[s], hopelessness, and distressing thoughts relating to self-harm and suicide. I have never spoken with Dr. Clements in a session. He was told by Ms. Young, Mental Health Director, not to answer any questions relating to Gender Dysphoria. Dr. Clements has refused to follow SOP 507.04.68 and SOP 220.09. In doing so, he has caused me further distress and further mental anguish, also, by not appropriately addressing my medical and mental health needs.

Robin Amanda Bayse

Robin Amanda Bayse

█████ 91



**Georgia Department of Corrections**
**Office of Professional Standards**
**P.O. Box 1529**
**Forsyth, Georgia 31029**

ATTACHMENT 9
SOP IIB05-0001

12A2 - 222

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name: Bayse *Robir Amzie'a*         Grievance Number:  328181

GDC#: ███91         Facility:  Augusta State Medical Prison

A member of my staff has reviewed your grievance.  This grievance revealed that you failed to follow the proper procedure for filing the formal grievance. Policy states that grievances will be rejected that include threats, profanity, insults, or racial slurs that are not a part of the Offender's complaint. Due to your failure to follow policy guidelines, the Office of Professional Standards will not address this grievance.

_____JSV_____         _____11/18/2021_____
Commissioner's Designee                  (date)
Office of Professional Standards

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____         __11-18-21_____
Offender's signature                     (date)

Offender:  Bayse, Robert GDC#███91

Gr. 328181

Grievance Coordinator Response:

Based on the mental health progress note by Dr. Clements, on 8/17/2021, Offender Bayse reported to his appointment and stood in the door with his arms crossed and a scowl on his face. When Dr. Clements referenced offender's depression and anxiety to his primary diagnosis of Borderline Personality Disorder, offender became angry and used profanity towards him. Which is consistent with the self-damaging impulsivity, affective instability, and inappropriate intense anger common with individuals who have Borderline Personality Disorder. I recommend this grievance be denied.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:  Augusta State Medical Prison          DATE:          8/24/2021

TO:      GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:
--------------------------------------------------------------------------------------------------------------

OFFENDER:NAME:    Bayse, Robert

GDC #: ████91

OFFENDERS'S BASIC ALLEGATION OR COMPLAINT: Offender Bayse alleges that Dr. Clements violated SOP 220.09 by referring to offender as a man after Offender Bayse has told Dr. Clements that the offender was a female. Offender Bayse alleges that Dr. Clements stated that the offender is having problems with anxiety and depression associated with Borderline Personality Disorder and not Gender Dysphoria.

SUMMARY OF INVESTIGATION: According Dr. Clements' progress note from a mental health session with offender Bayse, he stated that the offender would not participate in the session and came in volatile and angry. When Dr. Clements addressed the depression and anxiety being associated with Borderline Personality Disorder. Offender Bayse became angry and used profanity towards Dr. Clements. I recommend this grievance be denied.

STAFF SIGNATURE:                               DATE:  8-24-2021

Concur   with   Staff   Yes: ☑  No: ☐
Findings:
         Grievance Coordinator:  8 Calac

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)

Counselor: Davis     Dorm: 11A - 2
GR: 328181     Type: Mental Health



# GEORGIA DEPARTMENT OF CORRECTIONS
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX  706-869-7933



*Brian P. Kemp*
*Governor*

*Timothy C. Ward*
*Commissioner*

## Memorandum

**Date:** 8·23·21

**To:** Area Supervisor _____

**For:** Dr. Clements _____     _____

_____     _____

_____     _____

**From:** Ruthie Shelton, Deputy Warden of Care & Treatment

**Re:**   Formal Grievance

The attached informal grievance from Inmate *Bayse, Robert* ,

I.D. # ▉▉▉▉ 91 , was received in my office. I am requesting the
following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
_X_ Follow up and provide documentation of follow up. Please write a statement answering the
attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal
process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
__8·27·21__ (no later than 5 days from receipt). The inmate should sign and date below
as well as the staff who discusses it.

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | | |
|---|---|---|---|---|
| PLACE  A S M P | DATE  8/24/21 | TIME  09:58 | FILE NUMBER | |
| LAST NAME, FIRST NAME, MIDDLE NAME  Clements, Paul Gregory | EMPLOYEE ID NUMBER ▮▮▮▮▮ | | STATE ID NO. | |
| INSTITUTION OR ADDRESS | | | | |

SWORN STATEMENT

I, _Paul G. Clements_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Please see attached documentation for the details of the session.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  PGC | PAGE 1 OF _1_ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

*GEORGIA DEPARTMENT OF CORRECTIONS*

*MENTAL HEALTH PROGRESS NOTE*

Facility:   Augusta State Medical Prison

Name:   Bayse, Robert

ID#:   ████91

Date :   8/17/21

Race:   W                    Sex:   Male

**I. Data:** Purpose: [X] Individual Counseling/Therapy [] Crisis [X] Other: Psychologist session

Location: [X] Private office [] Cell Front [] Other: _____

[X] On site        [ ] Tele-MH

Chief Complaint:   The offender came in still volatile

Target Symptom(s) from Treatment Plan addressed in this contact:

Depression and anxiety

| Attitude: Uncooperative | Hygiene: Good | Orientation: Undermined | Suicidal Ideation: Undermined |
|---|---|---|---|
| Judgment: Poor | Mood: Angry | Affect: Congruent | Homicidal Ideation: Undermined |

Thought Process and Content:   Unable to assess as the offender would not participate

Description of session (include discussion of abnormal findings):
The offender came in to the appointment. She stood in the door with his arms crossed and a scowl on her face. When asked if she had been informed that his counselor would be leaving and she would have a new counselor she mumbled that she did. The clinician referenced her depression and anxiety to her primary diagnosis of Borderline Personality Disorder and the offender became extremely angry, raging that it was related to her Gender Dysphoria, and stating "If you don't know that doc then fuck you!" This is consistent with the self-damaging impulsivity, affective instability, and inappropriate intense anger common with individuals who have Borderline Personality Disorder. However, the offender did come in for the appointment so this is a small improvement.

Clinical Interventions (during this session):

Rapport building.

**II. Assessment:** Problem/Target Symptoms are  [] Worse   [X] Unchanged   [] Improved   [] Eliminated

Diagnosis:   Borderline Personality Disorder; Gender Dysphoria

Unchanged/Changed as of: _____ (date)

(Circle)

Comments:   The offender displayed affective instability, inappropriate intense anger, irritability, and anxiety.

**III. Clinical Plan for subsequent sessions:**   Continue to work on the primary symptoms of anxiety, depression, anger and irritability.

Next Appointment: Not scheduled

*(Signature/Title)* Psychologist

Page  1  of  1  [ ] Attachment

Paul G. Clements, Ph. D. Ψ
(Printed/Typed Name)

Form M20-02-02   Revised 10/14
Original: Section 1, Clinical File

GR 333171

*CONFIDENTIAL*

SOP 227.02
Attachment 1
5/10/19

**Offender GRIEVANCE FORM (Facsimile)**



1-24

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On Oct. 22, 2019, I was given a Treatment Plan for my Primary Diagnosis of Gender Dysphoria, a serious medical condition. This Treatment Plan acknowledges my "depressive symptoms related to my gender dysphoria, including frequent sad mood[s], anxiety, hopelessness, and distressing thoughts relating to self-harm and suicide." This plan lists a number of interventions which were working, when this treatment plan was not interfered with. (Estelle v. Gamble, 429 U.S. 97 (1976); SOP 507.04.68.) The GDC has refused to follow this Treatment Plan from the beginning. In June 2020, mental health stopped my (con't)

RESOLUTION REQUESTED: That my Treatment Plan of October 22, 2019 be followed in it's entirety per SOP 507.04.68, and not interfered with per Estelle v. Gamble, 429 U.S. 97 (1976), and the "Statement of Intrest of the United States," at Diamond v. Ward, 5:20-cv-00453-MTT.

_____ 12-12-21
Offender Signature              Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.
This is a continuing issue that has not been settled.

1

(cont')

treatment for gender dysphoria for reasons other than medical. (Estelle v. Gamble, 429 U.S. 97 (1976)) Also see, Diamond v. Owens, 131 F. Supp 3d 1346 (2015); also, Diamond v. Ward, 5:20-cv-00453-(MTT) at Document 65 filed 04-22-21). Then in June 2021, Dr. Clements changed my Primary Diagnosis of Gender Dysphoria with Borderline Personality Disorder without even talking with me. In Sept. 2020, Ms. Young told Dr. Clement "Doctor, Do not answer that question. Do not answer any questions about gender dysphoria. Bays has filed paper work against us and we are in litigations with [h]im." Mental Health has stopped all treatment for my Gender Dysphoria, a serious medical condition, Id. at Estelle, knowingly disregarded the substantial risk of harm or suicide which the Treatment Plan of October 22, 2019 acknowledge and a list of interventions were treatment for thes symptoms which mental health and medical knows of my extensive history of self-harm and suicide attempts.

SOP 507.04.68 states in part: "If a diagnosis of Gender Dysphoria is reached, a treatment plan will be developed to promote the physical and mental health of the patient." at IV. Against SOP 507.04.68, Dr. Clements stated, "Bayse, You will not get any treatment for gender dysphoria." In June 2021.

SOP 227.02
Attachment 11
5/10/19

# WARDEN'S/SUPERINTENDENT'S
# REJECTED GRIEVANCE RESPONSE

*McClain*
*12A2-222*

Offender's Name: Bayse, ~~Robert~~ *Robin Amanda*      Grievance Number: 333171

GDC#: ███91                    Facility: Augusta State Medical Prison

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ Does not personally affect the offender.

☐ Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.

☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.

☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.

☐ Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.

☐ Transfers of offenders between institutions.

☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.

☐ Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.

☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.

☑ Grievance was filed out of time frames as outlined in policy.

☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.

☐ Grievance contained more than one issue/incident

☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.

☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

_____ *DWJ*          _12/20/2021_
Warden Signature                    (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____              _12/21/21_
Offender's signature                (Date)

---

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business day.

SOP 227.02
Attachment 5
5/10/19

DATE APPEAL RECEIVED FROM OFFENDER _____ 12/21/21 _____

## GRIEVANCE APPEAL FORM

OFFENDER NAME: Bobbie Amanda Sapp          I.D. NUMBER ████ 91

GRIEVANCE NUMBER 333171

I reject the Warden's/Superintendent's response to my grievance. The basis for this appeal is as follows:

Grievance is not filed out of time. This has been an ongoing issue. The GDC has failed to follow a treatment plan and has stopped treatment for my Gender Dysphoria and now has stopped talking with me about any treatment for Gender Dysphoria, which is against SOP 507.04.68. This is an ongoing problem which has, yet, to be settled. "Gender Dysphoria is a serious medical need." I'm in CSU, right now, because GDC has failed to follow their own SOP 507.04.68.

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. If for some reason this appeal is being submitted later than the allotted time frame, please state clearly the reasons why if you wish for this appeal to be considered. This appeal form along with the Grievance Form must be submitted to your Counselor or Grievance Coordinator.

OFFENDERS'S SIGNATURE: _Bobbi Amanda Sapp_    DATE: 12/21/21



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

McClain
Nu-2B

Brian P. Kemp

Governor

Timothy C. Ward

Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name: Bayse ~~Robert~~  *Robbin Amanda*          Grievance Number: 333171

GDC#: ███91                              Facility:  Augusta State Medical Prison

A member of my staff has reviewed your grievance. This grievance revealed that you failed to follow the proper procedure for filing the formal grievance. Policy states that the Grievance Form must be filed no later than 10 calendar days from the date you knew or should have known, of the facts giving rise to the grievance. Due to your failure to follow policy guidelines, the Office of Professional Standards will not address this grievance.

_____JSV_____          \_\_\_\_\_01/10/2022_____
**Commissioner's Designee**                 (date)
**Office of Professional Standards**

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          \_\_1/24/22_____
Offender's signature                        (date)

GR 333415

CONFIDENTIAL

SOP 227.02
Attachment 1
5/10/19

**Offender GRIEVANCE FORM (Facsimile)**



1-2¢

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On or about the 6th of Oct. 2021, M.H counselor Duncan assulted me on the sally port of 11-A. ℅ Baxter, I/m Davidson, I/m Newman, I/m Dicky, I/m Kennedy were all witnesses. (Grievance filed but no response) Then on Oct. 20, 2021 M.H counselor Duncan was walking out of 11-A-2 with me following. Ms. Duncan flipped me the "bird" and stated, "Fuck You". ℅ Hopkins, I/m Dicky, I/m Buttercount, I/m Davidson, were all witnesses. (PREA filed by Kiosk and witness (con't)

RESOLUTION REQUESTED: To have my mental health level raised back to level 3 and be allowed to talk with a mental health professional competent and qualified to treat my Gender Dysphoria in a prioritized and confidential setting without any interference ance es,

Offender Signature _____   Date 12-12-21

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

("cont")

Statement form. No responce from SART).
Sometime during Sept. or Oct. Ms. Donczu
had my level dropped from a level 3 to a
level 2. Mental Health has not talked with
me, for two years because Counselors have
refused to have priuat sessions or because
Ms. Young has interfered with sessions. HIPAA
rules and Regulations state that all medical and
mental health conversations (sessions) be
priuat and confidential. Not in an open ereas
where others can hear/see. I have been suffering
from Gender Dysphoria symptom and had to go
outside of mental health to talk with some que
Dental assist Ms. Jones, C/o now counselor Singleton,
Counselor McClain, the insolent nurse, My sister Ann
McCullough (███ ███-████), Fm Davidson, Fm Kennady,
Fm Childs. Since March 3, 2021 I have had over
30 anxiety attacks. Nurse Banks, Lt. Johnson,
Sgt. "Presspot", has witnessed a few as well as Fm J.Smit
Fm Childs, Fm Kennady, Fm Davidson, Fm Dicky, Fm Knight,
Fm Thompson, Fm Bush and others. C/o Hopkins, C/o Bartee,
C/o McClain, C/o Nelson have all called mental health
to see if I could be seen when having an anxiety
attack or thoughts Relating to my Gender Dysphoria
symptoms, but have been Refusal. Letters have
been disregarded by counselors. Over 10 letters to
Counselor Cook and still she refuses to talk with me.

SOP 227.02
Attachment 4
5/10/19

McClain
NU-2B-14

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: Bayse, ~~Robin~~ *Amanda*     Grievance Number: 333415

GDC #: ███91                    Facility: Augusta State Medical Prison

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on a statement received from Mental Health Counselor Duncan, while conducting a session with you, you became rude and disorderly, yelling at Ms. Duncan and standing in her personal space. Ms. Duncan advised you numerous times to back out of her personal space and you refused. Ms. Duncan then walked you to the corner of 11A1 sallyport to place distance between herself and you. In each session Ms. Duncan has with you, you are rude and do not care about personal space. When you become disrespectful in behavior, Ms. Duncan will terminate the session. This grievance is denied.

_____ OWS          12/31/21
Warden's/Superintendent's Signature          (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          1-5-22
Offender's Signature          (Date)

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.  If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 5
5/10/19

DATE APPEAL RECEIVED FROM OFFENDER __1/6/22__

GRIEVANCE APPEAL FORM

Robbin Amanda Boyse /st
OFFENDER NAME          I.D. NUMBER ▓▓▓ 9/

333415
GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance. The basis for this appeal is as follows:

Accordingly, there was an investigation done. Witnesses will state that Ms. Duncan did in fact assault me, and flip me the "bird" and state, "Fuck you". I was not rude or disorderly. I never invaded her personal space because I was at lease 6 feet from her until she pushed me and assulted me. Witnesses C/o Barton, C/o Hopkins, Inis Davidson, Dicky, Kennedy, Buttercourt, Newman. The response is a cover-up for the assult and PREA for reasons that Mental Health has refused to give me treatment for Gender Dysphoria.

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. If for some reason this appeal is being submitted later than the allotted time frame, please state clearly the reasons why if you wish for this appeal to be considered.   This appeal form along with the Grievance Form must be submitted to your Counselor or Grievance Coordinator.

OFFENDERS'S
SIGNATURE: ᴓMrs. Amanda Boyle          DATE: 1-5-22



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

*McClain*
*Nu·28-*
*14*

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name: Bayse, Robert          Grievance Number: 333415

GDC#: ███91          Facility: Augusta State Medical Prison

A member of my staff has reviewed your grievance. This grievance revealed that you failed to follow the proper procedure for filing a grievance. Policy states that the complaint on the Grievance Form must be a single issue/incident. Your issues included assault by staff, PREA, mental health level and counseling sessions. Therefore, the Office of Professional Standards will not address this grievance.

_____JSV_____          _____01/24/2021_____
Commissioner's Designee          (date)
Office of Professional Standards

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

*Refused to sign*          *1/26/22*
Offender's signature          (date)
*H. Chest*

Offender: Bayse, Robert GDC #███91

GR #333415

Grievance Coordinator Response:

Based on a statement received from Mental Health Counselor Duncan, while conducting a session with Offender Bayse, he became rude and disorderly, yelling at Ms. Duncan and standing in her personal space. Ms. Duncan advised Offender Bayse numerous times to get out of her personal space and the offender refused. Ms. Duncan then walked the offender to the corner of 11A sallyport to place distance between herself and the offender. In every session with Offender Bayse, he is rude and does not care about personal space. Ms. Duncan terminates the session when the offender becomes belligerent. I recommend this grievance be denied.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   Augusta State Medical Prison          DATE:          12/29/2021

TO:       GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:    Haley Chester

---------------------------------------------------------------------------------------------------------------------

OFFENDER:NAME:    Bayse, Robert

GDC #:█91

OFFENDERS'S BASIC ALLEGATION OR COMPLAINT: Offender Bayse alleges that MHC Duncan assaulted him, used derogatory language against him, and did not want to address his treatment plan.

SUMMARY OF INVESTIGATION: According to Mental Health Counselor Duncan, when she was conducting a session with Offender Bayse, he got disorderly and rude by yelling at Ms. Duncan and walking in her personal space. Ms. Duncan advised the offender numerous times to get out of her personal space and the offender refused. Ms. Duncan then walked the offender to the corner of the sallyport of 11A to put distance between her and Offender Bayse. In every session conducted with Offender Bayse, he is rude and does not care about personal space. When Offender Bayse would become belligerent towards Ms. Duncan, Ms. Duncan terminates the session. I recommend this grievance be denied.

STAFF SIGNATURE:                                         DATE: 12/29/21

Concur    with    Staff   Yes: ☑  No: ☐
Findings:
              Grievance Coordinator:    B CabO

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)



Counselor: Cook
GR: 33345

Dorm: Neu 9B
Type: Staff neg.



**GEORGIA DEPARTMENT OF CORRECTIONS**
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

<u>Memorandum</u>

Date: 12-27-21

To: Area Supervisor _____

For: MHC Duncan _____    _____

_____    _____

_____    _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:   Formal Grievance

The attached informal grievance from Inmate ___Bayse, Robert___

I.D. # _____███91 , was received in my office. I am requesting the following action(s) be taken:

____ Meet with inmate and explain standard operating procedures regarding his request.

____ Schedule and meet with this inmate and discuss the status of this request.

_X_ Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.

____ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.

____ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by 12-29-21 (no later than 5 days from receipt). The inmate should sign and date below as well as the staff who discusses it.

SOP 227.02
Attachment 3
5/10/19

WITNESS STATEMENT

PLACE ASMP/Education Ctr   DATE 12/28/21   TIME 920   FILE NUMBER

LAST NAME, FIRST NAME, MIDDLE NAME Duncan Brenda Michele   EMPLOYEE ID NUMBER ██████   STATE ID NO.

INSTITUTION OR ADDRESS ASMP

SWORN STATEMENT

I, Duncan, Brenda, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: On the day in question; I was at 11 dorm conducting sessions. I was sitting on the cooler outside the officer's door. Offender Bayse came up to me wanting to discuss again his treatment plan. Offender Bayse is upset that his Gender Dysphoria is not number one. Each time I tried to explain he would cut me off and yell in my face. He got closer to me yelling and wagging his finger in my face. Some of the other offenders began to come closer because they heard the commotion. He then told me to "Do your fucking job." I told him to get out my face and he didn't. I put my clipboard down and stood up and walked him to the corner of the 11A2 door. Explaining to him about being in my personal space and being rude. I then grabbed my things and left.

The other day in question. I was following up with my offenders. Offender Bayse was waiting to talk with me. Offender Bayse came up to me and brought up the treatment plan again. I told him the same thing and he got upset once again and flipped me the bird. I said session over. I began walking out and he was following me. I told him not to walk up on me. He demanded that I talk with him. I turned around and told him once you flipped me off and said fuck you the session was over.

EXHIBIT                    INITIALS OF PERSON MAKING STATEMENT BD   PAGE 1 OF 1 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

GR 335954

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

Offender GRIEVANCE FORM (Facsimile)



4-4

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On 2-23-22 I was taken before the "Treatment Planing Meeting". Counselor Charles and Dr. Clements along with others were there. For over two years I have not had a counseling session on psychologial session. Since arriving here at ASMP I have not been seen by mental health for my Gender Dysphoria, a serious medical condition, Mental Health has refused to talk with me about my Gender Dysphoria when I am suffering daily with anxity, depression, sad mood(s), hopelessness, and distressing thoughts of self-harm and suicide, Counselor Charles and Dr. Clements along with Ms. Young has refused to follow SOP 507.04.68 (Management and Treatment of Offenders Diagnosed with Gender Dysphoria). I have been in CSU twice, once for cutting my schradivor due to none treatment by Mental Health caused by my Gender Dysphoria.

RESOLUTION REQUESTED: To have my Treatment Plan of Oct. 22 2019, followed. To have, individual treatment for my Gender Dysphoria per (WPATH) Standards of Care and compedent qualified mental health providers in the field of treating Gender Dysphoria. That SOP 507.04.68 and SOP 220.09 be followed in treating my Gender Dysphoria

Offender Signature                    2-23-22
                                      Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S  GRIEVANCE RESPONSE

*McClain*
*F1-212*

Offender's Name: Bayse~~, Robert~~ *Robbin Amanda*

Grievance Number: 335954

GDC #: ~~█████~~91

Facility: Augusta State Medical Prison

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on a statement provided by Dr. Clements, Mental Health Director Young, and Counselor Charles, the treatment team met on 2-23-2022 with you and your treatment plan was discussed. You signed the treatment plan with your preferred name. This grievance is denied.

_____     ___3/10/22___
Warden's/Superintendent's Signature        (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____     ___3-14-22___
Offender's Signature                        (Date)

> You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 5
5/10/19

DATE APPEAL RECEIVED FROM OFFENDER _____ 3-17-2022_

### GRIEVANCE APPEAL FORM

Robbin Amanda Bryse _____ ████ 9 / _____ 335959

OFFENDER NAME            I.D. NUMBER            GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance. The basis for this appeal is as follows:

I wrote on the treatment plan that there was no treatment for my gender dysphoria. My treatment plan was not discussed. Still, SOP 597.04.68 is not being followed. I suffer severe and emotional pain and thoughts of self-harm and suicide. The Mental Health Department has refused to follow SOP 507.04.68 and had refused to talk with me about my Gender Dysphoria. Just because I signed the plan of 2-23-22 does not mean I approved of it. I wrote on this treatment plan, "Still no (cont')

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. If for some reason this appeal is being submitted later than the allotted time frame, please state clearly the reasons why if you wish for this appeal to be considered. This appeal form along with the Grievance Form must be submitted to your Counselor or Grievance Coordinator.

OFFENDERS'S
SIGNATURE: _Robbin C/Amanda Bryse_            DATE: 3-14-22

treatment for gender dysphoria."

Nowhere in the treatment Plan of 2-23-22 is there any treatment for my Gender Dysphoria.

SOP 507.04.68 (Management and Treatment for Offenders Diagnosed with Gender Dysphoria.)

"If a diagnosis of Gender Dysphoria is Reached, a treatment plan will be developed that promotes the physical and mental health of the patient."

I was diagnosed with Gender Dysphoria in 2015. I was given a treatment plan on October 22, 2019 for my Gender Dysphoria. This treatment plan was stopped by Ted Philbin, Warden, and his administration and by Ms. Toom, Mental Health Director, and her staff without anyone talking with me, for Reasons other than medical. Estell v. Gamble.

I was given a DR for attempting to castrate myself because of the lack of treatment for my Gender Dysphoria or I get a DR for attempting to castrate myself, but, no treatment for the Real Gender Dysphoria.



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

F1-212

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name: Bayse, ~~Robert~~ *Robyn Amanda*    Grievance Number: 335954

GDC#: ██91    Facility:  Augusta State Medical Prison

A member of my staff has reviewed your grievance. This grievance revealed that this issue was addressed in Grievance # 335076. Due to the nature of this complaint, Grievance # 335067 was forwarded to Health Services for review and any action deemed appropriate. Therefore, the Office of Professional Standards will not readdress this grievance.

_____(JDS)_____    _____5/02/22_____
**Commissioner's Designee, North Region**    (date)
**Office of Professional Standards**

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____    5-6-22_____
Offender's signature    (date)

Offender: Bayse, Robert

GDC #████91

GR #335954

According to Dr. Clements, Mental Health Director Young, and Counselor Charles, the treatment team met on 2/23/22 with Offender Bayse. Offender Bayse's treatment plan for Gender Dysphoria was discussed, and Offender Bayse signed the treatment plan with the offender's preferred name. I recommend this grievance be denied.

SOP 227.02
Attachment 2
5/10/19

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   Augusta State Medical Prison        DATE:            3/9/2022

TO:        GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:   Chester, Haley

--------------------------------------------------------------------------------------------------

OFFENDER:NAME:   Bayse, Robert

GDC #: ███91

OFFENDERS'S BASIC ALLEGATION OR COMPLAINT: Offender Bayse alleges that he has not been seen by mental health about his Gender Dysphoria and that mental health refuses to speak on this issue with him. He alleges that Counselor Charles, Dr. Clements, and Ms. Young refuse to follow SOP.

SUMMARY OF INVESTIGATION: According to Dr. Clements, Mental Health Director Young, and Counselor Charles, the treatment team met on 2/23/22 with Offender Bayse. Offender Bayse's treatment plan for Gender Dysphoria was discussed, and Offender Bayse signed the treatment plan with the offender's preferred name. I recommend this grievance be denied.

STAFF SIGNATURE:                              DATE:   3-9-22

Concur   with   Staff   Yes: ☑   No: ☐
Findings:
                 Grievance Coordinator: _____

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)



Counselor: **Edwards**   Dorm: **F1**

GR: **335954**   Type: **Mental health**



### GEORGIA DEPARTMENT OF CORRECTIONS
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933

*Brian P. Kemp*
*Governor*

*Timothy C. Ward*
*Commissioner*

<u>Memorandum</u>

Date: **3-2-22**

To: Area Supervisor _____

For:   **MHC Charles** _____

   **Dr. Clements** _____

   **Ms. Donna Young** _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:   Formal Grievance

The attached informal grievance from Inmate   **Bayse, Robert** ,

I.D. # _____**91**_____ , was received in my office. I am requesting the following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
**X** Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by _____**3-4-22**_____ (no later than 5 days from receipt). The inmate should sign and date below as well as the staff who discusses it.

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE: Augusta State Medical Prison | DATE 3/4/22 | TIME 12:53 pm | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Young, Donna | EMPLOYEE ID NUMBER<br>███ | | STATE ID NO. |
| INSTITUTION OR ADDRESS<br>3001 Gordon Hwy, Grovetown, GA 30813 | | | |

SWORN STATEMENT

I, ———Donna Young———————, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Offender Bayse, Robert #███91 alleges that her treatment plan has no treatment for Gender Dysphoria.  The treatment plan attached has treatment for Gender Dysphoria as it relates to the offender reporting Suicidal Ideation as it relates to her current situation.  The offender signed the treatment plan in her preferred name and not her legal name.  See attached document.

| EXHIBIT  See attached | INITIALS OF PERSON MAKING STATEMENT<br>DY | PAGE 1 OF __2__ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

WITNESS STATEMENT

| PLACE ASMP | DATE 3-4-22 | TIME 9:10 a | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME Charles, Stephanie. | EMPLOYER ID NUMBER | STATE ID NO. |
|---|---|---|

INSTITUTION OR ADDRESS 3001 Gordon Highway Grvehun GA 30810

SWORN STATEMENT

I, Stephanie Charles, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

The treatment team met on 2/23/22 with Offender Bayse – Treatment Plan discussed – Offender Bayse Signed treatment Plan with Preferred name – (See Attached Treatment Plan dated 2/23/22)

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

WITNESS STATEMENT

| PLACE ASMP | DATE 3/4/22 | TIME 08:37 | FILE NUMBER |
|---|---|---|---|

LAST NAME, FIRST NAME, MIDDLE NAME
Clements, Paul Gregory

EMPLOYEE ID NUMBER ▮▮▮▮▮▮▮

STATE ID NO.

INSTITUTION OR ADDRESS
Augusta State Medical Prison 3001 Gordon Hrshway, Grovetown, GA 30813

SWORN STATEMENT

I, Paul G. Clements _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

The entire treatment team met with offender Bayse for the offender's regularly scheduled treatment team meeting on 2/23/22. A treatment plan was developed addressing both the offender's primary diagnosis of borderline personality disorder and Gender dysphoria. offender Bayse signed the form using the name the offender prefers to be called by. See attached treatment plan.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF AND THER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 508.21
Attachment 2
9/23/20

| | |
|---|---|
| Georgia Department of Corrections | Institution: __Augusta State Medical Prison__ |
| Mental Health Services | Name: Bayse, Robert |
| Comprehensive Treatment Plan | GDC ID#: ████91 |
| | DOB: 3/20/62 |
| Date: February 23, 2022 | Race: B    Sex: Transgender |

Principal Diagnosis: Borderline Personality Disorder
Other Diagnoses: Gender Dysphoria

If diagnosis includes Gender Dysphoria, an intervention is <u>required</u> referring offender to medical for determination of need for endocrinology services.

[ ] <u>referral to medical is indicated</u>

General medical conditions relevant to mental disorder: NA

History of sexual offending: [X] Yes  [] No

History of being a victim of physical/sexual abuse: [] Yes [X] No If yes, clinically significant?  [X] Yes [ ] No

Discharge Criteria/Planning: (List criteria that, when met, will allow the offender's discharge from Mental Health)
Offender will be considered for discharge from the mental health caseload when Offender no longer requires mental health as evidenced by demonstrating the ability to function independently in general population for a period of at least 90 days and without psychotropic medication for at least 60 days.

Precautions: (List any medical, security or management precautions staff needs to take in the treatment/management of this offender)
Medium Security with Universal precautions.

DUE DATE: 8/23/2022 (CTPR)          *There is no treatment for Gender*

Utilization Review:          *Above statement written by the offender. AM*   *Dysphoria*
- Current Level of Care:        [X] Level 2     [ ] Level 3     [ ] Level 4
- Recommended Level of Care: [ ] Level 1     [X] Level 2     [ ] Level 3     [] Level 4
- Justification: Offender requires level 2 mental health services to meet treatment plan goals and to manage mental health symptoms.

Signatures:

| | | |
|---|---|---|
| _MS. Dobbs_ #34691 | 2/23/2022 | Robert Bayse |
| Offender Signature          GDC ID# | Date | Printed/Typed Name |
| _Stephanie Charles_ | 2/23/2022 | Stephanie Charles |
| Primary Service Provider Signature | Date | Printed/Typed Name |
| _Paul G. Clements PhD_ | 2/23/22 | Paul G. Clements |
| Psychologist Signature | Date | Printed/Typed Name |
| _Mary Alipala DO_ | 2/23/2022 | NANCY HARRIS, nf |
| Psychiatrist /APRN Signature | Date | Printed/Typed Name |

Form no. M50-01-02                                                                                    Page 1 of 2

Retention Schedule: Upon completion, this form shall be placed in the offender's mental health file. At the end of the offender's need for mental health services and/or sentence, the mental health file shall be placed within the offender's health record and retained for 10 years.

SOP 508.21
Attachment 2
9/23/20

| Problems<br>Goals<br>Intervention Strategies | Name: Robert Bayse<br>ID#: ████91 |
|---|---|

Problem #: _1___    Problem Description:

Offender Bayse reports target symptoms of depression and anxiety 7 out of 7 days/week.

Goal: [X] Maintenance    [ ] Change
Goal Description:
     Reduce symptoms of recurrent depressive episodes and anxiety to 5 out of 7 days per week.
     Offender will have no CSU admissions or DR's during the next six (6) months.
     Offender will remain medication compliant for the next 6 months.

| Start Date:  2/23/2022  Target Date:  8/23/2022 | Achieved: | Changed: |
|---|---|---|

Intervention Strategy (Include strengths and weaknesses that impact treatment, actions to be taken, frequency of sessions, and persons responsible- include referral to medical if indicated):

1. Offender will learn and apply at least 3 coping skills to decrease depressive episodes.
2. Offender will meet with mental health counselor 1 x a month to for individual counseling and utilizing positive thinking along with cognitive reframing thought stopping & positive reinforcement.
3. Offender will meet 2 x per week for suicide precautions & see psychiatry every 60 days.
4. *The offender will attend the scheduled psychiatric appts. to determine the efficacy of the prescribed antipsychotic and antidepressant in target symptoms of depression and anxiety.*

Problem #: 2   Problem Description:

Offender Bayse reports SI❓ 7 out of 7 days per week due to Gender Dysphoria.

Goal: [ ] Maintenance    [X] Change
Goal Description:
     Offender Bayse will decrease ~~self-injurious behaviors~~ *Suicidal ideations* to 2 out of 7 days per week.

| Start Date:  2/23/2022  Target Date:  8/23/2022 | Achieved: | Changed: |
|---|---|---|

Intervention Strategy (Include strengths and weaknesses that impact treatment, actions to be taken, frequency of sessions, and persons responsible- include referral to medical if indicated):

1. Offender will meet with mental health counselor 2 x a week for SP/monthly for individual counseling.
2. Offender will practice calming/relaxation skills and learn how to apply these skills to offender daily life.

**(Please See OMS-Offender not scheduled for MHG/ATG)**

**Strengths:** Interacts well with other offenders. **Weaknesses:** Refuses to engage during sessions.

Form no. M50-01-02
Retention Schedule: Upon completion, this form shall be placed in the offender's mental health file. At the end of the offender's need for mental health services and/or sentence, the mental health file shall be placed within the offender's health record and retained for 10 years

GA DEPT OF CORRECTIONS - SCRIB    AUGUSTA STATE MED. PRISON    February 22, 2022  09:11 AM

Offender Schedule    Printed By: CHARLES, STEPHANIE

Page 1 of 1

Timeframe:  02/01/2022  to  08/31/2022

House: F-1

| Bed: F-1-212-B | Name: | BAYSE, ROBERT DWAYNE | | | | GDC ID: 954691 |
|---|---|---|---|---|---|---|
| Birthdate: 03/20/1962 | Age: 59 | Race: WHITE | | Security: MEDIUM | | |

## SCHEDULED ACTIVITIES

| Day | Start Time | End Time | Start Date | End Date | Activity Name | Report To | Activity Location |
|---|---|---|---|---|---|---|---|
| MON | 07:30 | 15:30 | 01/16/2020 | | INSIDE ORDERLY | ASSIGNED DORM | ASSIGNED DORM |
| TUE | 07:30 | 15:30 | 01/16/2020 | | INSIDE ORDERLY | ASSIGNED DORM | ASSIGNED DORM |
| WED | 07:30 | 15:30 | 01/16/2020 | | INSIDE ORDERLY | ASSIGNED DORM | ASSIGNED DORM |
| THU | 07:30 | 15:30 | 01/16/2020 | | INSIDE ORDERLY | ASSIGNED DORM | ASSIGNED DORM |
| FRI | 07:30 | 15:30 | 01/16/2020 | | INSIDE ORDERLY | ASSIGNED DORM | ASSIGNED DORM |
| FRI | 10:30 | 11:30 | 05/08/2020 | | INJECTION - OTHER | DINING HALL | DINING HALL |

## PROFILES

| Start Date | End Date | Profile Description |
|---|---|---|
| 11/25/2020 | | SAFETY PROFILE: BOTTOM BUNK |
| 01/06/2022 | | MH███ |
| 11/25/2020 | | TRANSGENDER |
| 12/13/2021 | | MENTAL HEALTH CONTACT 2 X PER WEEK |

AUGUSTA STATE MED
2/22/2022

Patient Profile
Active Dates: 2/22/2022 - 2/22/2022

Page 1
09:40 am

| Rx # | Patient Sig | Facility | Rx Org Date | Rx Exp Date | Doctor | Drug | Qty Dsp | Last Fill Date |
|---|---|---|---|---|---|---|---|---|
| 800143934 | ▓ 91 BAYSE, ROBERT<br>INJECT 8MG INTRAMUSCULARLY EVERY 2 WEEKS | 4050 | 02/02/22 | 08/01/22 | GLASER, CHARLES | DEPO ESTRADIOL 5ML 5MG/ML VIAL | 0 | 02/03/22 |
| 800140333 | ▓ 91 BAYSE, ROBERT<br>TAKE 1 CAPSULE BY MOUTH EVERY EVENING *MAY CAUSE DROWSINESS* | 4050 | 01/07/22 | 05/07/22 | REDDY, NIRANJINI | diphenhydrAMINE (BENADRYL) 25MG CAP | 30 | 02/01/22 |
| 800140332 | ▓ 91 BAYSE, ROBERT<br>TAKE 1 TABLET BY MOUTH EVERY EVENING *MAY CAUSE DIZZINESS OR DROWSINESS* | 4050 | 01/07/22 | 05/07/22 | REDDY, NIRANJINI | risperiDONE (RISPERDAL) 2MG TAB | 30 | 02/01/22 |
| 800141986 | ▓ 91 BAYSE, ROBERT<br>TAKE 1 TABLET BY MOUTH TWICE DAILY *TAKE WITH FOOD* | 4050 | 01/20/22 | 07/19/22 | MINOTT, SAMANTHA | SPIRONOLACTONE (ALDACTONE) 100MG TAB | 60 | 02/14/22 |
| 800142372 | ▓ 91 BAYSE, ROBERT<br>TAKE 1 TABLET BY MOUTH TWICE DAILY *TAKE WITH FOOD* | 4050 | 01/22/22 | 07/21/22 | PRUNIER (NP), | SPIRONOLACTONE (ALDACTONE) 100MG TAB | 0 | 01/21/22 |
| 800140334 | ▓ 91 BAYSE, ROBERT<br>TAKE 1 TABLET BY MOUTH EVERY EVENING *TAKE WITH FOOD* | 4050 | 01/07/22 | 05/07/22 | REDDY, NIRANJINI | traZODone (DESYREL) 100MG TAB | 30 | 02/01/22 |
| 800142375 | ▓ 91 BAYSE, ROBERT<br>INHALE 2 SPRAYS PER NOSTRIL DAILY | 4050 | 01/22/22 | 07/21/22 | PRICE, KYLE | TRIAMCINOLONE ACET(NASACORT) 55MCG SPR | 16.9 | 01/21/22 |

CONFIDENTIAL PHI
HIPAA
PROTECTED INFORMATION

GR 312312

# BAYSE, ROBERT

# GDC #█████91

# GR #312312

Davis 826.20



# GEORGIA DEPARTMENT OF CORRECTIONS

*Office of Professional Standard*
*State Offices South at Tift College*
*Internal Affairs*
*P.O. Box 1529*
*Forsyth, Georgia 31029*
*Phone : (478) -992-5341*
*Fax : (478) -992-5339*



**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

---

## MEMORANDUM

TO:        Edward Philbin- Warden
           Augusta State Prison Medical Prison

FROM:      Tomekia Jordan- Special Agent in Charge
           Criminal Investigation Division

DATE:      August 26, 2020

RE:        Grievance # 312312
           Offender Robert Bayse GDC #9████91

The allegations contained in the previous Use of Force Investigation for Grievance # (312312) dated 08/05/2020, were reviewed with all attached documents. Based on the investigation findings, actions were justified due to the aggressive actions by the offender. I have concluded that the Criminal Investigation Division requires no further action.

*Refuse*
_____                        ___8/27/20___
Offender Signature:                              Date:

*Needs grievance appeal form*

*** *Please provide the Grievance Coordinator with a copy of this response once the Offender has signed it.*

/dj

cc: File

***SEE, BELIEVE, LEAD***

SOP 227.02
Attachment 6
5/10/19

  

# GEORGIA DEPARTMENT OF CORRECTIONS

**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## Accepted: Notification of Referral to the Criminal Investigations Division (OPS)

TO:      Bayse, Robert GDC#9▇▇91
            <u>Augusta State Medical Prison</u>

FROM:   Edward Philbin
            <u>Augusta State Medical Prison</u>

RE:      GRIEVANCE # 312312

This memorandum is in response to your grievance that was filed on __08/05/2020__. Upon review, it has been determined due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of Corrections Criminal Investigations Division on __08/20/2020__ for review. The Criminal Investigations Division will determine what action is appropriate. As a result, this letter serves as the formal response to your grievance and effectively closes your grievance. Although this letter effectively close your grievance, the investigative process will continue. The decision to forward your grievance to The Criminal Investigations Division and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by The Criminal Investigations Division.

_____
Warden/Superintendent

__08/18/20__
Date

_____
Offender    GDCID#

__8/27/20__
Date

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

## Offender GRIEVANCE FORM (Facsimile)

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME  Robbin Amanda Br████ | OFFENDER NUMBER  ████████ 81 |
| INSTITUTION  ASMP | GRIEVANCE NUMBER  312312 |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER  08/05/2020  BY ████████████ | |
| DATE APPEAL RECEIVED ███████ BY ███████ | |

9¹⁴

**YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT:

On 7-28-20 at about 6:00 AM. C/o Ligon punched me in the face, with his fist wrapped around with keys. C/o Ligon stated that I never hit him or touched him. This illegal ~~force~~ use of force caused lacerations on my face which required about 15 stitches and a broken nose.

RESOLUTION REQUESTED:

To have C/o Ligon Removed from contact with inmates until he is trained in how to interact with transgenders and mental health inmates. Also, to have C/o Ligon certified in mental health. Also, to have a full apology from C/o Ligon for hitting me and hitting me in the face.

_____ 8-3-20
Offender Signature                   Date

<u>Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.</u>

Offender: Bayse, Robert GDC# ████ 91
Gr. 312312

Grievance Coordinator Response:


This incident will be forwarded to OPS for further investigation.



Counselor: _Davis_     Dorm: _11A1_

GR: _3|23|2_     Type: _Staff Neg_



### GEORGIA DEPARTMENT OF CORRECTIONS
**Augusta State Medical Prison**
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933

Brian P. Kemp                                    Timothy C. Ward
*Governor*                                       *Commissioner*

## Memorandum

**Date:** _8-7-20_

**To:** Area Supervisor _____

**For:** _OFC. Ligon_ _____     _____

_____     _____

_____     _____

**From:** Ruthie Shelton, Deputy Warden of Care & Treatment

**Re:**    Formal Grievance

The attached informal grievance from Inmate _Bayse, Robert_,
I.D. # _███████91_, was received in my office. I am requesting the
following action(s) be taken:

____ Meet with inmate and explain standard operating procedures regarding his request.
____ Schedule and meet with this inmate and discuss the status of this request.
_X_ Follow up and provide documentation of follow up. Please write a statement answering the
attached grievance.
____ Advise this should be handled through disciplinary hearing and or disciplinary appeal
process.
____ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_8-14-20_ (no later than 5 days from receipt).

*Use of Force*

ASMP                                            Facility/Center: *Hands On*

Use of Force/Serious Incident Report Coversheet — *IM To Staff / Assault, no injury*

IR: 302472

**I.** Offender Name Bayse, Robert   w/m         Date: 7-28-20
         #_____ 91

**II.** Checklist:

1.  Use of Force........................................................ Yes ✓ No ____ Pending ____
2.  Incident Report................................................... Yes ✓ No ____ Pending ____
3.  Supplemental Use of Force................................. Yes ✓ No ____ Pending ____
4.  Videotape.......................................................... Yes ✓ No ____ Pending ____
5.  Photos............................................................... Yes ✓ No ____ Pending ____
6.  Witness statements from all involved.................. Yes ____ No ____ Pending ____
7.  Disciplinary Report filed.................................... Yes ____ No ____ Pending ____
8.  Medical Reports................................................. Yes ✓ No ____ Pending ____
9.  Mental Health Report/Statements........................ Yes ____ No ____ Pending ____
10. Chain of Evidence.............................................. Yes ____ No ____ Pending ✓
11. Use of Weapons Report...................................... Yes ____ No ✓ Pending ____

If pending is checked on any of the above, state the reason why: _____

_____

**III.** Shift Supervisor: 1. Date submitted and forwarded to Captain: 7-29-20

2. Supervisor's Signature: _____

**IV.** Captain/Chief of Security Review: 1. Date received: 7/28/20 2. Date videotape reviewed: 7/28/20

3. Rating of Incident:  Major: ✓  Serious:____  Minor: ____  Unusual: ____

4. Comments: Spontaneous UOF Hands On — Offender Attempted Assault on Staff. During pill call Offender Bayse Verbal threatened Ofc Ligon with death while saying racial slurs. Offender was given instructions to back away but continued approaching Ofc Ligon. Ofc Ligon defended himself from Bayse's aggressive advances by striking him with one punch. Assistance was called, 2 cameras recorded escort to medical.

5. Signature of Captain/Chief of Security: Julie Ridley — Shonna

**V.** Deputy Warden's Review: 1. Date received 7/30/20 2. Date videotape reviewed: 7/31/2020

3. Comments: A spontaneous use of force. Offender Bayse was struck by officer Ligon after attempting to strike Ligon + threatening. Bayse had injury to nose.

4. Signature of Deputy Warden: _____ DWS                    refer OPS

**VI.** Warden's Review: 1. Date received: 7/31/2020 2. Type and Forward: Y N  Hold in File: Y N

3. Comments: Due to Injury Refer to OPS

4. Signature of Warden/Designee: _____ Edward 20u

Retention Schedule: Upon completion, this form shall be placed in the offender's institutional file, with the incident report, and retained according to the retention schedule for that file.

SOP 203.03
Attachment 1
3/2/18

**Incident Report**

___X___ Major   _____ Minor

Incident ID: __307472__   Facility: __ASMP__   Incident Date: _7/28/2020_   Time: _5:30_   Location/Dorm: __11C__

Reporting Official: ___Marsalis Ligons, COII___   Video Used? _X_ Y ___ N   Operator Name: ___CERT Smith / CERT Best___

Did incident result in serious injury? _X_ Yes ___ No   ___ Staff _X_ Inmate

Offender Weapon? ___ Y _X_ N   Weapon Description: _____

Use of Force? _X_ Y ___ N   UOF Equipment Used? ___ Y _X_ N   ___ Taser ___ Chemical ___ Firearm _X_ Hands-On ___ Other: _____

Does this incident report contain contraband? ___ Y _X_ N   If Yes, it was found... ___ Inside Grounds ___ Outside Grounds

Is the contraband associated with a throw-over? ___ Y ___ N

Incident Category: Check **all** that apply:

| | | | |
|---|---|---|---|
| ___ Accident | ___ Escape | ___ Inmate Special Transport | ___ Self-Injurious Behavior |
| ___ Attempted Suicide | ___ Escape Attempt | ___ Inmate Strip Cell Status | ___ Shakedown |
| ___ Cell Extraction | ___ Failure to Execute Policy | ___ Inmate to Inmate Assault | ___ Staff Shakedown |
| ___ Contraband - Hard | ___ Fight | _X_ Inmate to Staff Assault | ___ Staff to Staff Assault |
| ___ Contraband - Nuisance | ___ Fire Incident | ___ Institutional Drill | ___ Suicide |
| ___ Death | ___ Four/Five Point Restraint | ___ Keys/Tools | ___ Taking Hostage |
| ___ Disruptive Behavior | ___ Homicide | ___ Maintenance Incident | ___ Unauthorized Contact |
| ___ Disruptive Event | ___ Hunger Strike | ___ Personal Dealings with Inmate | _X_ Use of Force |
| ___ Drugs | ___ Illness | ___ PREA - Allegation | ___ Visitor Incident |
| ___ Employee Contact with Blood | ___ Injury | ___ Projecting Bodily Fluids | ___ Wireless Device |
| | ___ Inmate Internet Violation | ___ Property | ___ Wireless Device Accessory |

| Involved INMATE Name | GDC # | UOF | DR | Injury | Weapon | Sex. Alleg. | Directly Involved OR Witness | |
|---|---|---|---|---|---|---|---|---|
| Bayse, Robert | ███591 | Yes | Yes | Yes | N/A | N/A | X Involved | Witness |
| | | | | | | | Involved | Witness |
| | | | | | | | Involved | Witness |
| | | | | | | | Involved | Witness |
| | | | | | | | Involved | Witness |
| | | | | | | | Involved | Witness |
| | | | | | | | Involved | Witness |
| | | | | | | | Involved | Witness |

| Involved Staff Name / Title | Employee ID# | Race | Sex | Force Used | Staff Equip. | Equip. Type |
|---|---|---|---|---|---|---|
| Ligon, Marsalis / COII | ███████ | B | M | Yes | Hands On | N/A |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| WITNESS Name | Number / Title | WITNESS Name | Number / Title |
|---|---|---|---|
| | | | |
| | | | |

| Name/Agency Notified | Date | Time | Name/Agency Notified | Date | Time |
|---|---|---|---|---|---|
| Matthew Snowden / Duty Officer | 7/28/2020 | 5:40 | | | |
| Tamika Harvey / DW Security | 7/28/2020 | 6:26 | | | |
| Edward Philbin / Warden | 7/28/2020 | 6:10 | | | |

Reporting Official Signature: _Marsalis Ligon, COII_   _Marsalis Ligon, COII_   Date: _7/28/2020_

Supervisor Signature: _Nelva Ridley, Lt._   Date: _7/28/2020_

WARDEN / SUPERINTENDENT REVIEW:   Was this incident forwarded for investigation? _✓_ Yes ___ No   Warden's Comments: _____

_Due to injury refer to OPS_

Warden/Superintendent Signature: _Edward Philbin_   Date: _7/31/2020_

Retention Schedule: (3) years and then destroy

SOP 203.03
Attachment 2
3/2/18

**Supplement Report**

Incident ID:  3 0 7 4 7 2   Facility:   ASMP   Incident Date:   7/28/2020   Time:   5:30   Location:   11C

Detailed Description:

On 7-28-2020 at 0530 hours, offender Bayse, Robert w/m GDC#███91 approached Officer Ligon yelling, "I'm going to kill you nigger." Officer
Ligon tried to create distance between himself and the offender while instructing the offender to backup. The offender did not comply and ran
towards Officer Ligon with his hand up swinging at the officer. Officer Ligon used his right hand and struck offender Bayse in the facial area knocking
the offender to the ground. The offender got up and ran into the dormitory. Security staff arrived and the offender was placed in handcuffs without
further incident and escorted to medical by CERT Smith and CERT Best who used their body cameras to video the offender from the time he was
handcuffed unitl he was secured in the holding module on NU6A. The offender received a disciplinary for assault on a staff member.

Reporting Official Signature:       Marsalis Ligon, COII   Date:   7/28/2020   Supervisor Signature:        Nelva Ridley, Lt.   Date:   7/28/2020

Marsalis Ligon co2

Retention Schedule: (3) years and then destroy

Printed By: STROUP, TAMMY
Jul 29, 2020 02:46 PM



# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

Incident Report



Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

| | |
|---|---|
| **Facility:** | AUGUSTA STATE MED. PRISON |
| **Military Time:** | 07/28/2020 05:30 |
| **Number:** | 307472 |

| | | | |
|---|---|---|---|
| **Incident Location:** | DORMITORY | 11B - 1 | |
| **Did incident result in serious injury?** | NO | | |
| **Nature of Incident:** | INMATE TO STAFF ASSAULT,USE OF FORCE | **Wireless Devices Found:** | 0 |
| **Incident Video Taped By:** | CERT OFFICER DEVONTE BEST | | |
| **Use Of Force:** | YES | **Type of Force Used:** | HANDS-ON |
| **Offender Weapon:** | NO | **Weapon Description:** | |
| **Does this incident involve contraband?** | NO | | |
| **Reporting Official:** | OFC. MARSALIS LIGON CO II | | |
| **Entered Date:** | 07/29/2020 | | |

## Staff Involved

| Name | Scribe ID# | Race | Gender | Use Of Force | Type Of Force | Equipment | Directly Involved? |
|---|---|---|---|---|---|---|---|
| BEST, DEVONTE | | BLACK | MALE | YES | HANDS-ON | NO | WITNESS |
| LIGON, MARSALIS | | BLACK | MALE | YES | HANDS-ON | NO | WITNESS |

## Offenders Involved

| Name | GDC ID# | Directly Involved/ Witness | Injured | Disciplinary Filed | Weapon Used | Sexual Allegation |
|---|---|---|---|---|---|---|
| BAYSE, ROBERT DWAYNE | 91 | DIRECTLY INVOLVED | NO | YES | - | NO |

Printed By: STROUP, TAMMY
Jul 29, 2020 02:46 PM

**Date Reviewed by Warden:**      07/29/2020

Printed By: STROUP, TAMMY
Jul 29, 2020 02:46 PM



**Brian P. Kemp**
*Governor*

# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

Supplemental Report



**Timothy C. Ward**
*Commissioner*

---

**Facility:**  AUGUSTA STATE MED. PRISON

**Military Time:**  07/28/2020 05:30

**Number:**  307472

---

| | | | |
|---|---|---|---|
| **Incident Video Taped By:** | CERT OFFICER DEVONTE BEST | | |
| **Property Damaged:** | NO | **Damage Amount:** | 0 |
| **Damage Description:** | - | | |
| **Chemical Incident:** | NO | **Fire:** | NO |
| **Facility Mechanical Breakdown:** | NO | | |
| **Reporting Official:** | OFC. MARSALIS LIGON CO II | | |
| **Entered Date:** | 07/29/2020 | | |

**Summary of Incident:**

**Entered Date:**   07/29/2020

On 7.28.2020 at 05:30 hours, Offender Bayse, Robert W/M GDC#███91 approach Officer Ligon yelling, ¿I¿m going to kill you nigger.¿  Officer Ligon tried to create distance between himself and the offender while instructing the offender to back up.  The offender did not comply and ran towards Officer Ligon with his hand up, swinging at the officer.  Officer Ligon used his right hand and struck Offender Bayse in the facial area knocking the offender to the ground.  The offender got up and ran into the dormitory.  Security staff arrived and the offender was placed in handcuffs without further incident and escorted to Medical by CERT Smith and CERT Best (Cam #463260) (Body Cam #895), who used their body cameras to video the offender from the time he was handcuffed until he was secured in the holding module on NU6A.  The offender received a Disciplinary Report for assault on a staff member.

**Warden's Comments**

The appropriate disciplinary actions will be sought in this matter.

Printed By: STROUP, TAMMY
Jul 29, 2020 02:46 PM

## Staff Involved

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No. | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| BEST, DEVONTE | NO | NO | - | - | - | - | - | NO |

Comments:

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No. | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| LIGON, MARSALIS | NO | NO | - | - | - | - | - | NO |

Comments:

## Offenders Involved

| Name | GDC ID# | Injured? | Disciplinary Filed? | Weapon Used | MH Level | STG | Sexual Allegation | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| BAYSE, ROBERT DWAYNE | ███91 | NO | YES | - | MH███ | | NO | NO |

Comments:

Was this Incident forwarded for investigation?    NO

Date Reviewed by Warden:    07/29/2020

## WITNESS STATEMENT

| PLACE  ASmP | DATE 7/28/20 | TIME | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME  Best  Dewnte | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

### SWORN STATEMENT

I, CEAT Best , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

During the escort of I/m Bayse, Robert
GDC # [redacted] 91 to NUbA. I ofc Best
operated camera # 463260, end of statement

DB   DB   DB   DB

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  DB | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 5
7/28/2020

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE  ASMP | DATE 7/28/20 | TIME | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME  Best, Devonte Best | EMPLOYEE ID NUMBER ███ | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I, __CERT Best_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

During the escort of I/m Bayse, Robert
GDC# ███ 91 to NUGA, I ofc Best operated
camera # 895 end of statement.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  DB | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 5
7/28/2020

**WITNESS STATEMENT**

| PLACE 11B-1-107 | DATE 7-30-20 | TIME ?? | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | STATE ID NO. 91 |
|---|---|---|
| Bayse, Robbin Amanda | | |

INSTITUTION OR ADDRESS    ASMP

**SWORN STATEMENT**

I, Robbin Amanda Bayse WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 7-28-20 at about 6:00Am. while I was walking to pillcall I was passing C/o Ligon. I stated to him, "why didn't you come when I pushed the panick button? I was sick and throwing up. C/o Ligon stated, "I don't have to come running when you push that button. I don't even have to check on y'all." I stated, "That's because you are always going over to 11B leaving us alone for hours." At that time C/o Ligon ran up to me and hit me in the face with keys in his hand.

This all took place on the 11A yard almost to where the first gate is leading into 11B's yard.

C/o Ligon broke my nose and caused a gash on my right eyebrow which needed over 15 stitches.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

(cont)

SOP 209.04
Attachment 5
7/28/2020

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE | DATE | TIME | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME  Bryse, Robbin Amanda | EMPLOYEE ID NUMBER | | STATE ID N█████ |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I, _Robbin Amanda Bryse_ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

and cut her eyebrow to require over 15 stitches. This is illegal use of force. And for me being placed in 11B-1-107 (lock-down) is cruel and unusual punishment when it's clear that I never touched Ligon (from the DR) and he was the aggressor.
— End of Statement —

Robbin Amanda Bryse

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

**WITNESS STATEMENT**

| PLACE ASMP | DATE 07-28-2020 | TIME 0530 | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME Ligon, Marsalis | EMPLOYEE ID NUMBER ▮▮▮▮ | STATE ID NO. |
|---|---|---|

INSTITUTION OR ADDRESS    ASMP

**SWORN STATEMENT**

I, _Ofc Ligon_, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: on the above date + time I/m Bayse, Robert 9541671 approached me yelling "I/m going to kill you nigger" I ofc Ligon stepped back to create distance between myself + inmate Bayse. Inmate didn't comply + continued to come towards me stating "I'm going to kill you nigger." I ofc Ligon then struck inmate Bayse with my right hand in the facial area. Inmate then got up and ran into the dorm.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 1
4/10/19

GEORGIA DEPARTMENT OF CORRECTIONS

USE OF FORCE SUPPLEMENT REPORT

I.   Identification:

Facility/Center: YASMP

Offender: Bayse, Robert _____ GDC Number: ____71

II.   Officer's Report:

A. Circumstances Leading to Use of Force or Assault by Offender:

Time of Incident: 0530 _____ Date of Incident: 07-28-2020

I/M Bayse, Robert approached me in an aggressive manner stating
"I/M going to kill you nigger". I/M then ran up to me stating
again "I/m going to kill you nigger."

B. Type and Extent of Forceful Action (Include Equipment Employed, if any):

I used my right hand to defend myself by striking offender
Bayse in the facial area.

Less Lethal Weapon Used: _____ Certification Date: _____

C.   Complete (if applicable) by staff member if assaulted by offender. Do you feel that the Offender(s)
     should be considered for criminal prosecution?

     () Yes () No

D.   Marsalis Ligon _____        COZ _____
              Name                        Title
     Monali Ligon _____        07-28-2020 _____
              Signature                   Date

Retention Schedule:  Upon completion, this form shall be retained in the offender's institutional file and maintained according to the
official retention schedule for that file.

1R: 307472



Attachment 11
SOP 209.01
11/06/2017
DOC50951

# DISCIPLINARY REPORT

INSTITUTION NAME: ASMP    CODE #: DS32-20    TPM/MAX DATE: _____

I.   Offender: Bryse, Robert    Medium    ID Number: ███ 71
     Name: Last, First, M.I.    Security

II.  **Offense Data:**

A.
| | Charge | Code | Plea | Finding | | Charge | Code | Plea | Finding |
|---|---|---|---|---|---|---|---|---|---|
| 1 | assault on staff | BIC | | | 4 | | | | |
| 2 | | | | | 5 | | | | |
| 3 | | | | | 6 | | | | |

7-28-20    5:30 pm    Marsalis Ligon / Marsalis Ligon CO2
Date        Time of Offense    Signature of Reporting Official

B.   Factual Statement: On the above date & time I/m Bryse, Robert approached me yelling ("I/m going to kill you nigger." I off Ligon instructed I/m Bryse to "get back" 8 times. I/m did not Comply. I/m continued to approach me in an aggressive manner

Reviewed by the appropriate supervisor: _____ - Lt Nelva Ridly    7-28-20
                                        Signature              Mo./day/year

C.   Charges served on accused: 07/28/2020 0839 , _____ / Robert Roberson COI
                                Mo./day/year/time    Signature of Official

III. **Investigative Report:**
A.   Summary of Investigation: _____

B.   _____    _____    _____
     Title              Signature          Mo./day/year

C.   Advocate's Name: _____

IV.  **Hearing Officer's Recommendation:**
     Greatest _____    High _____    Moderate _____    Low _____

                        _____    _____
                        Signature          Mo./day/year

V.   **Disposition of disciplinary hearing:**
A.   Justification for Findings: _____

B.   Action Recommended: _____

C.   TPM Extension: _____    Isolation: _____

D.   Offender advised of his/her right to appeal: _____ Yes    _____ No

_____    _____    _____
Signature of Disciplinary Hearing Officer    Time of Hearing    Mo./day/year

VI.  **Reviewing Officer:**
     _____    _____    _____
     Signature          Title              mo. dy. year

**GEORGIA DEPARTMENT OF CORRECTIONS**

**Use of Force Assessment**

Facility _A S m P_

Name _Bayse, Robert_
ID Number ▮▮▮▮▮▮ 9) 
DOB ▮▮▮▮▮▮  Race _W_  Gender _M_

Date Force Used _7 / 28 / 2020_   Time _6 : 30 Am_   Place of Exam: ☒ Medical ☐ Housing Unit ☐ Other

**Subjective:** (Inmate's description of force applied or injuries sustained) _Offender says hit with keys in face, caused laceration to (R) eye brow and to nose. offender stated officer didn't like the offender shouting at him for not being in dorm. Pt ⊘ NV before being hit x1x. No AH (bls)._

**Objective:** B/P _11_/_ ___ AS em   HR _81_   RR _10_   Temp _97.7_   Weight _120 lbs_

Inmate's behavior: ☒ Cooperative   ☐ Uncooperative   ☐ Violent/Combative (describe) _____
_Pt denies head trauma or LOC._

| Area Examined | No Injury | Describe Injury |
|---|---|---|
| Head / Neck | ☒ | 1 laceration to Right eye brow; 1 superficial |
| Maxillo-Facial | ☐ | laceration abrasion to bridge of nose, mild |
| Trunk | ☒ | swelling of nose, deviated nasal septum |
| Abdomen | ☒ | Normal EMLLA. Sclera - clear, anj; Ears intact (B) facial nerve intact (B) |
| Genitalia | ☐ | deferred |
| Extremities | ☒ | |

Neurological: ☐ Alert   ☐ Oriented x3   ☐ Disoriented to _____   ☐ Lethargic
☐ Responds to verbal commands   ☐ Speech normal for inmate   ☐ Other _____
☐ Normal Gait   ☒ Restrained (describe) _cuffed to back; placed in bed front to suture_
Other Physical Findings: _laceration to be done_

**Assessment:** ☐ Normal assessment after use of force   ☒ Other (1) R/O Nasal fx
(2.) (2) laceration to (R) eye brow (3) superficial laceration to bridge of nose (4) Abrasion to nose

**Plan:** _Procedure: cleaned area c betadine; 2% Lidocaine to (R) eye brow area; then 5-0 Prolene sutures applied. Pt tolerated_

**Education:** _Procedure well. Pt d/c sent c Dr. Brow; to have Dr. Brow speak to ENT for advice._

**Disposition:** ☐ No follow-up needed   ☐ Follow-up appointment scheduled for ___/___/___ (date)

Referral: ☒ Routine   ☐ Urgent   ☐ STAT to _____

P-30-0011.01  (rev 03/03)          DO NOT WRITE ON BACK          USE OF FORCE ASSESSMENT Page 1 of 2

**GEORGIA DEPARTMENT OF CORRECTIONS**

**Use of Force Assessment**     **(cont)**

Name _Boyse, Robert_

ID Number _____ M)

Indicate on the diagram below any body marks, such as bruises, discolorations, scabs, cut, bumps or other questionable markings, regardless of how slight.  You may draw lines between the titles and the corresponding areas of the human body picture.



(ABRASION)  BURN

ECCHYMOSIS (BRUISE)

(LACERATION)  CUT / SCRATCH

PUNCTURE

PAIN

SPASM / MUSCLE TENDERNESS

(R) eyebrow laceration

1 superficial laceration to bridge of nose

1 abrasion to bridge of nose

**Description of Injuries:** _1 laceration to (R) eyebrow S/P laceration repair ; 1 superficial laceration to bridge of nose 1 abrasion to bridge of nose_

**Additional Comments:** _None_

Signature _____   MD / DO / NP / (PA) / RN / LPN / EMT (circle)

P-30-0011.01  (rev 03/03)      **DO NOT WRITE ON BACK**      **USE OF FORCE ASSESSMENT Page 2 of 2**

SOP 206.02
Attachment 6
12/9/19

# EVIDENCE

Incident Report No. _362472_

Evidence Description _Camera # 895 "2" Cds_   CD1, CD1.1, CD1.2, CD1.3

Place Evidence Found _Camera # 895_

Date & Time of Recovery _7/28/20_

Suspect _Bayse, Robert_ (___91) Offense _N/A_

Victim _N/A_

Evidence Recovered by _CERT Best_         _Dwyte Best_ Col'
                                            Signature, Rank

## CHAIN OF CUSTODY OF EVIDENCE

*Signatures Required*

| From | To | Date | Time |
|------|-----|------|------|
| Dwyte Best Col' Dwynte Best | Ht Beg | 7/28/20 | 8:00 am |
| Ht Beg | Harvey | 7/29/20 | 9:20 am |

Retention Schedule: Upon completion, this form shall remain on the property until final disposition and a copy shall become part of the incident report.

SOP 206.02
Attachment 6
12/9/19

# EVIDENCE

Incident Report No. _30742_

Evidence Description _Camera # 463260  "2" cds_
_CD2, CD2.1, CD2.2, CD2.3, CD2.4, CD2.5_
_CD2.6_
_+ CD2.7_

Place Evidence Found _Camera # 463260_

Date & Time of Recovery _7/28/20_

Suspect _Bayse, Robert   ( ▮ 91)_ Offense _N/A_

Victim _N/A_

Evidence Recovered by _CERT Best_             _Pvt Bt col_

Signature, Rank

## CHAIN OF CUSTODY OF EVIDENCE

*Signatures Required*

| From | To | Date | Time |
|------|-----|------|------|
| _Pvt Bt col_ _Devonte Best_ | _Lt Rios_ | _7/28/20_ | _8:00 pm_ |
| _Lt Rios_ | _Harvey_ | _7/29/20_ | _925 Am_ |

Retention Schedule: Upon completion, this form shall remain on the property until final disposition and a copy shall become part of the incident report.

Brian P. Kemp
*Governor*

Inmate Documentation Summary

Timothy C. Ward
*Commissioner*

# BAYSE, ROBERT DWAYNE

GDC ID: ___591          Supervision Level: ____          Status: **INMATE**

| | |
|---|---|
| Alias Names: | **BAYSE, ROBERT DWAYNE** |
| DOB: | ___1962 |
| Race/Sex: | **WHITE/MALE** |
| Height: | **5'3"** |
| Weight: | **115** |
| Eyes/Hair: | **BLUE/GRAY** |
| Skin Tone: | |
| SSN: | |
| SID: | |
| D.L.#: | |
| FBI: | |
| EF/PD Number: | |
| Recidivist: | **YES** |
| SSN Card Received: | **YES** |
| C.D.L. Received: | **NO** |

**Sex Offender**
REGISTRABLE

1181-107

Validateed Security Threat Group:

Recorded Offenses:   **AGGRAV SODOMY, CHILD MOLESTATION, RAPE**

| | |
|---|---|
| Street Address: | |
| | Home Phone: |
| | Mobile Phone: |
| | Other Phone: |
| | Residence County: **GLYNN COUNTY** |

Residence/Directions:
**Offender Bayse, Robert submitted a residence address** _____ **Ga 31520.**

| | | | |
|---|---|---|---|
| Marital Status: | **UNMARRIED** | Education Level: | |
| Dependents: | | Last School Attended: | |
| Primary Language: | **ENGLISH** | Location: | |
| Secondary Language: | | Employment Waiver: | |
| US MilitaryBranch: | | Military Service Dates: | |
| Military Comment | | Religious Affiliation: | |
| Birth City: | | Birth Country: | **UNITED STATES** |
| Birth County: | | Citizenship: | **UNITED STATES** |
| Birth State: | | Birth Certificate Received: | **NO** |
| Death Date | | Death Reason: | |
| Death Certificate Received: | **NO** | | |
| Verified Death Cause: | | | |

Alien Information

| | | |
|---|---|---|
| Alien Name: | | Alien(INS) Number |
| Class: | | |
| Alien Status: | | Status Verification Date: |
| INS Notified By Parole | **N** | |

Scars/Marks/Tattoos:

Comments:

Attachment 5

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME Robbin Amanda Boyse   OFFENDER NUMBER ████ 91

INSTITUTION Augusta State Med Prs   GRIEVANCE NUMBER 309338

DATE COMPLETED FORM RECEIVED FROM OFFENDER 6 / 8 / 2020 BY

7-20

DATE APPEAL RECEIVED ___/___/___ BY ___

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On 6-5-20 at about 11:30 AM. D/W Harvey yelled to me "Boyse, Get a hair cut." At that time I became severly depressed and dysphonie, and thoughts of selfharm, autocastration and suicide occured. D/W Harvey knews I suffer from severe gender dysphoria and my Treatment Plan was developed to help lessen my dysphoria. According to my Treatment Plan my make up, earrings, nail polish, and hair length are medically neccessary sighed by Dr. Hotstadter. D/W Harvey singled me out knowing my past history of selfharm, autocastration and Attempts of suicide due to my severe gender dysphoria.

RESOLUTION REQUESTED: To be left alone by all staff so that my treatment for my severe gender dysphoria can continue without interruption and my dysphoria, thoughts of selfharm, autocastration and suicide and depression can be put at a lessen degree so that I don't end up killing my self due to the descrimination, hate and wanton to cause harm to me, a transgender female, by staff.

___Robbin Amanda Boyse___   6-6-20
Offender Signature   Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Bayse, Robert** | Grievance Number: | **309338** |
| GDC #: | ██91 | Facility: | **Augusta State Medical Prison** |

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on the statement provided by Deputy Warden of Security Harvey informed you that you needed a haircut as it is beyond the length set in the policy. Mental Health Director Young indicated that your treatment plan does not allow you to have make up, earrings, nail polish, nor hair length. The doctor mentioned in the grievance is not employed at ASMP. ASMP's comprehensive treatment plan review was completed on 3/13/2020, and does not include any of the items mentioned above as being a part of your treatment plan. This grievance is resolved.

_____
Warden's/Superintendent's Signature

6/24/2020
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

refused to sign
Offender's Signature

7/1/2020
(Date)

> *You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Offender: Bayse, Robert GDC#███91

Gr. 309338

Grievance Coordinator Response:

Based on a statement provided by DWS Harvey, she did inform the offender that he/she needed a haircut as it is beyond the length set in the policy. Mental Health Director Young indicated that offender's treatment plan does not allow him to have make up, earrings, nail polish, nor a hair length. The doctor mentioned in the grievance is not employed at ASMP. ASMP's comprehensive treatment plan review was completed on 3/13/2020 and does not include any of the items mentioned above as being necessary for the mental health treatment of the offender; therefore, I recommend this grievance be denied.

SOP 227.02
Attachment 2
5/10/19

## STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   Augusta State Medical Prison          DATE: 06/11/2020

TO:      GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM: C. Wiggs

---

Offender's Name: Bayse, Robert
GDC #███91

Offender's Basic Allegation or Complaint: Inmate Bayse grievance reads on 06-05-20 at 11:30am D/W Harvey yelled at him "Bayse Get a hair cut". The offender states at that time he became severely depressed and had thoughts of harming himself. Offender also states according to his treatment plan he is allowed to have make up, earrings, nail polish, and hair length due to the fact it is medically necessary signed by Dr. Hofstadter.

Summary of Investigation: According to a statement written from Donna Young along with documentation provided the offender isn't allowed to have any nail polish, make up, earrings, or hair length. The doctor mentioned in the offender grievance isn't employed at Augusta State Medical Prison.   I recommend this be denied.

Staff Signature:                                         Date: 10-11-2020

Concur with Staff        Yes: ☐      No: ☑
Findings:
          Grievance Coordinator: _____

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)



Counselor: _Devis_

GR: _309 338_

Dorm: _11A_

Type: _mental health_



## GEORGIA DEPARTMENT OF CORRECTIONS
### Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

## <u>Memorandum</u>

Date: _6 - 8 - 2020_

To: Area Supervisor _____

For: _DW Harvey_ _____    _Donna Young_ _____

_____    _____

_____    _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:     Formal Grievance

The attached informal grievance from Inmate _Bayse Robert_ ,
I.D. # _▮▮▮▮ 91_ , was received in my office. I am requesting the
following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
_✓_ Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_6 - 11 - 2020_ (no later than 5 days from receipt).

SOP 227.02
Attachment 3
5/10/19

**WITNESS STATEMENT**

| | | | |
|---|---|---|---|
| PLACE: Augusta State Medical Prison | DATE 06/10/2020 | TIME 12:14 PM | FILE NUMBER |

| | | |
|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Young, Donna | EMPLOYEE ID NUMBER<br>█████ | STATE ID NO. |

INSTITUTION OR ADDRESS
3001 Gordon Hwy, Grovetown, GA 30813

SWORN STATEMENT

I, ___Donna Young_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Offender Bayse, Robert #█████91 alleges that his treatment plan allows for him to have make up, earrings, nail polish, and hair length. He alleges that this is medically necessary and that Dr. Hofstadter signed off on a treatment plan that indicates he can have the items that he is alleging. That doctor does not work at Augusta State Medical Prison. ASMP has a comprehensive treatment plan review that was completed on 3/13/20 and does not include any of the items mentioned above as being necessary for the mental health treatment of this offender. The current counselor (Ms. Davis) is in the process of making changes to said comprehensive treatment plan to reflect the current policy based on mental health needs. Policy 507.04.68 indicates:

> If a diagnosis of Gender Dysphoria is reached, a treatment plan will be developed that promotes the physical and mental health of the patient. The development of the treatment plan is not solely dependent on services provided or the offender's life experiences prior to incarceration. Treatment plans will be reviewed regularly and updated as necessary. Current, accepted standards of care will be used as a reference for developing the treatment plan.

| | | |
|---|---|---|
| EXHIBIT  See attached | INITIALS OF PERSON MAKING STATEMENT<br>DY | PAGE 1 OF __2___ PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

## WITNESS STATEMENT

| PLACE ASM D | DATE 0l0|08| 2020 | TIME 255 pm | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME Harvey, Tamika | EMPLOYEE ID NUMBER ▮▮▮▮▮▮ | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

### SWORN STATEMENT

I, Harvey, Tamika , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Haircuts are not grievable. I did tell
the offender that he/she needed a
haircut. It is beyond the length set in the
policy

JH

JD

JH

JD

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT JH | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Attachment 6

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME *Bobbin Amanda Boyse* OFFENDER NUMBER ████████ ██

INSTITUTION *Augusta State Medical Prison* GRIEVANCE NUMBER 310574

DATE COMPLETED FORM RECEIVED FROM OFFENDER *06 /29 /2020* BY

*Donald W. Heath*

810

DATE APPEAL RECEIVED _____ BY _____

---

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On June 12, 2020 I was called to Mental Health Department. I was taken to the conference room where Warden Philbin, D/w of Security, D/w of Care and Treatment, D/w of Administration, Mental Health Director Young, Ms. Mayo, and Ms. Davis, all tried to change my understanding of my female gender identity which is against SOP 220.09 and SOP 507.04.68. They did so by trying to change my Treatment Plan which would force me, a biological, preoperative woman, to follow the male standards and not the female Standards as is in my Treatment Plan. Further, they all agreed with the false statements of Warden Philbin and D/w of Security, that "because [I] was born with a penis, that I was a male." That "because (cont

RESOLUTION REQUESTED: To have all above individuals investigated for violating SOP 220.09 and SOP 507-04.68 and PREA, for their discriminatory, hateful, ignorance, bigotry, and lack of training in the care and treatment of transgender individuals, and be disciplined, also to stop interfering with my Treatment Plan dated 10-22-19 and signed by Dr. Holsedak as being medically necessary.

_____  Date 6-13-20
Offender Signature

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.
No counselor available due to coronavirus.
Given to the first available counselor.

(cont)

[I] was placed in a male prison and not a female prison, that [I] was a male."

Warden Philbin also stated that "everyone (staff) were all in agreement, with the understanding that [I] was a male and not a female because [I] had a penis", and [I] needed to also understand that [I] was a male and not a female. I suffer from a serious medically need called gender dysphoria. Without proper treatment, for my gender dysphoria, I am placed at a very serious Risk of self-mutilation, autocastration, anxiety, depression, and suicidal thoughts, which is documented in my medical and mental health Records, in which I attempted autocastration 8 times, self-mutilation 4 times and attempted suicide on June 14, 2019. And that my anxiety, depression and dysphoria is triggered to an alarming rate what my gender identity and expression is being threatened to be taken away which places me at a serious risks of self-harm, autocastration and thoughts of suicide.

Respectfully,

Robbin Amanda Bryse
█████████  9/

8.10.20

S/*SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: **Bayse, Robert**

Grievance Number: 310574

GDC #: ███91

Facility: **Augusta State Medical Prison**

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on the statement provided by Mental Health Director Ms. Young, your treatment plan has been changed based on your symptoms and current diagnosis. She states that you are being housed in a male prison according to policy SOP 507.04.68. You are receiving to necessary treatment and will be adjusted when needed. This grievance is resolved.

_____, DWA          8/5/2020
Warden's/Superintendent's Signature                (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_M. Davis / MHC_
_Offender refused to sign_          8/14/20
Offender's Signature                      (Date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Offender refused to sign          8-14-2020

B. Colón

Grievance Coordinator Response

Bayse, Robert#█████91

GR#310574

Based on statement from Mental Health Director treatment plan has been changed based on offenders symptoms and current diagnosis. She states that treatment plan is be reviewed regularly and updated when necessary.  She also states that offender is being housed in a male prison according to policy 507.04.68. Based on this offender is receiving the needed treatment plan and will be adjusted when needed therefore this grievance is resolved.

RECEIVED JUL 2 4 2020

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   ASMP                              DATE:        07-15-2020

TO:        GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:      Counselor Tapley

-------------------------------------------------------------------------
-------------

Offender's Name:          Bayse, Robert
GDC #:      ████91

Offender's Basic Allegation or Complaint:   Offender states he is being treated for gender identiy mistreatment by the staff at Augusta State Medical Prison. Offender wants to be treated as a woman but he is in a male prison and Offender feels like he is not getting the treatment he should be getting like he was before he came to prison. Offender states he is feeling suicidal and depression.

Summary of Investigation:  Per Donna Young Offenders treatment plan changed due to the counseling needing to work on the offenders symptoms that are related to his current diagnosis Gender dysphoria. The treatment plan that is in place is accepted standards of the care that is used for the Offender and his symptoms. I recommend this grievance be denied.

| Staff Signature: *W. Tapley* | | Date: 7-15-20 | |
|---|---|---|---|

Concur    with    Staff   Yes:      (No:)
Findings:

| Grievance Coordinator: | *signature* |
|---|---|

1



Counselor: _Crosier_   Dorm: _11A_

GR: _310574_   Type: _Mental Health_



## GEORGIA DEPARTMENT OF CORRECTIONS
### Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia  30813
706-855-4700
FAX  706-869-7933

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

## Memorandum

Date: _6 29 80_

To: Area Supervisor _____

For: _Donna Young_ _____

_____   _____

_____   _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:   Formal Grievance

The attached informal grievance from Inmate _Bayse, Robert_
I.D. # ████████97 _____, was received in my office. I am requesting the
following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
_X_ Follow up and provide documentation of follow up. Please write a statement answering the
attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal
process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_7 9.2022_ (no later than 5 days from receipt).

SOP 227.02
Attachment 3
5/10/19

**WITNESS STATEMENT**

| PLACE: Augusta State Medical Prison | DATE 7/13/20 | TIME 7:14 am | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME<br>Young, Donna | <u>EMPLOYEE ID NUMBER</u><br>██████ | STATE <u>ID</u> NO. |
|---|---|---|

INSTITUTION OR ADDRESS
  3001 Gordon Hwy, Grovetown, GA 30813

**SWORN STATEMENT**

I, _____ Donna Young _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Offender Bayse, Robert #████91 had his treatment plan changed due to the counseling needing to work on the offenders symptoms that are related to his current diagnosis of Gender dysphoria (people whose gender at birth is contrary to the one they identify with) DSM 5. The offender indicated to his counselor that he was depressed and suicidal because he identified with being a female and is being housed in a male prison. According to policy 507.04.68:

**The development of the treatment plan is not solely dependent on services provided or the offender's life experiences prior to incarceration. Treatment plans will be reviewed regularly and updated as necessary. Current, accepted standards of care will be used as a reference for developing the treatment plan.**

| EXHIBIT See attached | INITIALS OF PERSON MAKING STATEMENT<br>DY | PAGE 1 OF __2__ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Attachment 7

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME *Rabbin Amanda Boyce*   OFFENDER NUMBER ▉▉ *91*

INSTITUTION *Augusta State Medical Prison*   GRIEVANCE NUMBER *310860*

DATE COMPLETED FORM RECEIVED FROM OFFENDER *06/09/2020* BY

*J.W. Rutherford*

DATE APPEAL RECEIVED _____ BY _____

*8:10*

---

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On 6-23-20 I had a call-out to see clinical psychologist "Rasheen" in mental health department in Counselor 6 office. I was there because of a referral by Counselor Potter for my gender dysphoria. I asked this doctor if she knew anything about gender dysphoria. She stated that she knew the definition and had to assess according to the DSM." I then asked her if she knew how to treat gender dysphoria. She stated, "I do not and will not treat gender dysphoria because of my Religion".

RESOLUTION REQUESTED:
To be treated for my gender dysphoria by a qualified professional per the SOP 507.04.68's "Current, accepted standards of care", which Dr. Sharon Lewis stated in Ashley Diamond v. Brian Owens, is the World Professional Association for Transgender Health, version 7.

_____   6-23-20
Offender Signature          Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

Davis 8.11.20

S/*SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: ~~Bayse, Robert~~ *Robbin Aurula*        Grievance Number: 310560

GDC #;        ██91        Facility:  **Augusta State Medical Prison**

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on the statement provided by Dr. Rasheed, she
saw you on 06/24/2020 to evaluate your level of stress regarding a conventional haircut.
You were non-compliant and stormed out of the session. The session was not to treat you
for gender dysphoria and at no time did she deny you treatment. This grievance is denied.

_____        **7/16/2020**
Warden's/Superintendent's Signature        (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____        **8-14-20**
Offender's Signature        (Date)

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.  If
the last day is not a business day at your institution, you may file it on the next day that is a business day.
Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years
and then destroyed.

SOP 227.02
Attachment 5
5/10/19

**DATE APPEAL RECEIVED FROM OFFENDER** _9—2-2020_

## GRIEVANCE APPEAL FORM

_Robbin Amanda Boyse_                  _91_          _310560_
**OFFENDER NAME**              **I.D. NUMBER**        **GRIEVANCE NUMBER**

I reject the Warden's/Superintendent's response to my grievance.  The basis for this appeal is as follows:

_I filed this grievance because Dr. Rasheed stated that she does not and will not treat gender dysphoria because of her religion, when the comment on the call-out said to be seen for anxiety and depression, which are symptoms of my gender dysphoria. Dr. Rasheed's statement said that I was to be evaluated for my stress level regarding a conventional hair cut. Why evaluate me when my hair is medically necessary and she could have looked in my mental health and medical files to see the level of stress due to a forced hair cut. Reference dates: May 2018; December 19 and 25th 2018. My gender expression, female undergarments, makeup, earrings, nail polish, hormone therapy and hair all a part of my treatment for my gender dysphoria and medically necessary per SOP 507.04.68 and my treatment plan that was signed by doctors Barrow, Stockdish and Hotstedge. The attempt to evaluate me for stress regarding a conventional hair cut, by Rasheed, was to undermine my treatment plan by doctors who are qualified to assess and treat my gender dysphoria and not by Rasheed who does not and will not because of her religion, a non-medical reason._

NOTE:  The option to appeal a proposed resolution rests with the grievant.  All grievances indicating a desire for appeal will be forwarded to the next level.  However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal.  Statements such as "not satisfied" or "appeal further" will result only in a general review.  **If for some reason this appeal is being submitted later than the allotted time frame, please state clearly the reasons why if you wish for this appeal to be considered.**  This appeal form along with the Grievance Form must be submitted to your Counselor or Grievance Coordinator. _No available counselor and was refused an appeal._

**OFFENDERS'S**
**SIGNATURE:** _Robbin Amanda Boyse_                  **DATE:** _8-20-20_



**Georgia Department of Corrections**
**Office of Professional Standards**
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

### CENTRAL OFFICE APPEAL RESPONSE

*Robbin Amanda*

Offender's Name: Bayse, ~~Robert~~          Grievance Number: 310560

GDC#: ███591          Facility: Augusta State Medical Prison

A member of my staff has reviewed your grievance. In your written statement, you allege that during a callout with Dr. Rasheed on June 23, 2020, she stated that she does not and will not treat gender dysphoria because of her religion.

Our review revealed no evidence of Dr. Rasheed stating that she would not treat gender dysphoria due to her religion. Official documentation indicates that you were seen on June 24, 2020 for the purpose of evaluating your level of stress or distress regarding the receipt of a conventional haircut. However, the session ended after you became hostile and stormed out. This grievance is denied.

_____JSW_____          ____09/10/2020____
Commissioner's Designee          (date)
Office of Professional Standards

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          _____
Offender's signature          (date)

Bayse, Robert#■■■91

GR#310560

**Grievance Coordinator Response**

Based on statement from psychologist she seen offender on 6/24/20 for evaluating his level of stress for conventional haircut. Offender was non-compliant and stormed out of session. The session was not to treat him for gender dysphoria and she did not deny treatment. Therefore, this grievance is denied.



STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:   ASMP                                    DATE:        07-10-2020

TO:      GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:    Counselor Tapley

_____
_____

Offender's: Name:          Bayse, Robert
GDC #: ████91

Offender's Basic Allegation or Complaint:   Offender states he is not properly being diagnosed for his gender dyshoria due to the mental health psychologist "Rasheen" is not attending to him based upon her religion.

Summary of Investigation:    Ms. Rasheed stated Offender Bayse GDC # ████91 was seen on 06-24-2020 for the purpose of evaluating his level of stress or distress regarding the receipt of a conventional haricut. Ms. Rasheed stated Offender was hostile from the begining of the meeting and stormed out after 10 minuets and at no time did she advise Offender that she would not treat him for gender dyshoria. I recommend this grievance be denied.

| Staff Signature: _W. Tapley_ | | Date: 7-10-2020 | |
|---|---|---|---|

Concur    with    Staff (Yes:)    No:
Findings:

| Grievance Coordinator: | _Terrance Terrell_ |
|---|---|

  Counselor: _Crosier_   Dorm: _11A1-108 L_

GR: _310560_   Type: _Mental Health_



**GEORGIA DEPARTMENT OF CORRECTIONS**
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

<u>Memorandum</u>

Date: _7/2/2020_

To: Area Supervisor _____

For: _Dr. Rasheed_ _____ _____

_____ _____

_____ _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:   Formal Grievance

The attached informal grievance from Inmate _Bayse, Robert_,
I.D. # ████████91_____, was received in my office. I am requesting the
following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
_X_ Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_7.9.2020_ (no later than 5 days from receipt).

SOP 227.02
Attachment 3
5/10/19

**WITNESS STATEMENT**

| PLACE *ASMP - IIC* | DATE *7/8/2020*   TIME *8:15 AM* | FILE NUMBER |
|---|---|---|

LAST NAME, FIRST NAME, MIDDLE NAME
*Rasheed, Sakinah Yasin*

EMPLOYEE ID NUMBER ▮▮▮▮

STATE ID NO. ▮▮▮▮

INSTITUTION OR ADDRESS *ASMP*

**SWORN STATEMENT**

I, *Sakinah Y. Rasheed*, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 6/24/2020 I saw Offender Robert Bayse ID# ▮▮▮91 in my office for the purpose of evaluating his level of stress or distress regarding the receipt of a conventional haircut (Policy #228.02). My purpose was to evaluate and make recommendations.

Offender Bayse displayed hostility toward this Clinician from the beginning of the session until storming off, terminating the session after 10 minutes. The assertion that I said, "I do not and will not treat gender dysphoria because of my religion" is absolutely false. I did not nor would I ever make such a statement which conflicts with Ethical guidelines for psychologists.

See attached copy of my MH Progress Note dated 6/24/2020.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT *SYR*   PAGE 1 OF *2* PAGES |
|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

*Statement of Sakinah Rasheed, PhD, PsyD, taken at ASMP dated 7/8/2020*

**GEORGIA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH PROGRESS NOTE**

Facility:   **Augusta State Medical Prison**
Name   Bayse, Robert
ID#   ▮▮▮91

Date :   06/24/2020

Race:   W   Sex:   Male

**I. Data:** Purpose: [] Individual Counseling/Therapy [] Crisis [] Other:   Evaluate distress re: Gender dysphoria
Location: [X] Private office [] Cell Front [] Other:
[] On site       [ ] Tele-MH

Chief Complaint:   Offender asserted he does not have to get a haircut as per Treatment Plan from GSP

Target Symptom(s) from Treatment Plan addressed in this contact:   Offender displayed affective instability and
irritability (anxiety), anger

Attitude:   Hostile   Hygiene:   Fair   Orientation:   X4   Suicidal Ideation:   Threat

Judgment:   Poor   Mood:   Angry   Affect:   Angry   Homicidal Ideation:   None
Thought Process and Content:   Offender is focused on asserting his "right" to be treated as a female (re: haircut)

Description of session (include discussion of abnormal findings)

When Policy Number 228.02 E is implemented, which states that Each Offender shall have a conventional haircut and
that hair shall not be longer than three (3) inches, the following measures should be taken:
1)   Security staff must be prepared to restrain Offender.
2)   Offender must be placed on Suicide Precautions.

Offender's Mental Health Counselor will assist Offender in applying coping skills to accept the circumstances and
make a favorable adjustment.

Interventions (during this session):   This Clinician attempted to discuss the Hair Care Guidelines for Male
Offenders to assist and prepare him for the inevitable event of getting a haircut.  Offender interrupted this Clinician

and dominated the session, walking out after 10 minutes.  Thus, the discussion did not take place.

**II. Assessment:** Problem/Target Symptoms are  [ ] Worse   [X] Unchanged   [] Improved   [ ] Eliminated

Diagnosis:   F64.1 Gender dysphoria   Unchanged/Changed as of: _____ (Date)
(Circle)

Comments: _____

**III. Clinical Plan for subsequent sessions:**   MHC will need to be cautious and supportive of Offender, to assist him in

adjusting to the circumstances of prison.

**Next Appointment:**   Not Scheduled

**Page _1_ of _1__ [ ] Attachment**

_____
(Signature/Title)

Sakinah Y. Rasheed, PhD, PsyD
(Printed/Typed Name)

Form M20-02-02   Revised 10/14
Original: Section 1, Clinical File

Attachment 8

*CONFIDENTIAL*

Offender GRIEVANCE FORM (Facsimile)

SOP 227.02
Attachment 1
5/10/19



YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On 2-1-22 my Counselor, Ms."Chants", came to my cell. I asked her if she was going to talk to me about my Gender Dysphoria or even treat me. She stated, "NO". I asked her, then who will. She stated, "Not me, sir." I asked her why not, She stated, "Because Ms. Young told me not to discuss gender dysphoria with you". Inmate Sims was a witness to this.

RESOLUTION REQUESTED: To be treated for gender dysphoria per SOP 507.04.68. To have constitutionally adequate medical and mental health treatment by competent and quilified medical and mental health providers for my Gender Dysphoria, a serious medical condition.

Offender Signature _____ Date 2-1-22

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

SOP 227.02
Attachment 4
5/10/19

McClain
15.1.212

## WARDEN'S/SUPERINTENDENT'S  GRIEVANCE RESPONSE

Offender's Name: Bayse, ~~Robert~~ *Robbin Amanda*

GDC #: ◼◼◼691

Grievance Number: 335067

Facility: Augusta State Medical Prison

RESPONSE TO GRIEVANCE:
Your grievance has been reviewed. Based on a statement by Mental Health Director Young, she did not advise MHC Charles to not discuss your diagnosis. MHC Charles reported visiting you on 2-1-2022 and attempted to have a suicide precautions session. No other topics were discussed during your meeting with her. There is no evidence to support your claim. This grievance is denied.

_____
Warden's/Superintendent's Signature

2/17/22
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____
Offender's Signature

2-21-22
(Date)

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 5
5/10/19

DATE APPEAL RECEIVED FROM OFFENDER _2/22/22_

## GRIEVANCE APPEAL FORM

_Robin Amanda Boys_ ████████ 91   _335 067_
OFFENDER NAME                    I.D. NUMBER        GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance. The basis for this appeal is as follows:

I've been diagnosed with Gender Dysphoria. Since June 2020 Mental health has refused to allow SOP 567.64-68 (Management and Treatment of Offenders Diagnosed with Gender Dysphoria) and treat me or even to talk with me about it. I suffer daily from not having Constitutionally adequate medical and mental health treatment for my Gender Dysphoria. Ms Young has refused to allow this Treatment.

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. **If for some reason this appeal is being submitted later than the allotted time frame, please state clearly the reasons why if you wish for this appeal to be considered.** This appeal form along with the Grievance Form must be submitted to your Counselor or Grievance Coordinator.

OFFENDERS'S
SIGNATURE: _[signature]_                    DATE: _2-21-2_



**Georgia Department of Corrections**
**Office of Health Services**
**Utilization Management**
300 Patrol Road
Suite 400, Upshaw
Forsyth, Georgia 30129

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

# GRIEVANCE APPEAL RESPONSE

**INMATE: BAYSE, ROBERT DWAYNE**
**GDC#:** ████**91**
**Grievance: 335067**
**INSTITUTION: ASMP**

**The office of Health Services Clinical Staff has reviewed your grievance appeal. It is concluded that medical personnel handled this case appropriately and no further action is warranted. Your grievance appeal is denied.**

**Office of Health Services**

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Refused to sign ~~H. Chet~~     5-10-2022
Offender's signature                        (date)

[Type here]

Offender: Bayse, Robert

GDC #███591

GR #335067

According to Ms. Young, she did not tell Ms. Charles not to talk to Offender Bayse about his Gender Dysphoria. Mental Health Counselor Charles admits to visiting Offender Bayse on 2-1-2022 and attempted to have a suicide precautions session and at no time discussed Gender Dysphoria with the offender or stated that Ms. Young told her not to. I recommend this grievance be denied.

SOP 227.02
Attachment 2
5/10/19

## STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION:  Augusta State Medical Prison      DATE:            2/17/2022

TO:       GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:    Chester, Haley

---

OFFENDER:NAME:   Bayse, Robert

GDC #: ████91

OFFENDERS'S BASIC ALLEGATION OR COMPLAINT: Offender Bayse alleges that his mental health counselor, Ms. Charles did not want to address his Gender Dysphoria because Mental Health Director Young advised her not to.

SUMMARY OF INVESTIGATION: According to Ms. Young, she did not tell Ms. Charles not to talk to Offender Bayse about his Gender Dysphoria. Mental Health Counselor Charles admits to visiting Offender Bayse on 2-1-2022 and attempted to have a suicide precautions session and at no time discussed Gender Dysphoria with the offender or stated that Ms. Young told her not to. I recommend this grievance be denied.

STAFF SIGNATURE: _____       DATE: 2·17·22

Concur  with  Staff  Yes: ☑  No: ☐
Findings:
              Grievance Coordinator: _____

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced locally)

Counselor: **Charles**   Dorm: **E-1**

GR: **335067**   Type: **Mental Health**


Georgia

## GEORGIA DEPARTMENT OF CORRECTIONS
Augusta State Medical Prison
3001 Gordon Highway
Grovetown, Georgia 30813
706-855-4700
FAX 706-869-7933



*Brian P. Kemp*
*Governor*

*Timothy C. Ward*
*Commissioner*

<u>Memorandum</u>

Date: **2-8-22**

To: Area Supervisor _____

For: **Ms. Charles**   _____

   **Ms. Young**   _____

   _____   _____

From: Ruthie Shelton, Deputy Warden of Care & Treatment

Re:   Formal Grievance

The attached informal grievance from Inmate **Bayse, Robert**

I.D. # ████ **91** , was received in my office. I am requesting the following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.

___ Schedule and meet with this inmate and discuss the status of this request.

**X** Follow up and provide documentation of follow up. Please write a statement answering the attached grievance.

___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.

___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by **2-11-22** (no later than 5 days from receipt). The inmate should sign and date below as well as the staff who discusses it.

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE: Augusta State Medical Prison | DATE 2/11/22 | TIME 10:10 am | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Young, Donna | EMPLOYEE ID NUMBER<br>███████ | | STATE ID NO. |
| INSTITUTION OR ADDRESS<br>3001 Gordon Hwy, Grovetown, GA 30813 | | | |

**SWORN STATEMENT**

I, ___Donna Young___, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I at no time told Ms. Charles not to talk to offender Robert Bayse #███91 about his Gender Dysphoria.

| EXHIBIT na | INITIALS OF PERSON MAKING STATEMENT<br>DY | PAGE 1 OF __2__ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

WITNESS STATEMENT

| PLACE ASMP | DATE 2-8-22 | TIME 3:42p | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME Charles, Stephanie | EMPLOYEE ID NUMBER ██████████ | STATE ID NO. |
|---|---|---|

INSTITUTION OR ADDRESS 3001 Gordon Highway Gruetown GA 30810

SWORN STATEMENT

I, Stephanie Charles , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I did visit Offender Bayse on 2-1-2022 and attempted to have a Suicide Precautions session I at no time discussed this Subject with the Offender nor did I say what offender quoted. End of statement

SC

SC

SC

SC

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT SC | PAGE 1 OF _1_ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.