IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 122-024 |
| TED PHILBIN, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff has submitted a "Declaration for Entry of Default" signed April 22, 2023, stating Defendants Young, Davis, and Clements have failed to answer the complaint as ordered by the Court. (<u>See</u> doc. no. 82.) However, Defendants Young, Davis, and Clements timely filed their answer on April 6, 2023. (Doc. no. 77.) In abundance of caution and recognizing Plaintiff is incarcerated, the Court **DIRECTS** the **CLERK** to mail Plaintiff a copy of Defendants' Answer, (doc. no. 77), and the April 7, 2023 scheduling notice, (doc. no. 78), on Plaintiff, and this Order shall be included in the same envelope.

SO ORDERED this 15th day of May, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA