# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL CASE NO. 1:22-cv-00024-JRH-BKE |
| TED PHILBIN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS CLEMENTS, YOUNG, AND DAVIS' REQUEST TO FILE ORIGINAL DISCOVERY MATERIALS

COME NOW, Defendants Clements, Young, and Davis, named in the above-styled action, by and through undersigned counsel, pursuant to LR 26.4, and hereby request that the custodian, Defendants Philbin, Shelton, Harvey, Gaines, and Smith, file entire original deposition of Plaintiff with the Court. Defendants will file selections of Plaintiff's deposition as Exhibit D to their Counter-Motion for Summary Judgment.

Respectfully submitted this 1st day of September, 2022.

/s/ Joscelyn M. Hughes
Joscelyn M. Hughes
Georgia Bar No. 281699
Tyler D. Jones
Georgia Bar No. 457929

*Counsel for Defendants*

*Young, Clements and Davis*

Bendin Sumrall & Ladner, LLC
1360 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3100
Fax: (404) 671-3080
jhughes@bsllaw.net
tjones@bsllaw.net

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, <br><br> Plaintiff, <br><br> vs. <br><br> TED PHILBIN, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL CASE NO. <br> 1:22-cv-00024-JRH-BKE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed this **DEFENDANTS CLEMENTS, YOUNG, AND DAVIS' REQUEST TO FILE ORIGINAL DISCOVERY MATERIALS** with the Clerk via CM/ECF and served a copy of the foregoing pleading to pro se Plaintiff by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record listed below:

**Pro Se Plaintiff**
Robbin Amanda Bayse
#954691
Augusta State Medical Prison
3001 Gordon Hwy
Grovetown, GA 30813

**Jason Kang**
**Assistant Attorney General**
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
jkang@law.ga.gov

This 1st day of September, 2023.

/s/ *Joscelyn M. Hughes*
Joscelyn M. Hughes
Georgia Bar No. 281699

Bendin Sumrall & Ladner, LLC
1360 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3100
Fax: (404) 671-3080
jhughes@bsllaw.net
tjones@bsllaw.net