# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| ROBBIN AMANDA BAYSE a/k/a ROBERT BAYSE ) ) ) Plaintiff, ) ) v. ) ) TED PHILBIN, WARDEN, et al. ) ) Defendants. ) | CIVIL ACTION NO. 1:22-cv-024-JRH-BKE |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR THE FILING OF OBJECTIONS TO REPORT AND RECOMMENDATION

Defendants Edward Philbin, Ruthie Shelton, Tamika Harvey, Ramondo Gaines, and Jason Smith, through counsel, respectfully move for an extension of time for the filing of objections to the Magistrate Judge's Report and Recommendation. Doc. 123. Counsel for the moving Defendants has conferred with counsel for Defendants Clements, Davis, and Young about this request. Defendants Clements, Davis, and Young do not object to this request for an extension of time.

1. On February 20, 2024, the Magistrate Judge issued a Report and Recommendation regarding the motions for summary judgment filed by all the parties. *See* Doc. 123.

2. Objections to the Report and Recommendation are due by March 8, 2024. *See* Docs. 123, 124.

3. The moving Defendants request a limited extension of time of seven (7) days for the filing of objections to the Report and Recommendation. The requested extension is necessary to allow sufficient time for counsel and the moving Defendants to prepare and file an objection. This request for an extension of time is made in good faith and not for an improper purpose. A

limited extension of seven (7) days for the filing of objections will not unnecessarily delay this proceeding.

WHEREFORE, the moving Defendants request that this Court grant their motion and extend the time for the filing of objections to the Report and Recommendation through and including March 15, 2024. A proposed order is attached hereto.

Respectfully submitted,

Christopher M. Carr    112505
Attorney General

Loretta L. Pinkston-Pope    580385
Deputy Attorney General

Roger A. Chalmers    118720
Senior Assistant Attorney General

s/ Jason H. Kang    759836
Jason H. Kang
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Jason H. Kang
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3559
Fax: (404) 651-5304
Email: jkang@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Robbin Amanda Bayse a/k/a Robert Bayse
    Inmate Number 954691
    Baldwin State Prison
    P.O. Box 218
    Hardwick, GA 31034

This 1st day of March, 2024.

                                              s/ Jason H. Kang