**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

ROBBIN AMANDA BAYSE a/k/a )
ROBERT BAYSE )
)
    Plaintiff, )
)
v. )    CIVIL ACTION NO.
)    1:22-cv-024-JRH-BKE
TED PHILBIN, WARDEN, et al. )
)
    Defendants. )

## ORDER

Having considered the matter and for good cause shown, the Court hereby **ORDERS** that

Defendants Edward Philbin, Ruthie Shelton, Tamika Harvey, Ramondo Gaines, and Jason

Smith's Motion for Extension of Time for the Filing of Objections to Report and

Recommendation be and is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the

filing of objections to the Report and Recommendation be extended through and including

March 15, 2024.

    So ordered this _____ day of _____, 2024.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia