IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 122-024 ) |
| TED PHILBIN, et al., | ) ) ) |
| Defendants. | ) |

_____

**O R D E R**
_____

The Court **GRANTS** Defendants Philbin, Shelton, Harvey, Gaines, and Smith's motion for an extension of time to file objections to the Court's February 20, 2024 Report and Recommendation. (Doc. no. 125.) All parties shall have through and including March 15, 2024, to file objections to the February 20th Report and Recommendation. No further extensions will be granted.

SO ORDERED this 1st day of March, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA