UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBBIN AMANDA BAYSE a/k/a ROBERT BAYSE ) ) ) Plaintiff, ) ) v. ) ) TED PHILBIN, WARDEN, et al. ) ) Defendants. ) | CIVIL ACTION NO. 1:22-cv-00024-JRH-BKE |

## NOTICE OF APPEAL

Defendants Edward Philbin, Ruthie Shelton, and Tamika Harvey, through counsel, appeal to the United States Court of Appeals for the Eleventh Circuit from the March 26, 2024 order denying their motion for summary judgment. Doc. 130. The Clerk should omit nothing from the record on appeal.

Respectfully submitted,

Christopher M. Carr       112505
Attorney General

Loretta L. Pinkston-Pope 580385
Deputy Attorney General

Roger A. Chalmers        118720
Senior Assistant Attorney General

/s/ Jason H. Kang        759836
Jason H. Kang
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Jason H. Kang
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3559

Fax: (404) 651-5304
Email: jkang@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

I further certify that I am mailing by United States Postal Service the document to the following non-CM/ECF participants on April 16, 2024:

Robbin Amanda Bayse a/k/a Robert Bayse
Inmate Number 954691
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

This 15th day of April, 2024.

/s/ Jason H. Kang