**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| ROBBIN AMANDA BAYSE, a/k/a ROBERT BAYSE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CV 122-024 |
| v. | * | |
| | * | |
| TED PHILBIN, et al., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Defendants' unopposed motion for substitution of proper defendant. (Doc. 164.) Defendants seek to substitute MHM Correctional Services, LLC ("MHM") in place of Defendants Young, Davis, and Clements. (Id. at 1.) According to Defendants, MHM is the entity that holds an interest in the defense of claims in this matter related to the treatment Plaintiff received at Augusta State Medical Prison beginning January 2020. (Id.) Further, Defendants state MHM contracted with the Georgia Department of Corrections for the provision of mental health services. (Id.) Defendants also state that Plaintiff does not oppose the substitution. (Id.)

Upon due consideration, the motion is **GRANTED**. Accordingly, the Court **DIRECTS** the Clerk to **SUBSTITUTE** Defendant MHM Correctional Services, LLC in the place of Defendants Young, Davis, and Clements and to update the docket accordingly.

ORDER ENTERED at Augusta, Georgia, this _____18th____ day of May, 2026.

_____

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2